EXHIBIT 2

INDUSTRY  PEOPLE ON THE MOVE

# Trio of Federal Government Technology Industry Veterans Named to SE Solutions Executive Leadership Team

 By **Homeland Security Today**   May 22, 2019



SE Solutions announced three new strategic senior executive appointments as a critical building block in its transformational journey – focused on expanding into new markets and capabilities and changing the way government services are delivered.  **Matt Warren** and **John Harllee** have been appointed to lead SE Solutions as Co-Chief Operating Officers.  Matt Warren will lead the Emerging Markets Sector and John Harllee will lead the Established Accounts Sector and Corporate Operations. In addition, **Kate Abrey** has been named Executive Vice President and General Manager for the Emerging Markets Sector.

"We've structured and aligned our organization for faster growth and to ensure a nimble response to the fast-changing needs of our industry," said Mark Scheffel, Executive Chairman for SE Solutions.  "Each of these individuals brings deep knowledge and experience leading and inspiring organizations to drive growth and achieve results for their employees and clients.  Their track record of success in our industry speaks for itself – but for SE Solutions, their leadership will help enable the company to be a springboard to set the pace in the government services industry and beyond." Added Scheffel, "I'm especially excited to see the impact our combined leadership team will have on our employees, and the DNA of the company."

Matt Warren's ability to build and lead large sales delivery organizations coupled with his strong client relationship management skills has produced superior bottom-line results in taking small organizations through an aggressive growth model.  He will leverage his 24+ years of Federal Government technology sales experience, mostly within the US Departments of Homeland Security, State, Energy, Justice, Commerce, and Education, to build and oversee the Emerging Markets Sector for SE Solutions. Matt holds a liberal arts degree in communications from Virginia Tech.

Exhibit
0009

John Harllee brings over 24 years of recognized operational leadership experience within the Federal Government sector.  He will oversee our existing and developing accounts and provide the leadership, management and vision necessary to ensure that the back-office organization has the proper operational controls, administrative and reporting procedures, and people systems in place to effectively grow the organization and to ensure financial strength and operating efficiency.  John holds a bachelor's degree from the University of Michigan and a Juris Doctorate degree from the University of Virginia School of Law.

Kate Abrey will be responsible for shaping and leading the development of new emerging market opportunities and the delivery of solutions to new customers.  This will include providing leadership, management and guidance of the sector's operations personnel in the evolution of existing services and capabilities, as well as in the development of new relevant and in-demand capabilities and solutions for customers.  Kate's career spans 15 years of strategic account and program management leadership experience in the Federal Government technology space.  She holds a Bachelor of Arts degree in History from Georgetown University and a Master of Arts degree in History of International Relations from the London School of Economics and Political Science.

After leading SE Solutions for over seven years as President and COO, and participating in the Federal market space for over 40 years, **John Wayne** will begin the transition towards his desire to spend more time with his family and his passions.  John will continue to support the new team for the foreseeable future – assisting in the transition of the business.  "We sincerely thank John for his service, his leadership, and his dedication to SE Solutions and to our industry," continued Scheffel.  "We wish him the very best as he plans for a new chapter with his family."

"With the pace of our industry moving faster than ever, our outlook is filled with renewed energy and conviction," said Matt Warren, the new Co-COO, Emerging Markets.  "I'd like to thank John Wayne for his leadership and support through this transition.  I am excited to expand upon the solid foundation established by him and work with our new leadership team and each of our employees to inspire, innovate, and elevate our company to new heights.  I look forward to thriving together as industry leaders alongside our clients in the years to come," added Warren.