**EXHIBIT 4**



**Accenture Federal Services**
800 North Glebe Road
Arlington, Virginia 22203

February 22, 2019

**Via Overnight Delivery and E-Mail to diane.ashley@sesolutions.com**
Diane Ashley
SE Solutions
1753 Pinnacle Drive, 9th Floor
McLean, Virginia 22102

Re:   Your Post-Employment Obligations to Accenture

Dear Ms. Ashley,

This letter is intended to put you, and your new employer, SE Solutions, on notice of your post-employment restrictive covenant obligations to Accenture. Please be assured that it is our expectation that you fully and completely comply with those obligations.

On May 5, 2016, you entered into a Conditions of Employment Agreement with Accenture (attached) in which you agreed to refrain from certain activities in the event you left your employment with Accenture.

Specifically, you agreed to the following:

> If you leave Accenture, for twelve months after release or resignation, you agree not to, directly or indirectly, perform professional services for, or solicit for the purpose of performing professional services for:
>
> (a)   any client of Accenture for whom you performed professional services during the eighteen months prior to release or resignation; and
>
> (b)   any prospective client of Accenture (any person or entity to which you submitted a proposal or concerning which you assisted in the preparation or submission of a proposal during the eighteen months prior to release or resignation).

To be clear, your post-employment restrictions require that you have no involvement whatsoever in soliciting work from restricted clients or providing services to restricted clients for the twelve (12) months after your employment ends with Accenture. That would include, but not be limited to, indirectly assisting SE Solutions personnel is pursuing strategies for pitching business to restricted clients, developing ideas or offerings that will be used by other SE Solutions personnel for restricted

CONFIDENTIAL

SHI00510265

clients, reviewing or providing input into SE Solutions responses to Requests for Proposals from restricted clients, or using or disclosing any confidential information or trade secrets regarding Accenture internal strategies for growing its business with restricted clients, including, but not limited to, plans to pursue so-called "wedge deals" from restricted clients.

Further, you agreed that for 18 months following your Accenture employment you will not, directly or indirectly, recruit or solicit any Accenture personnel to end their relationship with Accenture or communicate with Accenture personnel for that purpose.

If we do not hear from you, we will assume that you are aware of your obligations and that you intend to abide by them. However, should Accenture become aware of credible information that you are not acting consistent with your obligations, the Company shall take all available steps to enforce its rights under the Conditions of Employment, including, but not limited to, pursuing legal action against you for breaching the agreement and SE Solutions for tortiously interfering with your contractual relationship with Accenture. Your compliance will allow us to avoid resorting to such measures.

Thank you for your kind attention to this matter, and if you have any questions, please feel free to contact me at kristina.kerwin@accenturefederal.com or (312) 601-2844.

Very truly yours,
Accenture Federal Services

By: Kristina M. Kerwin
    Senior Counsel
    Accenture Federal Services

cc: Mark Scheffel, SE Solutions
    John Harllee, SE Solutions
    Gerard Amann, General Counsel, AFS

2

CONFIDENTIAL

SHI00510266