EXHIBIT 9

Page 1

1

2              UNITED STATES DISTRICT COURT

               EASTERN DISTRICT OF VIRGINIA

3                  ALEXANDRIA DIVISION

4    ------------------------------

     KATHLEEN ABREY,

5

                         Plaintiff,

6

7          vs.                    Case No.:

                                  1:22-cv-00654-

8                                 MSN-JFA

     STEAMPUNK HOLDINGS, INC.,

9    MATTHEW WARREN and JOHN HARLLEE,

     in their individual and

10   professional capacities,

11                       Defendants.

     ------------------------------

12

13

14                        March 21, 2023

                            2:45 p.m.

15

16       Remote video-teleconference deposition of

17   DANIEL PARKER, a 30(b)(6) witness, taken by

18   Plaintiff, held at McLean, Virginia, pursuant to

19   notice, before Elizabeth F. Tobin, a Registered

20   Professional Reporter and Notary Public of the State

21   of New York.

22

23

24

25

Page 78

1          D. Parker
2     Q.   I'm speaking about the contracts overall.
3  So for all of the contracts that fall under DHS
4  versus all of the contracts that fall under FED/CIV,
5  which one had contracts that amount to a higher
6  value?
7          MR. WILKINSON:  Objection.
8     A.   I don't remember this exact point in
9  time --
10         (Court reporter requested clarification.)
11    A.   I would have to know the exact point in
12  time for which this is referencing to know what the
13  revenue numbers were.
14    Q.   Okay.  So let's talk about Q1 of 2020.
15    A.   I don't have that knowledge off the top
16  of my head.
17    Q.   Are you aware about it -- what about now?
18         MR. WILKINSON:  Objection.
19    A.   I don't know.
20    Q.   So currently today you're not aware of
21  whether or not DHS or FED/CIV has a higher value of
22  contracts?
23         MR. WILKINSON:  Objection.
24    A.   I can't tell you that right now.  That's
25  not my role.

Page 79

1          D. Parker
2     Q.   All right.  But you did testify that DOD
3  has practically no value?
4          MR. WILKINSON:  Objection.
5     A.   Yeah.  I do know it has zero.  Yeah.
6     Q.   Is there a reason you're only familiar
7  with the value of DOD but you're not familiar with
8  the value of DHS and FED/CIV?
9          MR. WILKINSON:  Objection.
10    A.   Because it has zero.
11    Q.   All right.  Did Ms. Abrey oversee the
12  same portfolio of business upon her return from
13  leave that she saw prior to her -- oversaw prior to
14  her return from leave?
15         MR. WILKINSON:  Sorry, Alfredo, would you
16    mind repeating that question?
17         MR. PELICCI:  Yeah, no problem.
18    Q.   Did Ms. Abrey oversee the same portfolio
19  of business upon her return from leave that she
20  oversaw prior to going out on leave?
21         MR. WILKINSON:  Objection.
22    A.   So as far as I know, the way we
23  organized, which was due to the restrictions Kate
24  held, the answer is no because the restrictions from
25  the client were released and she could now focus on

Page 80

1          D. Parker
2  DHS.
3     Q.   Was Mr. Licht hired to oversee the
4  Civilian portfolio?
5     A.   I don't know.
6     Q.   Do you have any idea what portfolio
7  Mr. Licht was hired to oversee?
8          MR. WILKINSON:  Objection.
9     A.   So at the time when we hired Max, we had
10  a collection of customer -- we had a target which
11  was the federal government and there was some
12  agencies that we were targeting.  But it was a
13  catch-as-catch-can to try to get business.
14    Q.   So you're not aware of whether or not he
15  was hired to oversee the Civilian portfolio?
16    A.   Not aware.
17    Q.   And would it be false if I said Ms. Abrey
18  managed the same portfolio of business when she
19  returned from maternity leave as she had before she
20  left?
21         MR. WILKINSON:  Objection.
22    A.   Can you repeat that one more time?
23    Q.   Would it be false if I said Ms. Abrey
24  managed the same portfolio of business when she
25  returned from maternity leave as she had before she

Page 81

1          D. Parker
2  left?
3          MR. WILKINSON:  Objection.
4     A.   It's weirdly phrased.  Are you asking if
5  she's managing the same -- the same question you
6  just asked, if she's managing the same portfolio
7  when she came back?
8     Q.   Correct.
9     A.   My answer is the same as I gave you
10  before, so...
11    Q.   And that is?
12    A.   She was not managing the same portfolio.
13  Her restrictions were lifted and she could go work
14  with DHS.
15    Q.   I'm going to ask you to turn --
16         When Ms. Abrey was on leave -- and I'm
17  not talking about after she returned or even the
18  date she returned.  Prior to her return from leave,
19  was Mr. Licht at the same level in the hierarchy as
20  Ms. Abrey?
21    A.   No.
22    Q.   At what point -- was there ever a point
23  where he became the same level in the hierarchy as
24  Ms. Abrey?
25    A.   He was promoted to EVP at some point.

21 (Pages 78 - 81)

Page 142

```
1                D. Parker
2  prior to that?
3      A.   I can't recall.
4      Q.   But you do recall seeing it in
5  preparation for deposition?
6      A.   Correct.
7      Q.   Is Tom Stepka still employed at
8  Steampunk?
9      A.   Yes.
10     Q.   What about Emily Hsu?
11     A.   Yes.
12     Q.   What about Jenifer Sessums?
13     A.   Yes.
14     Q.   What about David Izawa?
15     A.   Yes.
16     Q.   Of everybody on this list, is there
17 anyone besides Kate Abrey who was involuntarily
18 terminated from Steampunk?
19         MR. WILKINSON:  Objection.
20     A.   No.
21         MR. PELICCI:  All right.  We can take a
22 brief break and I'm going to wrap up shortly
23 after.  About five minutes.
24         MR. WILKINSON:  Okay.
25         (A recess was taken from 6:38 p.m. to
```

Page 143

```
1                D. Parker
2   6:44 p.m.)
3         MR. PELICCI:  That concludes my
4   questioning for today.  As I stated to
5   Mr. Wilkinson, we're going to leave this
6   deposition open.  To the extent we receive
7   responsive documents that necessitate further
8   questioning, we might need to call Mr. Parker
9   back.  But Mr. Wilkinson and I will work that
10  out off the record and after the deposition.
11        So thank you, Mr. Parker, for coming
12  today, and have a good evening.
13        (Whereupon, the proceedings were
14  adjourned at 6:44 p.m.)
15
16
17
18
19
20
21
22
23
24
25
```

Page 144

```
1
2              J U R A T
3
4
5         I do hereby certify that I have read
6    the foregoing transcript of my deposition.
7
8    _____
9         DANIEL PARKER
10
11
12 Sworn and subscribed
13 before me
14 this _____ day of
15 _____, 2023.
16 A Notary Public
17 of the State of _____
18
19
20
21
22
23
24
25
```

Page 145

```
1
2              I N D E X
3
4   WITNESS        EXAMINATION BY      PAGE
5   DANIEL PARKER     MR. PELICCI       5
6
7         E X H I B I T S
8   PLAINTIFF'S  DESCRIPTION           PAGE
9   Exhibit 1   org chart; PL000033    20
10  Exhibit 2   5/8/20 email;          31
11          SHI00040581-83
12  Exhibit 3   Employee Handbook ver.  55
13          6.0; 33 pages
14  Exhibit 4   Employee Handbook ver.  59
15          7.0; 32 pages
16  Exhibit 5   org chart; PL000073    61
17  Exhibit 8   New Hire Orientation   68
18          PowerPoint; 70 pages
19  Exhibit 9   10/3/19 email         109
20  Exhibit 10  General Ledger Detail Report 112
21  Exhibit 11  7/10/20 email         119
22  Exhibit 12  7/10/20 email         122
23  Exhibit 13  Employee Handbook ver.  133
24          7.0; 32 pages
25  Exhibit 14  7/7/22 letter         135
```

37 (Pages 142 - 145)

Page 146

1
2          I N D E X  (continued)
3
4   REQUEST:                    PAGE
5   All versions of Plaintiff's Ex. 1 and 2      54
6   Employee Handbook ver. 5           56
7   Updates and changes to employee handbook      57
8   4/30/19 employee handbook changes        58
9   Updated versions and edits to the       60
10   employee handbook
11   Search SharePoint for relevant documents     86
12   Reporting structure in Costpoint        87
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 148

```
1
2  March 21, 2023
3
4            ERRATA
5
6  PAGE/LINE  CHANGE/REASON
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____
```

Page 147

```
1
2           CERTIFICATE
3
4  STATE OF NEW YORK )
5              ) ss.
6  COUNTY OF SUFFOLK)
7
8         I, Elizabeth F. Tobin, a Registered
9  Professional Reporter and Notary Public within and
10 for the State of New York, do hereby certify:
11        That Daniel Parker, the witness whose
12 deposition is hereinbefore set forth, was duly sworn
13 by me remotely and that such deposition is a true
14 record of the testimony given by such witness.
15        I further certify that I am not related
16 to any of the parties to this action by blood or
17 marriage and that I am in no way interested in the
18 outcome of this matter.
19
20
21
22        ELIZABETH F. TOBIN, RPR
23
24
25
```

38 (Pages 146 - 148)