EXHIBIT 10



VIA EMAIL AND USPS

February 23, 2021

Kate Abrey
2825 1st Rd N
Arlington, VA 22201
Email: kateabrey@gmail.com

    **RE:**     **Notice of Repurchase of Common Stock of Steampunk Holdings, Inc. (f/k/a Duke SE Holdings, Inc. and Strategic Enterprise Holdings, Inc.)**

Dear Kate,

Reference is hereby made to: (i) the Steampunk Holdings, Inc. (f/k/a Duke SE Holdings, Inc. and Strategic Enterprise Holdings, Inc.) 2018 Equity Incentive Plan (the "***Plan***"), and (ii) the Restricted Stock Grant Notice and Agreements between you and Steampunk Holdings, Inc. (f/k/a Duke SE Holdings, Inc. and Strategic Enterprise Holdings, Inc.) (the "***Company***"), pursuant to which you were granted a total of 4,000,000 shares of restricted Class B Common Stock of the Company (the "***Shares***"), for an aggregate purchase price of $36,000.00.  Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Plan or the Restricted Stock Grant Notice and Agreement pursuant to which the Shares were issued (the "***Restricted Stock Agreement***").

On February 11, 2021 (the "***Termination Date***"), you ceased to be an employee of the Company and/or its subsidiary, Steampunk Inc. (the "***Termination of Service***"). As of the Termination Date, 1,666,566 of your Shares were vested (the "***Vested Shares***"), and 2,333,434 of your Shares were unvested (the "***Unvested Shares***")

Pursuant to Section 2.2(a)(ii) of the Restricted Stock Agreement, this letter constitutes a notice of exercise of the Company's Repurchase Option with respect to all of the Unvested Shares held by you.  This letter and notice is effective on the first business day after this notice is sent. In accordance with the terms of the Restricted Stock Agreement, the Repurchase Price is the purchase price originally paid for the Unvested Shares.

Pursuant to Section 10(j) of the Plan, this notice additionally constitutes a notice of exercise of the Company's Call Right to repurchase all of the Vested Shares held by you. This Call Right is effective on the first business day after this notice is sent.  In accordance with the terms of the Plan, the Adjusted Repurchase Price is the purchase price originally paid for the Vested Shares.



The following table summarizes the Repurchase Amount for the Unvested and Vested Shares from the two Restricted Stock Agreements you executed with the Company.

| Grant Date | Price Paid for Shares | Unvested Shares | Unvested Amount | Vested Shares | Vested Amount | Total Shares | Repurchase Amount |
|---|---|---|---|---|---|---|---|
| May 14, 2019 | $0.009 | 1,333,434 | $12,000.91 | 1,666,566 | $14,999.09 | 3,000,000 | $27,000.00 |
| February 28, 2020 | $0.009 | 1,000,000 | $9,000.00 | - | $0.00 | 1,000,000 | $9,000.00 |
| Total | | 2,333,434 | | 1,666,566 | | 4,000,000 | $36,000.00 |

In accordance with the above, your final paycheck from Steampunk dated February 22, 2021 included a Stock Repurchase in the amount of $36,000.00 (*see* attached ADP Earnings Statement). The repurchase and redemption of all of your Shares of Class B Common Stock of the Company shall take place automatically and with no further action on your part.

The Company has retained and has in its possession your **original** stock certificate(s) evidencing all of your Shares. **All of such stock certificate(s) have been cancelled and are of no further force and effect, effective as of the date of this notice.**

We have sent this notice, in compliance with your Restricted Stock Agreement, to the most recent address for the Participant shown in the Company's records.  We are also sending this notice by email in case your address has changed.  Feel free to contact us with an updated address, if applicable.

Sincerely,

*Carolyn Muir*

Carolyn Muir
General Counsel

Copy:

Tom Stepka, Secretary and Escrow Holder for Steampunk Holdings, Inc.

Attachment:

ADP Earnings Statement