**EXHIBIT 11**



DESIGN. DISRUPT. REPEAT.

February 14, 2020

Dear Kate Abrey,

Congratulations! We are pleased to present you with a bonus award in the amount of $13,932. This bonus reflects our appreciation and recognition of all of your efforts and contributions that you have made to help make Steampunk successful during this past year. The bonus will be paid out on February 27, 2020 via regular direct deposit.

We appreciate your ongoing dedication to the continuing growth and success of Steampunk and want to personally thank you for your steadfast loyalty and commitment.

Sincerely,

Matt Warren

cc:     Employee File

1753 Pinnacle Drive, Suite 900, McLean, VA 22102 p: 571-395-8090 www.steampunk.com

CONFIDENTIAL

SHI00106623