**EXHIBIT 12**

| | |
|---|---|
| Message | |

| | |
|---|---|
| **From**: | Warren, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B2B31B2203E3425180C92274B0B825B4-MATTHEW.WAR] |
| **Sent**: | 3/17/2020 7:34:41 PM |
| **To**: | Brickwedde, Michelle [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=798b77f2e63e4c06ab84fadfd09981a4-michelle.br]; Parker, Dan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4d8771a820934150be5622f74b937ace-dan.parker]; Rosenbaum, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=454fe296a5af4aa8b65d90acd3918440-john.rosenb] |
| **Subject**: | Screenshot 2020-03-17 at 3.33.55 PM |
| **Attachments**: | Screenshot 2020-03-17 at 3.33.55 PM.png; ATT00001.txt |

1 of 2 ..  Kate coming back in May

CONFIDENTIAL                                                                                                                      SHI00381360

Sent from my iPhone

CONFIDENTIAL

SHI00381361



CONFIDENTIAL

SHI00381362