**EXHIBIT 13**

| | |
|---|---|
| Message | |
| **From**: | Warren, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B2B31B2203E3425180C92274B0B825B4-MATTHEW.WAR] |
| **Sent**: | 3/17/2020 7:35:25 PM |
| **To**: | Brickwedde, Michelle [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=798b77f2e63e4c06ab84fadfd09981a4-michelle.br]; Parker, Dan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4d8771a820934150be5622f74b937ace-dan.parker]; Harllee, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25ae0e4f1ae242c2b5156e2bb970a0ae-john.harlle] |
| **Subject**: | Screenshot 2020-03-17 at 3.34.53 PM |
| **Attachments**: | Screenshot 2020-03-17 at 3.34.53 PM.png; ATT00001.txt |

2 of 2

CONFIDENTIAL                                                                                                                              SHI00446027



CONFIDENTIAL

SHI00446028

Hey Kate -
Thanks for text and when you come back is totally up to you..
If the coronavirus and remote work suggests slow down .. then we must be in an underworld.
Things are still jamming although a bit unorthodox using Teams or mobile ... not ideal but absolutely things are going .. I don't see it slowing down until 2026 :)
As far as benefit to Steampunk, I wouldn't make your decision based on that .. We just want you back happy and healthy .. ready to work !
Cool thing about May is that your restrictions will be done too so you can help us big time at TSA .. as we are getting closer to close mode and getting Robert to push will be absolutely required.. so timing will be perfect !
we can schedule the friday before you come back to take a few hours with scott, john, and I ..
It will be great and a nice way to transition you back ... I hope it isn't still remote by then but who knows!
Thanks for note and i will check back in a bit .. multi tasking as i write this ! Thanks Kate and looking forward to May and beyond ..

Sent from my iPhone

CONFIDENTIAL

SHI00446029