**EXHIBIT 14**

---

Message

---

**From:** Warren, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B2B31B2203E3425180C92274B0B825B4-MATTHEW.WAR]
**Sent:** 4/8/2020 12:39:21 PM
**To:** Abrey, Kate [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8a1fb0a8cfef494ea3fb5c86140b7dd0-kate.a]
**Subject:** FW: Kate's Return

Kate –

Thanks for the email. Ironically, I sent this out yesterday before you sent your note to Michelle (see below).
All in all, it's been an incredible run. We certainly have improvement areas but I'm very pleased with where we are as a company. Please note, we are very focused on paying attention to folks well being during this time. Unlike other industries, our business seems to have hit another gear of activity during the pandemic from a business perspective. Our clients, our employees, are all cranking out long hours everyday while trying to cope with family and general anxiety of the epidemic. Unlike commercial business, I feel like 12-14 hour days are common right now with work which is good but we need to keep an eye on it. We've increased the amount of hours that folks can bank to 4 weeks since many have cancelled vacations for Spring Break and even early summer. We have had a few miscommunications with delivery and sales that we are addressing but overall anxiety and stress is high. So we are working hard to keep everyone calm! At least one aspect of our employees life is that business is great! It's a big part of our job as leaders to pay attention to their well-being which takes work. So get ready!

The pipeline that we have built pre Coronavirus has been our laser focus and it is proving to be very special. We were on an absolute tear the last 4 months of net new which we will discuss. Our delivery on the ground, p&l discipline, sales mindset, building out teams (Sean, Brad, Delivery, backoffice, etc), team attitude (aka flat org), has really hit a new high as a company and I'm so proud. We are working HARD as a leadership team to get the foundation right. It is far from perfect but we are at least 18 months if not 2 years ahead of the Agilex pace which is crazy.
Finding Net New (early identification) to keep the pipe building might prove to slow down at some point if we continue to be remote but my hope is that this will come to an end by summer. Until that point, we are really focused on the deals at hand, and if we do what we think we can do….it's going to be INSANE.

We are excited to have you back as we need all hands on deck! We have suggestions and ideas specifically for your focus with a mindset of "what's best for the business". This has been a big rallying theme for the leadership team in addition to "do your job". The point is we are all wearing a ton of hats and your arrival will absolutely be well received and needed so we can accomplish a 2020 like no other!

So get ready to come back healthy, happy, and ready to work! It's a pace that will probably give you a bit of shock at first but you will get used to it.
Please note, you will want to find a spot where to set up shop in your house. We are leading from the front and we do all of our meetings via video conference. Video conferences are the new norm to include leadership team, clients (first for me as we are doing client meetings weekly via video), delivery teams, forecast sessions, virtual happy hour, etc.. It's the new normal and it makes a big difference! We just had an All Hands for best office set up, messiest office, etc… It's one of a lot things that we are doing to keep morale high! We do weekly open mics with Harllee and I… We are doing a ton of virtual happy hours with 80+ folks who attend… etc.. etc..

I'm waiting on Dan/Michelle to see if we can put together a package for you on May 1. We will move out based on their answer but I was a step ahead of you.

At this point, just enjoy the time with Kai! You will never get this time back so take advantage of it! The more ready you are come May 4th… the BETTER!
It's going to be great… We have accomplished SO much in such little time and I know you will be impressed!

CONFIDENTIAL SHI00074384

See you in less than a month!  And tell Ash I said hello….

Matt

---

**From:** Warren, Matthew
**Sent:** Tuesday, April 7, 2020 12:20 PM
**To:** Izawa, David <david.izawa@steampunk.com>; Pearson, Robert <robert.pearson@steampunk.com>
**Cc:** Harllee, John <john.harllee@steampunk.com>; Larose, Scott <scott.larose@steampunk.com>; Parker, Dan <dan.parker@steampunk.com>
**Subject:** Kate's Return

David –

As you may be aware, Kate will be returning to work on Monday, May 4th.
Since that is a Monday, I would like to move our Forecast Session for that week only to Tuesday, May 5th.
The morning of Monday, May 4th I would like Scott, John, and I to do a 3 hour video conference with Kate to get her spun up on the business.
Therefore, can you move the forecast session to Tuesday (that week only)?  And set up a 3 hour meeting for Monday, 4th from 8:30 – 11:30 with Scott, John, and I?
We have our Leadership Meeting that afternoon which will be a good time to introduce Kate back into Steampunk with her colleagues.

Robbe – On Sunday, May 3rd can you send Kate all of our Leadership Meeting presentations plus Tampa details?  Please send her any other materials that might be helpful over the last 3.5 months.  If other artifacts might be helpful, please send as well.   I will hit the important points with her on Monday morning but she might want to review prior.

Dan – I suggested Sunday, May 3rd since she is on FMLA but since that is the first day of her first week back, I thought we could send her the documents.  Let me know if that is ok?  If it's ok to send to her earlier, I'm all for it as long as we stay within the rules.

Thanks everyone!

Matt

**Matt Warren**
CEO

**steampunk**
DESIGN. DISRUPT. REPEAT.

1753 pinnacle drive, suite 900, mclean, va 22102
**m:** 703.283.5101
matthew.warren@steampunk.com

CONFIDENTIAL                                                                                                                                                     SHI00074385