**EXHIBIT 15**

| | |
|---|---|
| **Message** | |
| **From:** | Abrey, Kate [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8A1FB0A8CFEF494EA3FB5C86140B7DD0-KATE.A] |
| **Sent:** | 4/9/2020 4:45:50 PM |
| **To:** | Warren, Matthew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b2b31b2203e3425180c92274b0b825b4-matthew.war] |
| **CC:** | Pearson, Robert [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=db5f83db490b4414a6a021d3ec9abecb-robert.pear]; Harllee, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25ae0e4f1ae242c2b5156e2bb970a0ae-john.harlle]; Parker, Dan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4d8771a820934150be5622f74b937ace-dan.parker]; Izawa, David [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=52ec61f68463453789ef53d2769290b2-david.izawa] |
| **Subject:** | Re: Package of Information |

Thanks to you all for the thoughtfulness and effort to ensure I transition back in smoothly and effectively. I'll read up on Friday May 1st and be ready to listen, learn and do on Monday May 4th.

Let's roll. Woohoo!!
#steampunk mama

Get Outlook for iOS

---

**From:** Warren, Matthew <matthew.warren@steampunk.com>
**Sent:** Thursday, April 9, 2020 8:35:52 AM
**To:** Abrey, Kate <kate.abrey@steampunk.com>
**Cc:** Pearson, Robert <robert.pearson@steampunk.com>; Harllee, John <john.harllee@steampunk.com>; Parker, Dan <dan.parker@steampunk.com>; Izawa, David <david.izawa@steampunk.com>
**Subject:** Package of Information

Kate –

We are only about 3+ weeks before you return!  It continues to be an incredible run despite the ugly Coronavirus trying to slow us down.

Per our email exchanges, Robbe will put together a packet of information and either send a link and/or attachments of information on Friday, May 1st.  We are actively putting together the details that should have a ton of information over the last 3.5+ months.  Our intent is to go through the key points on Monday, May 4th before you jump back in.  Please note, it is optional if you would like to review prior to Monday, May 4th.  Regardless, we will walk you through the Leadership Presentations (key highlights), Tampa Highlights, Financials, then get into the health of each Sector including pipeline, net new, recruiting, delivery, culture, etc.  We will focus most of the time on Monday, May 4th around the health of the Sectors, lessons learned, Q2/Q3 must do's, and ultimately what that means to us as a company.

David has sent an invite to you from 8:30 to 11:30 on Monday, May 4th.  We have moved all of the Forecast Sessions that we do on Monday's to the following Tuesday, May 5th.  Following our Monday discussion, we will break around 11:30/Noon for lunch and to catch up on the morning.  Shortly after our break(1:30), we will be with the entire Leadership Team which will give you an opportunity to see everyone and allow the Leadership Team to welcome you back (you will see several new faces).  Obviously, we will continue to work with you over the following weeks as we continue your transition into SP.  Overtime and once you get settled, we will move more into an operating tempo as we build the best company in the area!

CONFIDENTIAL

SHI00499255

Until that time, enjoy your last several weeks with Kai and Ash! It is a very special time for you and the family so please enjoy it!

We will talk to you then and please keep a look out for an email from Robbe on Friday, May 4th!

Let's get ready to rumble!!

Matt


**Matt Warren**
CEO

**steampunk**
DESIGN. DISRUPT. REPEAT.

1753 pinnacle drive, suite 900, mclean, va 22102
**m:** 703.283.5101
matthew.warren@steampunk.com

CONFIDENTIAL

SHI00499256