**EXHIBIT 16**

Message

| | |
|---|---|
| **From**: | Pearson, Robert [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DB5F83DB490B4414A6A021D3EC9ABECB-ROBERT.PEAR] |
| **Sent**: | 5/1/2020 2:49:30 PM |
| **To**: | Abrey, Kate [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8a1fb0a8cfef494ea3fb5c86140b7dd0-kate.a] |
| **CC**: | Warren, Matthew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b2b31b2203e3425180c92274b0b825b4-matthew.war]; Harllee, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25ae0e4f1ae242c2b5156e2bb970a0ae-john.harlle]; Larose, Scott [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=668316c469684025bb2b012a6f2f50fa-Scott Laros] |
| **Subject**: | Reference Materials Packet |

Good Morning Kate and Happy Friday!

We are all very much looking forward to your "virtual" return on Monday. Hopefully we'll get back together in person soon!

Please use the link below to access a OneDrive folder which houses various materials for reference to help bring you up to speed. Please let me know if you have any issues or questions.

https://sesolutionsinc-my.sharepoint.com/:f:/g/personal/robert_pearson_steampunk_com/EuWUz-spxeFKrvs1J1uP3GgBkUhpGiPL4wK0JQ_3KBF0Uw?e=fggKoo

Here is a quick break-out of the contents:

1. Folder: Bid & Bookings files
2. Folder: Leadership Team Meetings presentations
3. Folder: Tampa Offsite agenda and read-outs
4. Folder: Warren Leadership Team update emails
5. File: Current Design Intelligence PPT file
6. File: Latest Studio Rendering Fly-through video
7. File: Current Wedge and Net New Slide
8. File: Kevin McAleenan Meetings schedule outlook

Two additional things of note from a Steampunk Culture perspective:

• Slack Channels are a great way to also come up to speed by reading through some of the history. In particular, the #random channel is where the company has been posting a lot of pictures and comments since we all went into remote work status.

• Employee Engagement Survey: you will be receiving an email with a login to the Energage system to view our 2020 results. We increase "engagement" to 65%, improved in all categories, and were named to the Washington Post Top Workplaces! This announcement will come out officially on June 14th.

Thanks Kate - have a great weekend – hopefully the weather will allow for getting outside a bit!

RP

**robert e. pearson III**
chief marketing officer



**Exhibit 0022**

CONFIDENTIAL                                                                                                                                    SHI00070555

1753 pinnacle drive, suite 900, mclean, va 22102
**m:** 571.344.5538
robert.pearson@steampunk.com

CONFIDENTIAL

SHI00070556