**EXHIBIT 17**

| | |
|---|---|
| Message | |

**From:** Warren, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B2B31B2203E3425180C92274B0B825B4-MATTHEW.WAR]
**Sent:** 7/24/2019 8:19:46 PM
**To:** Larose, Scott [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a250e84c498543e8a369bd7849cf7a38-scott.laros]; Abrey, Kate [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8a1fb0a8cfef494ea3fb5c86140b7dd0-kate.a]; Harllee, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25ae0e4f1ae242c2b5156e2bb970a0ae-john.harlle]
**CC:** Parker, Dan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4d8771a820934150be5622f74b937ace-dan.parker]
**Subject:** Meeting Notes from Max (we can discuss at 4:30)

All –

I spoke to Max for 1 hour and 15 minutes following our discussion. It was a good talk and I think we are very close:

- We talked a lot about 1202 and stock… We discussed the difference between grants and options.. We discussed the fact that comparing Google to Steampunk is really apple and oranges. He agreed.
- We talked about succession planning.. My ultimate move will be to slide over to be Chairman of the Board when we are about 1 year out from the sale. I will still be active and I will work with Harllee and others on the sale of the company. I explained to him the process of the sale and explained to him the buyer will offer a "retention" package for folks like him and Kate plus others to help with the transition. I told him that I wasn't interested in being part of that process again and that they will be buying the leadership team operating versus myself (and Harllee).. And when Kate slides up that Max could be her successor and he could choose if he wants to backfill his spot
- We talked a lot about our similarities… His path… His success… Where he is in his life .. and the opportunities at hand. And I told him that I was confused on his noncommitment and I wanted to make sure that I understood .. I think Max and I are fairly similar people and we both talked that we could see ourselves being great friends
- He said that he literally has no idea what Google will offer him and that he has not expressed his desires. He wants Google to show their cards first. He said that Daniels is very cautious in getting into the middle of these talks based on his non-solicitation. And Max said that the HR/Recruiters are unwilling to go through what's coming verbally until all the approvals are through so he is in a waiting game…
- We talked about what Daniels makes and he said he has transparency into his base and bonus and stock.. It was very similar to SMD package I had at Accenture but it wasn't $4M a year. I asked Max if he thought he would make more, same, or less than Daniels… He said less.. So I asked him that if it is less… it will not be near $4M a year since Daniels isn't even making that… then why is he waiting on an offer? He said that if he didn't wait for the offer it would be very disingenuous since he's been talking to Daniels for a while. He has high respect for Daniels. Daniels said that he was saving Kurian for the close with Max but he wanted to get a reaction from him first.
- Max said his path would be Google Civilian.. 12 months run DoD… 12 months later run State and Local.. 12 months later all of Public Sector (Daniels is global public sector)
- Max said that Daniels positioned this as a VC within Google and that they will make a ton of money if they succeed or fail… I dug into this and Max said that he wasn't as confident
- Max then started asking about org again… and he brought up the 3rd person he really likes in Joe. Joe has been a big performer (made over a million a year for last 3 years) and is a heavy sales person.. Apparently he was Accenture for 10 years prior to SalesForce. Max asked if we would be willing to bring all 3 into the company … I said to Max that we would be much more interested if that meant he would accept our offer. Max then said that a guy like Joe would require a good chunk of stock and asked if that was doable… I told Max that we would need to pull back on DoD but if the business plan is there and we can overperform .. then we can make a business decision. I told him that this wasn't a unilateral decision and something I would need to discuss with the team. He also said that Todd might be a backend term person under Brad and/or Sean….

**Exhibit 0009**

CONFIDENTIAL                                                                                                                                                    SHI00076561

- Max then said…"fuck it Matt, what I'm saying is that if you get Joe, plus Todd… I'm in and I will stop all other discussions." So I repeated my statement… "if we can get and close Joe, you are all in? No more of this waiting for Google… Counter with SalesForce?" Max said "100%... I'm in and let's get to work"
- Max also asked if we could get his girlfriend to a dinner with us. He really wanted her to meet the leadership team so she sees/feels what they are buying into as a family. I believe we are going to try and do this next week. Unfortunately, Linda does her best work on these things and finds a way to bond with other wives but she has her ACL surgery tomorrow. Sooo… I will get her to come later.
- I then downshifted to making a big splash WHEN they come over and doing something fun… I ran the playbook and described the "family Annapolis trip", Boston Trip, or quick trip to somewhere fun and warm. Max said that Bermuda would be awesome and he would love to play some golf and hit the pool. He then added a couple of asks with this celebration
- He would like all 3 to go on the trip with us
- He asked if they could bring their wives
- I told Max that I would talk to the group and get back to him (as an aside, this might be a great way for Scott to engage Max with whatever we decide)

**We are close!**

**Matt Warren**
COO

**steampunk**
DESIGN. DISRUPT. REPEAT.

1753 pinnacle drive, suite 900, mclean, va 22102
**m:** 703.283.5101
matthew.warren@steampunk.com