**EXHIBIT 18**

Message

| | |
|---|---|
| **From**: | Slack [notification@slack.com] |
| **Sent**: | 5/4/2020 8:33:30 PM |
| **To**: | Harllee, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25ae0e4f1ae242c2b5156e2bb970a0ae-john.harlle] |
| **Subject**: | [External] [Slack] Notifications from the Steampunk workspace for May 4th, 2020 at 4:33 PM |



# You have a new mention in Steampunk (steampunklife.slack.com)

### From your conversation with Matt Warren, Kate and Scott Larose



**Kate**  May 4th at 2:32 PM
Hi there - thanks again for the time this morning!  I wanted to recap on what I heard my priorities to be jumping back in: 1) delivery excellence (create OD playbook) - specifically engaging the ODs to drive improved comms, setting up delivery to scale, MIP, RIP, land and expand, improve and manage finances proactively, drive innovation 2) TSA - get to close on integration and other wedges 3) S&T recompete 4) drive front end of the business with Diane and David. 5)tactical actions - SPEED tech challenge, PoPs dig in for SFDC jobs with Geoff, meet the newbies, once restrictions are lifted move out.; general catch ups with Brad, Sean, Dan, Carolyn  Note - be direct with Diane and Reeves on challenges/focus areas.
Please let me know what I missed or if you'd like to redirect.  Excited to be back!



**Matt Warren**  May 4th at 3:42 PM
Couple other adds on close:
close uscis wedge(s)
close VET (POAMS)

Close ASAP PTO

**Open in Slack**

Reply

CONFIDENTIAL

SHI00141351

Snooze these notifications for: an hour, eight hours, a day, three days, or the next week. Or, turn email notifications off. For more detailed preferences, see your account page.

 Workspace name: Steampunk
**Steampunk**
Workspace URL: steampunklife.slack.com
Email: john.harllee@steampunk.com

Sign In

Made by Slack Technologies, Inc
500 Howard Street | San Francisco, CA 94105 | United States

Our Blog    Policies

CONFIDENTIAL                                                                                                   SHI00141352