**EXHIBIT 19**

Message

| | |
|---|---|
| From: | Wolf, David [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ED18A6C56DC7493D912DB352D9195491-DAVID.WOLF] |
| Sent: | 8/5/2020 12:40:52 PM |
| To: | Abrey, Kate [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8a1fb0a8cfef494ea3fb5c86140b7dd0-kate.a] |
| Subject: | RE: CONTEST! Help Us "Name That Portfolio"! |

We need to think of a fun internal name but per your text, here is some client facing options.

Postal – mail
NOAA – weather and climate
USPTO – intellectual property
Commerce – economic growth (economy, weather, intellectual property, climate,

Justice – law enforcement (public safety, crime, punishment) - The most sacred of the duties of government [is] to do equal and impartial justice to all its citizens.
DHS – security (attacks, disasters, borders, safety, transportation)

Will it be a Sector, Group, or Division? You can pretty much interchange any of them anyway.

- Citizen Partnership Division
- National Security and Citizen Services Division
- Federal Citizen Services Group
- Safety & Citizen Services Sector
- Citizens First Sector
- Innovative Citizen Services Group
- Citizens @ the Core

Let's see what the rest of the steampunk family says...

David

**From:** Communications <communications@steampunk.com>
**Sent:** Tuesday, August 4, 2020 2:59 PM
**To:** All Steampunk Employees <AllSteampunkEmployees@steampunk.com>; Contractors <Contractors@steampunk.com>; Steampunk-Interns <steampunk-interns@steampunk.com>
**Subject:** CONTEST! Help Us "Name That Portfolio"!

Good Afternoon Steampunk!

We are in search of a special name for our portfolio of Federal clients and thought it would be cool to create a fun contest! We are a mixture comprised of DHS, Commerce, US Postal Service, and Department of Justice, so we're looking for a creative and unique name that could summarize our current portfolio and that also really resonates with our clients. We put together a simple Microsoft Form (link below) to "Name That Portfolio!" so that we can easily collect your suggestions. The creator of the winning portfolio name will receive a waterproof Steampunk JBL GO 2 Speaker for their ingenuity (pictured below)!



Feel free to submit as many names as you wish! The contest will run through Friday, August 14th.

https://forms.office.com/Pages/ResponsePage.aspx?id=cIugJlwBA0mXCLEoge-Ui80yc92Bk8NNo79-9z3VR35UOVpNN1RMSlRCQlRSTFo2MEZDUDZET01PVC4u

Thank you and Best of Luck!

Kate Abrey
EVP & GM

1753 pinnacle drive, suite 900, mclean, va 22102

CONFIDENTIAL

SHI00058206