**EXHIBIT 20**

| | |
|---|---|
| Message | |

| | |
|---|---|
| **From**: | Warren, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B2B31B2203E3425180C92274B0B825B4-MATTHEW.WAR] |
| **Sent**: | 3/4/2020 11:58:36 PM |
| **To**: | Licht, Max [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=372542afe02b4adabeb22690117bc5cb-max.licht] |
| **Subject**: | Fwd: Kate's Return Date |

i got the feeling too that it will be May ..

FYI

Sent from my iPhone

Begin forwarded message:

**From:** "Brickwedde, Michelle" <michelle.brickwedde@steampunk.com>
**Date:** March 4, 2020 at 6:34:36 PM EST
**To:** "Warren, Matthew" <matthew.warren@steampunk.com>, "Parker, Dan" <dan.parker@steampunk.com>
**Cc:** "Harllee, John" <john.harllee@steampunk.com>
**Subject: RE: Kate's Return Date**

I have talked to Kate about it, and she said she was still thinking about it, and would let us know either way for sure, closer to the 8th week (i.e., 3/18).

But she was seriously considering it. (I think she will 😊)

People @ the Core!
M

**Michelle L. Brickwedde**
Director, HR & Talent Management

**steampunk**
DESIGN. DISRUPT. REPEAT.

1753 Pinnacle Drive, Suite 900, McLean, VA 22102
**M:** 703.606.7373
michelle.brickwedde@steampunk.com

---

**From:** Warren, Matthew <matthew.warren@steampunk.com>
**Sent:** Tuesday, March 3, 2020 2:20 PM
**To:** Brickwedde, Michelle <michelle.brickwedde@steampunk.com>; Parker, Dan <dan.parker@steampunk.com>
**Cc:** Harllee, John <john.harllee@steampunk.com>
**Subject:** RE: Kate's Return Date

Michelle –

That's great! Do you mind sharing that idea with Kate? Obviously, we are not pushing her to do May but it might help her make a decision.

CONFIDENTIAL

SHI00443002

**From:** Brickwedde, Michelle <michelle.brickwedde@steampunk.com>
**Sent:** Tuesday, March 3, 2020 1:18 PM
**To:** Warren, Matthew <matthew.warren@steampunk.com>; Parker, Dan <dan.parker@steampunk.com>
**Cc:** Harllee, John <john.harllee@steampunk.com>
**Subject:** RE: Kate's Return Date

Great – thank you for the information!

As for her potentially taking the month of April, she could take a Personal Leave of Absence, as an option. It's not paid (unless she uses PTO for all of it), but it would simply be an agreement that we would continue her benefits, with the condition she return and reimburse us for her portions of her premiums.

Just an idea for consideration.

Michelle

**Michelle L. Brickwedde**
Director, HR & Talent Management

**steampunk**
DESIGN. DISRUPT. REPEAT.

1753 Pinnacle Drive, Suite 900, McLean, VA 22102
**M:** 703.606.7373
michelle.brickwedde@steampunk.com


**From:** Warren, Matthew <matthew.warren@steampunk.com>
**Sent:** Tuesday, March 3, 2020 11:43 AM
**To:** Brickwedde, Michelle <michelle.brickwedde@steampunk.com>; Parker, Dan <dan.parker@steampunk.com>
**Cc:** Harllee, John <john.harllee@steampunk.com>
**Subject:** Kate's Return Date

Michelle and Dan –

I spoke to Kate last Friday and she said that she will plan to return to work on Monday, April 6th. Kate will use PTO when her Short Term Disability is over. Furthermore, she is considering taking April off so she can spend more time with her baby and potentially come back when her restrictions end in May. She said that she will let me know sometime this month on her intentions.

Please note, Monday, April 6th is the week of Spring Break for Northern Virginia therefore many of us will not be here that week if she returns on the 6th. Ideally, she returns no earlier than April 13th so we can get her fully up to speed when everyone is back in the office.

Stay tuned but I did want to let you know my conversation.

Matt

**Matt Warren**
CEO

**steampunk**
DESIGN. DISRUPT. REPEAT.

1753 pinnacle drive, suite 900, mclean, va 22102

CONFIDENTIAL

SHI00443003

**m:** 703.283.5101
matthew.warren@steampunk.com

CONFIDENTIAL

SHI00443004