EXHIBIT 21

| | |
|---|---|
| **Message** | |
| From: | Warren, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B2B31B2203E3425180C92274B0B825B4-MATTHEW.WAR] |
| Sent: | 3/17/2020 7:34:41 PM |
| To: | Brickwedde, Michelle [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=798b77f2e63e4c06ab84fadfd09981a4-michelle.br]; Parker, Dan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4d8771a820934150be5622f74b937ace-dan.parker]; Rosenbaum, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=454fe296a5af4aa8b65d90acd3918440-john.rosenb] |
| Subject: | Screenshot 2020-03-17 at 3.33.55 PM |
| Attachments: | Screenshot 2020-03-17 at 3.33.55 PM.png; ATT00001.txt |

1 of 2 .. Kate coming back in May

CONFIDENTIAL

Sent from my iPhone

CONFIDENTIAL

SHI00381361



CONFIDENTIAL

SHI00381362

| | |
|---|---|
| Message | |
| **From**: | Warren, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B2B31B2203E3425180C92274B0B825B4-MATTHEW.WAR] |
| **Sent**: | 3/17/2020 7:35:25 PM |
| **To**: | Brickwedde, Michelle [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=798b77f2e63e4c06ab84fadfd09981a4-michelle.br]; Parker, Dan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4d8771a820934150be5622f74b937ace-dan.parker]; Harllee, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25ae0e4f1ae242c2b5156e2bb970a0ae-john.harlle] |
| **Subject**: | Screenshot 2020-03-17 at 3.34.53 PM |
| **Attachments**: | Screenshot 2020-03-17 at 3.34.53 PM.png; ATT00001.txt |

2 of 2

CONFIDENTIAL

SHI00446027



CONFIDENTIAL

SHI00446028

Sent from my iPhone

CONFIDENTIAL

SHI00446029