**EXHIBIT 22**

| | |
|---|---|
| Message | |
| **From:** | Abrey, Kate [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8A1FB0A8CFEF494EA3FB5C86140B7DD0-KATE.A] |
| **Sent:** | 4/29/2020 7:03:51 PM |
| **To:** | Ashley, Diane [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=812e32419fa44a48a0f04d4a4de145bb-diane.ashle]; Warren, Matthew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b2b31b2203e3425180c92274b0b825b4-matthew.war]; Cole, Brad [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8068a31374a04890bd38e20b9ee1b8d1-brad.cole]; Lienard, Ben [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=07561d0499ee4328870966648eefd10c-benjamin.li]; Harllee, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25ae0e4f1ae242c2b5156e2bb970a0ae-john.harlle]; Hsu, Emily [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d7d85cfabca845c4ba5255efb24ce400-emily.hsu] |
| **Subject:** | Re: Weekly Sync on DHS Growth |

My last day at AFS was 5/7. I turned my laptop in at 3 pm that day. Hoping I can see Robert at 5 pm on 5/7 one year later?!

Get Outlook for iOS

---

**From:** Ashley, Diane <diane.ashley@steampunk.com>
**Sent:** Monday, April 27, 2020 3:49:53 PM
**To:** Warren, Matthew <matthew.warren@steampunk.com>; Cole, Brad <brad.cole@steampunk.com>; Abrey, Kate <kate.abrey@steampunk.com>; Lienard, Ben <ben.lienard@steampunk.com>; Harllee, John <john.harllee@steampunk.com>; Hsu, Emily <emily.hsu@steampunk.com>
**Subject:** RE: Weekly Sync on DHS Growth

Kate's restrictions are up May 7th. Conveniently, that's a Thursday and my weekly with Robert happens to be on Thursday. I may have already mentioned that to Robert so he's looking forward to connecting with her on the 7th. 😊

All good to skip our tag up today at 4PM and re-purpose your time.

Thanks,
Diane

---

**From:** Warren, Matthew <matthew.warren@steampunk.com>
**Sent:** Monday, April 27, 2020 3:34 PM
**To:** Ashley, Diane <diane.ashley@steampunk.com>; Cole, Brad <brad.cole@steampunk.com>; Abrey, Kate <kate.abrey@steampunk.com>; Lienard, Ben <ben.lienard@steampunk.com>; Harllee, John <john.harllee@steampunk.com>; Hsu, Emily <emily.hsu@steampunk.com>
**Subject:** RE: Weekly Sync on DHS Growth

Diane –

Do you know when Kate's restrictions are done? Aka when you can get her in front of Robert again? I know she started at Steampunk on May 15th but I don't know when her last day at AFS was??

On TSA Side, we should get that scheduled pending her restrictions are completed and see if she can help get Robert a bit more aggressive on the process and $$

CONFIDENTIAL                                                                                                                                                    SHI00139084

Unless there is something specific you need me for on the DHS meeting, I will take happily take that time to get caught up on emails..

Text me if you need something!

Thanks!
Matt

**From:** Ashley, Diane <diane.ashley@steampunk.com>
**Sent:** Monday, April 27, 2020 2:48 PM
**To:** Cole, Brad <brad.cole@steampunk.com>; Abrey, Kate <kate.abrey@steampunk.com>; Lienard, Ben <ben.lienard@steampunk.com>; Warren, Matthew <matthew.warren@steampunk.com>; Harllee, John <john.harllee@steampunk.com>; Hsu, Emily <emily.hsu@steampunk.com>
**Subject:** RE: Weekly Sync on DHS Growth

Ok, understand - thanks for the heads up. I'll join the call in case others can be on.

**From:** Cole, Brad <brad.cole@steampunk.com>
**Sent:** Monday, April 27, 2020 2:27 PM
**To:** Abrey, Kate <kate.abrey@steampunk.com>; Ashley, Diane <diane.ashley@steampunk.com>; Lienard, Ben <ben.lienard@steampunk.com>; Warren, Matthew <matthew.warren@steampunk.com>; Harllee, John <john.harllee@steampunk.com>; Hsu, Emily <emily.hsu@steampunk.com>
**Subject:** Re: Weekly Sync on DHS Growth

Diane –

Ben and I are unfortunately going to need to spend this hour on something we need to get done today for submission tomorrow. We are obviously available by phone for anything super urgent and we'll continue pressing on all your priorities…

Brad Cole
703-282-5419
steampunk
DESIGN DISRUPT REPEAT

**From:** brad.cole@steampunk.com
**When:** 4:00 PM - 4:45 PM April 27, 2020
**Subject:** Weekly Sync on DHS Growth
**Location:** SERENITY Conference Room

Join Microsoft Teams Meeting

+1 540-632-4636   United States, Roanoke (Toll)

Conference ID: 973 297 658#

Local numbers | Reset PIN | Learn more about Teams | Meeting options

CONFIDENTIAL                                                                                                                                     SHI00139085

CONFIDENTIAL

SHI00139086