EXHIBIT 23

Message

| | |
|---|---|
| **From**: | Warren, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B2B31B2203E3425180C92274B0B825B4-MATTHEW.WAR] |
| **Sent**: | 5/8/2020 4:00:08 PM |
| **To**: | Lienard, Ben [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=07561d0499ee4328870966648eefd10c-benjamin.li]; Hsu, Emily [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d7d85cfabca845c4ba5255efb24ce400-emily.hsu]; Abrey, Kate [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8a1fb0a8cfef494ea3fb5c86140b7dd0-kate.a]; Ashley, Diane [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=812e32419fa44a48a0f04d4a4de145bb-diane.ashle]; Brickwedde, Michelle [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=798b77f2e63e4c06ab84fadfd09981a4-michelle.br]; Cole, Brad [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8068a31374a04890bd38e20b9ee1b8d1-brad.cole]; Dillon, Sean [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6338f4a4b22446e88f8a34fe04b63937-sean.dillon]; Harllee, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25ae0e4f1ae242c2b5156e2bb970a0ae-john.harlle]; Larose, Scott [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a250e84c498543e8a369bd7849cf7a38-scott.laros]; Licht, Max [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=372542afe02b4adabeb22690117bc5cb-max.licht]; Muir, Carolyn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d95692d6af1a445eb8d5e5573ccc1167-carolyn.mui]; Nizhnikov, Joe [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=573adf4f4431488d9afa092e0bed49f4-joe.nizhnik]; Nowakowski, Ruth-Ann [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0c12057ce62f4e94b67123775c484881-ruth-ann.no]; Parker, Dan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4d8771a820934150be5622f74b937ace-dan.parker]; Pearson, Robert [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=db5f83db490b4414a6a021d3ec9abecb-robert.pear]; Reeves, Matt [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dabb18f679a248549f348538defc4571-matt.reeves]; Sessums, Jenifer [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7b9edd1ae01b4ba48814bc9599f3fc2d-jenifer.ses]; Stepka, Tom [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=528e758f16ac43b5b14e877dde6c5ec3-tom.stepka]; Trzcinski, Nick [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=11992c54bae4406f82b56753acdeb982-nick.trzcin]; Vaughan, Geoff [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0fd174be5ce24ea384ddeb6973d0fa49-geoff.vaugh]; Wolf, David [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ed18a6c56dc7493d912db352d9195491-david.wolf] |
| **CC**: | Izawa, David [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=52ec61f68463453789ef53d2769290b2-david.izawa]; English, Tori [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2a66b6c1c36149869c3482d0130e469c-tori.englis] |
| **Subject**: | Steampunk Focus Areas |
| **Attachments**: | Steampunk Org Chart May 1.pptx |

All –

CONFIDENTIAL

As you know, Monday was Kate's first day back!  We are super excited to have her jump back into the mix AND as of yesterday we have no more restrictions.  Yippee!  Now, we get to actually organize the business based on the needs versus around our restrictions.  Scott, John, and I have spent a lot of time thinking about how to organize the business with the re-entry of Kate while we continue to throw more fuel on the burning fire.  As you all know, a ton has happened since January and it is imperative that the business continues to evolve with our clients and to keep up with our hyper growth.   On Monday, we spent a lot of time with Kate discussing the business and the organizational changes we wanted to take as we enter into the next phase of our Steampunk journey.   Also, a big thank you to Kate for being open and putting the business needs first as she transitions back into our company.

To that end, we wanted to add a horizontal function based around "Delivery Excellence" led by Kate Abrey.  It fits into our best practice model similar to Sean's org and it will be a big focus in the coming months and years.  Delivery is EVERYTHING!  We are adding new employees, new clients, new projects, while being remote so it's going to be critical that we continue to delight our clients, keep our culture thriving, and set the pace to continue our growth.  Therefore, Kate will be a servant leader and help the Sectors around operations including getting projects kicked off, adding plays to the OD's playbooks, validating client delight while creating best practices that will serve as our roadmap moving forward.  Please note, Kate will report directly into the office of the CEO for this role while serving and supporting the Sectors.

Furthermore, as I continue to get deeper into the front end of the business with both DoD and Civilian, Kate will focus her business growth responsibilities with David Wolf and Diane Ashley which will allow both Kate and I to get more focused on specific Sectors.  Therefore, Nick and Max will report into me while Diane and David will report into Kate.  This will allow a divide and conquer mentality while we apply our deep experience/history into things like CBP and TSA.

I firmly believe that the next 5 months could define the next 5+ years for our organization and making these changes will absolutely put the business in a position to thrive.
I've included a notional org chart that demonstrates the new structure which is a reflection of what I described above.

Please welcome Kate back!

Sincerely,

Matt


**Matt Warren**
CEO

**steampunk**
DESIGN. DISRUPT. REPEAT.

1753 pinnacle drive, suite 900, mclean, va 22102
m: 703.283.5101
matthew.warren@steampunk.com

CONFIDENTIAL

SHI00040582