**EXHIBIT 25**

Message

| | |
|---|---|
| **From**: | Warren, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B2B31B2203E3425180C92274B0B825B4-MATTHEW.WAR] |
| **Sent**: | 5/5/2020 5:27:10 PM |
| **To**: | Licht, Max [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=372542afe02b4adabeb22690117bc5cb-max.licht]; Nizhnikov, Joe [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=573adf4f4431488d9afa092e0bed49f4-joe.nizhnik]; Vaughan, Geoff [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0fd174be5ce24ea384ddeb6973d0fa49-geoff.vaugh]; Ashley, Diane [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=812e32419fa44a48a0f04d4a4de145bb-diane.ashle]; Reeves, Matt [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dabb18f679a248549f348538defc4571-matt.reeves] |
| **CC**: | Harllee, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25ae0e4f1ae242c2b5156e2bb970a0ae-john.harlle]; Larose, Scott [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a250e84c498543e8a369bd7849cf7a38-scott.laros]; Dillon, Sean [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6338f4a4b22446e88f8a34fe04b63937-sean.dillon] |
| **Subject**: | What's Best for Steampunk |
| **Attachments**: | Steampunk Org Chart May 1.pptx |

All –

As you know, yesterday was Kate's first day back! We are super excited to have her jump back into the mix AND as of Thursday we will have no more restrictions. Yippee! Now, we get to actually organize the business based on the needs versus around our restrictions. Scott, John, and I have spent a lot of time thinking about how to organize the business with the re-entry of Kate while we continue to throw more fuel on the burning fire. As you all know, a ton has happened since January and it is imperative that the business continues to evolve with our clients and to keep up with our hyper growth. Yesterday morning, we spent a lot of time with Kate discussing the business and the organizational changes we wanted to take as we enter into the next phase of our Steampunk journey. Also, a big thank you to Kate for being open and putting the business needs first.

To that end, we wanted to add a horizontal function based around "Delivery Excellence" led by Kate Abrey. It fits into our best practice model similar to Sean's org and it will be a big focus in the coming months and years. Delivery is EVERYTHING! We are adding new employees, new clients, new projects, while being remote so it's going to be critical that we continue to delight our clients, keep our culture thriving, and set the pace to continue our growth. Therefore, Kate will be a servant leader and help the Sectors around operations including getting projects kicked off, adding plays to the OD's playbooks, validating client delight while creating best practices that will serve as our roadmap moving forward. Please note, Kate will report directly into the office of the CEO for this role while serving and supporting the Sectors.

Furthermore, as I continue to get deeper into the front end of the business with both DoD and Civilian, Kate will focus her business growth responsibilities with David Wolf and Diane Ashley which will allow both Kate and I to get more focused on specific Sectors. Therefore, Nick and Max will report into me while Diane and David will report into Kate. This will allow a divide and conquer mentality while we apply our deep experience/history into things like CBP and TSA.

I wanted to get this group together to talk through this new responsibility for Kate and begin the collaboration specifically with the Sector Presidents and OD's.

I will find time on your calendar so we can talk through how this can be additive to the firepower of our Delivery Org!

CONFIDENTIAL                                                                                                                                      SHI00201995

Case 1:22-cv-00654-MSN-LRV   Document 95-25   Filed 05/23/23   Page 2 of 3 PageID# 1324

Matt

PS – I will send a note out to the Leadership Team after we have an opportunity to kick this off so everyone knows of the focus areas.  Please keep confidential until we have time to talk as a group.  At that point, I will send a note out to the entire team.

**Matt Warren**
CEO

**steampunk**
DESIGN. DISRUPT. REPEAT.

1753 pinnacle drive, suite 900, mclean, va 22102
**m:** 703.283.5101
matthew.warren@steampunk.com

CONFIDENTIAL					SHI00201996



CONFIDENTIAL

SHI00201997