Message

**From:** Abrey, Kate [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8A1FB0A8CFEF494EA3FB5C86140B7DD0-KATE.A]
**Sent:** 5/13/2020 3:18:57 PM
**To:** Harllee, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25ae0e4f1ae242c2b5156e2bb970a0ae-john.harlle]; Warren, Matthew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b2b31b2203e3425180c92274b0b825b4-matthew.war]
**Subject:** RE: Delivery Excellence - some thoughts

Great points all around! Thank you. Agreed on overwhelming in particular – prioritization and incremental improvements is going to have to be the approach.

Talk to you later.
Kate

**From:** Harllee, John <john.harllee@steampunk.com>
**Sent:** Wednesday, May 13, 2020 11:07 AM
**To:** Abrey, Kate <kate.abrey@steampunk.com>; Warren, Matthew <matthew.warren@steampunk.com>
**Subject:** RE: Delivery Excellence - some thoughts

Good list Kate.  I'd add a few other things that we need to think about:

1)      It's sort of threaded throughout the below, but I think we need very specific plans on how what we will deliver on a given project works as a step function for the next phase of the program (read:  renewal).  I think there is a general thought that if we do good work, we will get renewed.   Hopefully that is true, and that is certainly a necessary predicate to renewal, but we should be designing our deliverables so that they are great, but gosh the next stage will be even greater. . . given the mostly short PoP's on civilian work, this is somewhat pressing in Civ.
2)      Reeves is on a tear at the moment with regard to backoffice functions (across the board).   It happens.  Fixing the transfer challenges is underway, and the PM notebook is starting off now, both of which will help immensely in terms of making the company more efficient as we scale, but there are other things as well (probably captured in the list you are working with the OD's) that need to be addressed, so your inventory is a good start.
a.      As an aside, one of the things I am focusing the team on is workflows – we have historically rolled processes out without clear workflows, who is responsible for what, etc. and that needs to change.
3)      Most important thing from my perspective is that we are growing like crazy, which will put pressure on good delivery, and this growth stage coincides with lots of new customers – first impressions are lasting impressions and we need to continue to validate that we are getting the blocking and tackling right.   A lot of that blocking and tackling is embedded in your notes below, but taking it up a level, that concept of getting off on the right foot is the imperative, broadly.
4)      Finally, lot of stuff on the list – could be overwhelming, particularly for the OD's.  My suggestion would be to triage and prioritize, with a focus on working on a subset of the challenges and getting them to done, as opposed to move on a wide front.  What that means, and whether that is the right approach, we can discuss.

j

**From:** Abrey, Kate <kate.abrey@steampunk.com>
**Sent:** Wednesday, May 13, 2020 10:34 AM
**To:** Warren, Matthew <matthew.warren@steampunk.com>; Harllee, John <john.harllee@steampunk.com>
**Subject:** Delivery Excellence - some thoughts

Hi there –

CONFIDENTIAL

SHI00161111

To inform our initial conversation on delivery excellence I thought I'd put down on paper a few things for us to discuss.  Overall, I've talked to everyone at least once.  I think Max and civilian is a little unsure about how it is all going to work, but I'm engaging Geoff right now.  We have a slack channel and are collecting assets together (e.g. SFDC SOPs).

<u>Approach</u>:
1. Dream Big – define what the delivery of steampunk will look like when we sell; what will make us special; why will our clients love us; why will our people love us
2. Outline the Playbook – what are the elements of delivery we need to refine and what are the objectives of these areas (see scope below)
3. Add Value Now -  work with the ODs to start to add value right away – this isn't a documentation or a process exercise but a get shit done and make things great now (see current focus areas)

<u>Scope (initial list co-defined with ODs)</u>:
- New Deals
- Recruiting
- Project/Program Mobilization
- Client Communications/Sponsorship
- Financial Management
- Talent Management
- Delivery Innovation
- Risk Management
- Communicating Internally
- Quality Assurance
- Land and Expand
- Recompetes; Renewals and Beyond

<u>Current Focus Areas</u>:
- **Finance – PM Notebooks** – improve and create a reusable and scaleable tool with Tom's team – requirements gathered and a meeting was scheduled for Tuesday but needs to move bc it was OBE (Geoff was talking to you Matt 😊)
- **Delivery Deal Qualification Checklist** – ODs have specific requirements that they need to understand before they can effectively support the transition of a deal from sales to delivery – right now the capture of this information is ad hoc and often incomplete which causes snafus in the transition (e.g. see the CBP issue last week).  I've worked up with Geoff and Reeves a list of the specific things they need to know and I'm going to road test it with Mike Horton on VETS this Thursday.  In parallel, we are going to create the fields to be captured in SFDC (see next steps with Brad)
- **PM/Client Comms** – it still seems to be an issue that the PMs/Sector Leads are not on a great cadence of engaging our delivery clients to talk through our successes, challenges and opportunities.  I'm going to start with S&T and begin to coach and mentor the PMs on this.  In some cases, I will engage with the PMs/ODs/Sector Leads with the clients to model the behavior and in some cases we will just practice/get a good template in place.  First up is S&T with Gavin and Paul – this will dove tail with the DI effort that the team is working on currently

<u>Next Steps</u>:
- Meeting with Reeves and Diane this week for 1 hour to discuss cadence and operational rhythm  - Reeves is sensitive as we all know
- Max setup time for 5/28 (later than I'd like) to begin operational discussions on what has been won to date
- On a daily basis I'm checking in with Reeves and Geoff on specific initiatives
- I'm going to schedule time with Brad to work on how we operationalize the delivery checklist in the salesforce tool so we create another reusable asset

Looking forward to the conversation.
Kate

**Kate Abrey**
EVP & General Manager
(t) 202-550-3878

CONFIDENTIAL                                                                                                                                                                        SHI00161112