**EXHIBIT 27**

Message
_____

| | |
|---|---|
| **From:** | Warren, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B2B31B2203E3425180C92274B0B825B4-MATTHEW.WAR] |
| **Sent:** | 5/19/2020 3:22:38 PM |
| **To:** | Larose, Scott [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a250e84c498543e8a369bd7849cf7a38-scott.laros] |
| **Subject:** | FW: A few updates/coaching... |

FYI

_____

**From:** Warren, Matthew
**Sent:** Tuesday, May 19, 2020 8:55 AM
**To:** Harllee, John <john.harllee@steampunk.com>
**Subject:** A few updates/coaching...

1.      I asked Kate to meet Robert 1 on 1 via the TSA Pipeline.  I believe her relationships runs years versus Diane who is going on a year.  I believe it will send a message that Kate needs his help to get something going.  She will meet him next week 1 on 1 without Diane to see if she can get some urgency out of him.
2.      I asked Kate to explore USCIS and going to Eunice's boss aka Tammy.  Tammy is the person we focused on while at Accenture and she was a no nonsense type of person who didn't like OIT.  Therefore, I said to Kate that we seem very single threaded with Eunice and we should try to get to Tammy as well without upsetting Eunice.  She is going to get back to me.
3.      Wolf and PTO ASAP, I asked Kate to have Wolf use some of his relationship capital with Jamie and that he go to him 1 on 1.  I would like him to make sure Jamie understands how important ASAP is to him personally and to SP... and if given the chance, we will exceed his expectations.  I would like Wolf to go back to the Cyber deal and let him know that he really disappointed himself and SP... and he really needs a win.  She's going to role play with Wolf on the talk track but get David to go in for the hard personal ask...  I don't know if it will work but Jamie will continue to tell him what he wants to hear unless he feels like he is invested in David personally.

I laid this out to Kate last night and this morning...

We shall see...

**Matt Warren**
CEO

**steampunk**
DESIGN. DISRUPT. REPEAT.

1753 pinnacle drive, suite 900, mclean, va 22102
**m:** 703.283.5101
matthew.warren@steampunk.com

CONFIDENTIAL

SHI00387637