**EXHIBIT 28**

Message

| | |
|---|---|
| **From**: | Warren, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B2B31B2203E3425180C92274B0B825B4-MATTHEW.WAR] |
| **Sent**: | 7/28/2020 9:31:18 PM |
| **To**: | Harllee, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25ae0e4f1ae242c2b5156e2bb970a0ae-john.harlle] |
| **Subject**: | Tuesday, 28th Summary |

1. I spoke to Max about org, Deloitte, Ruth-Ann, and few other topics
a. Org: Max said they will keep Tim Owens fully billable so he can bring on a rep in Q4 (assuming we approve)
b. Deloitte: They are pressing hard to work with us at CBP but we are going to ride the BAH train via sub on Prime that is coming out of CTO's org. BAH will sub to us. This is the right move. Max ghosting Deloitte so they reached out to Diane. Max told Diane to just ignore but she didn't feel comfortable. I told Max to have Diane reference me .. and I will ghost 😊  Point being, Brad and Diane seem to care waaaay too much on their relationships with these bigs. Just interesting.
c. Ruth-Ann: Max wanted her to roll up to Joe then to him. I asked him that in time (like 2021) we could consider that but I didn't want her to feel like she is being demoted. I also said that when Joe's promoted and we do the Civilian re-org, it just makes more sense but not now. He agreed then asked me to reach out to Joe and explain.
2. Kate said that USCIS DIDIT, according to Paula, might come out single award. Paula is encouraging Diane to make a run at it. We have locked down the main incumbents. This would be a $10-$15M a year Prime Contract so absolutely a needle mover.
3. Kate has some really good ideas at TSA. She is absolutely coming to the table with some vision. She will share at mid-year review but it's encouraging. She can see it.
4. Kate has a follow up meeting with Tropea today. She seems to be liking the Trops.
5. Kate wants to come up with some themes for her Sector similar to what Max did. Again, she will share with us but it seems like she is really rallying around the org.
6. Kate had Diane cancel the Friday meeting. As an aside, she said that Diane's husband volunteers to help homeless Covid patients to get hotel rooms to recover. She was very nervous about Diane being in a high risk environment at home based on husband's volunteer work. Diane will change her Friday midyear meeting into her weekly PM meeting and offer in person. She doesn't anticipate more than 8 people in person. They will do their midyear review after ours so they can motivate the DHS Sector and take our feedback and incorporate it into their messaging.
7. USCIS Speed delayed 2-4 weeks. October/November award
8. TSA Integrations next 2 weeks (confirmed again this morning) with September award
9. I spoke to Robbe and I asked him to speak to Wolf about his Linkedin and Slack posts. I encouraged Robbe to be the sounding board for Wolf before he posts things on either. Let's see if he does that but I thought it might help.
10. S&T – Apparently Citizant filed some sort of grievance that the gentleman who was removed from TEP (racial accusation) put a poison pill in the solicitation that was aimed at Citizant. Apparently some sort of tie between that person and Citizant. It is all hearsay and unofficial but that's the rumor mill. If true, IG needs to do it's due diligence before it is released. It doesn't sound like something that will happen quickly if that is the case. Reality is that it doesn't matter. We just need to stay focused on great delivery and it will work itself out.
11. I scheduled a Hold for Brad, Sean, and Max for after our Nick talk. It will be good to get that crew together with Ruth-Ann and rally. Brad said that Ruth-Ann has been frustrated with Nick and he believes she will be excited about the change.
12. I spoke to Brad that with many of these things moving to the right... what will his org focus on? I didn't want him to "use" the extra time and continue to beat down Speed and S&T. He agreed. He's going to come back to me after he speaks to the team so we know where they will be focusing.
13. I also spoke to Brad about presence. I told him that we joke about when he gets upset, we know things are going great. I told him that taking deep breaths that give a visual of him having a panic attack, doing a preamble about how busy he and the team are before every talk, etc.. sends a wrong message at his level. I asked him to try to stay positive and upbeat as folks will feed off of that energy. AND if he needs to vent that we are always there for him but I encouraged him to try and stay positive.. It will be contagious with his team and the sectors!

14. I sent you my comments on PPT .. I don't know what my suggestions do to the model but what I said reflects more of what the business wants (they would say need)

15. Just spent hour on Carasoft/TRex/ECIS .. What a mess!  We are changing Exclusivity to Collaboration or Dedicated.. T-Rex is going to throw up all over this... I could see T-Rex leaving us and doing their own agreement with Carasoft and then we are left outside the party since they are not exclusive with us.

16. Kate considering Sam Young for DoJ.  She also is considering Gagan Bali (I'm not thrilled with him personally)..  She is talking to Tropea at 7 PM tonight.

17. Brad/Max had their conversation about Technical Pre Sales Support.  I think generally they agreed on the approach but BC still needs to present to us.  I got a rough draft preview which I forwarded you.  BTW – He wants a 2:1 Ratio.

**Matt Warren**
CEO

**steampunk**
DESIGN. DISRUPT. REPEAT.

1753 pinnacle drive, suite 900, mclean, va 22102
m: 703.283.5101
matthew.warren@steampunk.com