EXHIBIT 29

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| KATHLEEN ABREY,<br><br>Plaintiff,<br><br>v.<br><br>STEAMPUNK HOLDINGS, INC., et al.,<br><br>Defendants. | Case No.: 1:22-cv-00654-MSN-LRV |

**DECLARATION OF MATTHEW WARREN**

I, Matthew Warren, am over 18 years old and competent to testify to the matters contained in this Declaration. This Declaration is based on my personal knowledge and is under oath.

1. I am the Chief Executive Officer (CEO) of Steampunk, Inc. ("Company") and have served in this role with the Company since February 2020.

2. Before serving as CEO, I held the role of the Company's Co-Chief Operating Officer (COO) with John Harllee since May 15, 2019.

3. On September 30, 2019, the Company hired Nicholas Trzcinski as a Senior Vice President. Mr. Trzcinski is a Naval Academy graduate and former Naval officer who at the time had over a decade of business development experience with large federal contractors selling services to the military. The Company hired him to oversee the Department of Defense (DoD) Sector, which the Company was trying to build and grow at the time.

4. Mr. Trzcinski reported directly to me as Co-COO and continued to report to me when I became CEO.

1

5. Similar to Ms. Abrey, as a sector lead Mr. Trzcinski was expected to accurately forecast opportunities within his portfolio, bring in net-new business, and grow his area of responsibility.

6. Vice President, Ruth-Ann Nowakowski, reported to Mr. Trzcinski. The Company hired her in December 2019 to do business development for the DoD Sector.

7. Vice Presidents are also expected to forecast opportunities, engage with clients, and grow their portfolios.

8. Similar to Ms. Abrey, as a sector lead, Mr. Trzcinski was held accountable for the performance of his direct reports.

9. Similar to Ms. Abrey, Mr. Trzcinski introduced candidates for positions on the Company's Board of Directors to Mr. Harllee and me. Mr. Trzcinski made the connection to Rear Admiral (Retired) Dwight Shepherd and Vice Admiral (Retired) Raquel C. Bono, both of whom continue to serve as Board Members for the Company today.

10. During his tenure, Mr. Trzcinski struggled to bring in net-new business or grow his sector in a meaningful way. Additionally, his management of Ms. Nowakowski did not yield any new sales for the DoD Sector.

11. After three quarters (nine months) of Mr. Trzcinski missing his business development forecasts, Mr. Harllee and I met with him to let him know he was not meeting the performance requirements for his position because of his inability to accurately forecast and failure to bring in net-new business. Mr. Trzcinski acknowledged that the sales approach he employed at larger companies was unsuccessful and that the wedge sales model employed by the Company was not something he was able to execute.

12. After discussing Mr. Trzcinski's ongoing performance issues, we let Mr. Trzcinski know we would accept his resignation and offered him a sixty-day transition period to find a new position outside the Company.

13. On August 3, 2020, Mr. Trzcinski tendered his resignation and on September 15, 2020, he separated from the Company for a new position.

14. On January 11, 2021, I began creating a spreadsheet comparing the performance and costs of Steampunk's two sales portfolios, Serve & Protect (S&P) (led by Ms. Abrey) and Citizen, Security and Defense (CS&D) (led by Max Licht), following Ms. Abrey's 2021 portfolio forecast presentation, in which she provided incongruent full time equivalent (FTE) staffing and bookings forecasts.

15. On January 14, 2021, after discussing Ms. Abrey's ongoing performance issues, we let Ms. Abrey know we would accept her resignation and also offered her a sixty-day transition period to find a new position outside of the Company.

16. Ms. Abrey did not respond to that offer, and in February 2021, I terminated Ms. Abrey's employment with the Company in my capacity as CEO of Steampunk, Inc.

I declare in compliance with 28 U.S.C. § 1746 that the foregoing is true and correct and based on my personal knowledge.

This 23 day of MAY 2023

Matthew Warren

4864-9857-5206, v. 1