**EXHIBIT 31**

| Message | |
|---|---|
| **From**: | Abrey, Kate [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8a1fb0a8cfef494ea3fb5c86140b7dd0-kate.a] |
| **Sent**: | 8/4/2020 4:49:44 PM |
| **To**: | Warren, Matthew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b2b31b2203e3425180c92274b0b825b4-matthew.war] |
| **Subject**: | Re: Org Thinking |

Sounds good. I'll make a few tweaks based on your notes and we can talk thru the open items. Just reminder that the first 10 minutes tomorrow include reeves and Geoff to discuss the board mtg. I think that's still cool for our talk.

And thanks for being paranoid on my part, just wanted to offer after you mentioned last week. I'm much more comfortable being conservative.

---

**From:** Warren, Matthew <matthew.warren@steampunk.com>
**Sent:** Tuesday, August 4, 2020 12:39:05 PM
**To:** Abrey, Kate <kate.abrey@steampunk.com>
**Subject:** RE: Org Thinking

Kate –

Let's use tomorrow at 1 PM. I will let Harllee know. It will be good to get his feedback as well so we are doing it together.

As far as in person, I'm a bit nervous (more for you) as my kids are in full blown soccer. The kids are scrimmaging and we have our first tournament in 2 weeks. So if a player has it.. my guess it's only a matter of time for it to spread. Look at baseball and football right now...
Our family has been very good in terms of quarantining but I can't speak for the 16 other teammates from both their teams. I imagine that some parents might be more Trumpers who scoff at facemasks as some of the parents are aggressive. For what it's worth, I steer clear of them but I just don't know how they operate at home. I would love to see you but I will have anxiety if god forbid I unknowingly have Covid via my kids and pass to you and Kai. So let's just play it virtually.. More downside than upside and I think we are communicating much better so hopefully you feel the same. Covid sucks!

BTW – Great start on org! It came a long way since our original talk.. This will also help you set vision with your direct team and get everyone excited so good work! I love the building mentality that you have right now! It's perfect! 2021 is a big building year for us!

Thanks for sending over early so we could chat about it..

Matt

**From:** Abrey, Kate <kate.abrey@steampunk.com>
**Sent:** Tuesday, August 4, 2020 11:56 AM
**To:** Warren, Matthew <matthew.warren@steampunk.com>
**Subject:** RE: Org Thinking

Awesome – thanks for the feedback and initial thoughts. I think we are close. I'll give you a bell later to chat through some of the points. If you'd rather talk it through tomorrow with Harllee at our 1 that could work too?

CONFIDENTIAL                                                                                                           SHI00028825

I'd even be game for meeting you at Tyson's on the patio or on your patio tomorrow at 1 PM (particularly as I'm in town and I don't plan to attend the DHS mid year in person given my COVID caution).  Don't make fun of me if we do meet in person and I wear a mask.  I'm being really careful.  Being so sick during my pregnancy plus Kai makes me like the biggest COVID freak in the world (I haven't even been to the grocery store since March).

Thanks again!
Kate

**From:** Warren, Matthew <matthew.warren@steampunk.com>
**Sent:** Tuesday, August 4, 2020 11:27 AM
**To:** Abrey, Kate <kate.abrey@steampunk.com>
**Subject:** RE: Org Thinking

Btw – Love culture ..  you should think about doing a workshop with Robbe .. include the team around your different buckets..  good team building exercise too

**From:** Warren, Matthew
**Sent:** Tuesday, August 4, 2020 10:25 AM
**To:** Abrey, Kate <kate.abrey@steampunk.com>
**Subject:** RE: Org Thinking

Kate –

Here are my thoughts at first blush.  I've done this real time so I'm shooting from the hip.  I'm giving you my reactions..  Obviously, I don't have your commentary so my points might be answered when we get together.  BTW – Let's find time for the 3 of us to go through this week.  Here you go:
- It appears you have 5 Overhead positions plus $25k for Laetitia (or at least that is your ask)
  - **We have you budgeted for 3 Overhead positions in 2021** (maybe 3.5)
- As we look at Civ and DHS, we look at the OH level about the same.
  - Civ equals Max, Joe, Geoff, and Niz
  - DHS equals Kate, Reeves, Wolf, Diane
  - Interestingly, the payroll for DHS is much higher when you compare those 2 teams.  Our goal is to try and keep even on both sides as everyone has their hand out for resources (Brad, Sean, Finance, Recruiting, HR, Contracts, etc).  We will have 3 slated for both you and Civ unless we over perform
  - You should stack rank your 5 investments in terms of need/prioritization (more on that later)
- $45M as a stretch goal seems a little soft.  I believe DHS will end year at $45M in bookings? (run rate at $3.5Mish hitting January?  I could be wrong but just reaction)
- Rebecca as Chief of Staff/Sales Coordinator
  - It seems like you want to groom her to be OD for DHS?
  - I don't know if she is the sales leader.  Has she ever carried a bag and had a quota?   I thought she was more PMO (at least from my experience)
  - Speaking of PMO, is that the model you are leaning towards?  I would just caution as that feels very big companyish.  Affordability becomes an issue
  - Finally, have you thought through the Reeves/Rebecca dynamic?  How are you going to manage that?  How is he going to get bought in?  He has a very negative reaction and he has been your horse this year… You don't want to lose Reeves in this process or that will not be helpful as you grow this thing..
- Reeves moving to OD of OD's in 2022 needs to be discussed with him as well.  I believe he was thinking 2021 but curious if you spoke to him..
- Chris Moore as an Account Lead Role – I assume this is like a CAL
  - What changes for him in this role since he runs SASS?  It feels like he is working with front end and delivery side to grow..  Is this just a title change?
  - I'm assuming you don't see him as an OD for DHS?

CONFIDENTIAL                                                                                                                                                                                                                                                                                                                                                                                                                          SHI00028826

- David Wolf – Customer Relationship Role.. What is that?  Is he billable?  He's a high salary, high stock resource so curious on thoughts.  How can we get return from David?
- Postal – We should just put that as part of your patch now..  and name your Sector for what it will be versus where we are now…  Totally fine if you like Postal!  AFS has made a fortune (as you know)
- DoJ – Does it make more sense to place a bet on a Rockstar?  Potential P&L runner or are you looking at sales rep for some wedges then to bring in?  Also, affordability becomes a factor
- Slide 6: I like that slide… I would recommend you put actuals for 2020 under each bar..  It will help us/you prioritize on where we have to place bets thus getting you to stack rank OH resources.  For example, you will see where we are light which will help our thinking
- I like $50M for your patch as a whole next year including some revenue wedges outside of DHS.. That would be awesome

Hopefully some of what I wrote makes sense!

---

**From:** Abrey, Kate <kate.abrey@steampunk.com>
**Sent:** Monday, August 3, 2020 4:39 PM
**To:** Warren, Matthew <matthew.warren@steampunk.com>
**Subject:** Org Thinking

Matt –

Here is the latest draft of my org thinking per our discussion.  Let's chat once you have a minute to take a look at it.

https://sesolutionsinc-my.sharepoint.com/:p:/g/personal/kate_abrey_steampunk_com/Ef25MelhkJ9PhDY8ZlAidxMB2rpwUWNNWlkfarPMJJEfrQ?e=0GEa3V

Thanks
Kate

**Kate Abrey**
EVP & General Manager
(t)202-550-3878

steampunk
DESIGN. DISRUPT. REPEAT.

CONFIDENTIAL

SHI00028827