| | |
|---|---|
| Message | |
| **From**: | Harllee, John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=25AE0E4F1AE242C2B5156E2BB970A0AE-JOHN.HARLLE] |
| **Sent**: | 8/10/2020 12:22:34 PM |
| **To**: | Warren, Matthew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b2b31b2203e3425180c92274b0b825b4-matthew.war]; Pearson, Robert [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=db5f83db490b4414a6a021d3ec9abecb-robert.pear] |
| **CC**: | Izawa, David [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=52ec61f68463453789ef53d2769290b2-david.izawa]; Larose, Scott [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a250e84c498543e8a369bd7849cf7a38-scott.laros] |
| **Subject**: | RE: Leadership Team Topic |

List looks good – I like November as well. . .

**From:** Warren, Matthew <matthew.warren@steampunk.com>
**Sent:** Monday, August 10, 2020 8:14 AM
**To:** Pearson, Robert <robert.pearson@steampunk.com>; Harllee, John <john.harllee@steampunk.com>
**Cc:** Izawa, David <david.izawa@steampunk.com>; Larose, Scott <scott.larose@steampunk.com>
**Subject:** Leadership Team Topic

Harllee/Robbe –

We should have each of the leaders speak about their 2021 orgs and how they will effectively move the pieces around for an optimal fiscal '21 year. We have been spending cycles on this and it would be great for these leaders to present to the entire team.
We should either do this on Monday, October 5th OR Monday, November 2nd. I'm leaning on Monday, November 2nd to give folks plenty of time to vet their orgs. I would also ask that we move this particular LTM to 2 hours versus 90 minutes. Please note, I will need to change LTM for Monday, November 2nd to Tuesday, November 3rd as I'm taking that Monday off to play in a golf tournament at RTJ in Gainesville.

Here is the lineup in no particular order:

- Max – Civilian and DoD (20 minutes)
- Kate – DHS, Commerce, Justice, and Postal (20 minutes)
- Cole – Capture and Technical Presales (20 minutes)
- Dillon – SME org (10 minutes)
- Stepka – Finance, 10 minutes
- Carolyn – Contracts, 10 minutes
- Parker – Recruiting and HR 10 (minutes)

Did I forget anybody? Looks like a comprehensive list and something that will get everyone in synch on heading into 2021…

Let me know..

Matt

**Matt Warren**
CEO

CONFIDENTIAL

SHI00166890



1753 pinnacle drive, suite 900, mclean, va 22102
**m:** 703.283.5101
matthew.warren@steampunk.com

CONFIDENTIAL                                                                                                                                                             SHI00166891