**EXHIBIT 33**

Message

| | |
|---|---|
| **From:** | Abrey, Kate [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8A1FB0A8CFEF494EA3FB5C86140B7DD0-KATE.A] |
| **Sent:** | 9/1/2020 6:04:34 PM |
| **To:** | Warren, Matthew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b2b31b2203e3425180c92274b0b825b4-matthew.war] |
| **CC:** | Harllee, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25ae0e4f1ae242c2b5156e2bb970a0ae-john.harlle] |
| **Subject:** | RE: updated forecast for DHS |

Thanks for sharing. Pushing! Talk more about it tomorrow.

**From:** Warren, Matthew <matthew.warren@steampunk.com>
**Sent:** Tuesday, September 1, 2020 1:35 PM
**To:** Abrey, Kate <kate.abrey@steampunk.com>
**Cc:** Harllee, John <john.harllee@steampunk.com>
**Subject:** FW: updated forecast for DHS

Kate –

As we run towards a cardiac close in 2020, I wanted to forward you an email exchange that we had with Diane while you were on maternity leave. I don't know if I sent this over to you when you came back. Regardless, it was her commitment as a Sector/DHS Prez for what she would accomplish in 2020 coming off a less than stellar 2019. I will forward you the 2019 email recap too. Please note, the numbers below represent revenue NOT sales. As discussed in our P&L review, the new clients/new revenue goal is what is off kilter as we finish 2020 since we haven't won anything net new (yet). It will be important that we try and finish strong with sales in these new areas so 2021 has diversity of components inside DHS (and the Portfolio).

As you know, 2021 has some massive re-competes coming our way including S&T, OIG, and ICE SASS. It will be all encompassing for the company but as important is net new business. It's going to be essential that we have new work/new clients so we don't have to go 3 for 3. Frankly, even if we go 3 for 3, we might need to lower our rates (aka PTW) which would also cause revenue to drop. Therefore, let's stay focused on net new and let's hold Diane accountable for the commitment she has made to your portfolio and Steampunk at large. Please see below.

It's a team effort so let's finish STRONG!

We can talk more as a group on Wednesday..

Thanks for the support and leadership!

Matt

**From:** Ashley, Diane <diane.ashley@steampunk.com>
**Sent:** Wednesday, March 4, 2020 11:45 AM
**To:** Warren, Matthew <matthew.warren@steampunk.com>
**Subject:** Re: updated forecast for DHS

Thanks, Matt - I'm definitely optimistic on the wedge with Don after last night's discussion! Appreciate the run down on impact to the forecast, good stuff.

I'm just leaving TSA (saw Balaji, going back later today to sit down with him) where I had a positive discussion Anthony Perry on RCA stuff and the mission side of TSA.  Couple of potential areas there with human factors and org structure.  Plus, we talked a bit about field data modernization.

Headed to lunch with Splunk to talk data fusion.  Let's do this!

Diane

Get Outlook for iOS

---

**From:** Warren, Matthew <matthew.warren@steampunk.com>
**Sent:** Wednesday, March 4, 2020 11:26:41 AM
**To:** Ashley, Diane <diane.ashley@steampunk.com>
**Subject:** FW: updated forecast for DHS

Sooo… if we can close Don's deal, it alleviates some of the summer deals in terms of timing…  Meaning, I think it would almost cut Speed in half from a revenue perspective..
AND if we can get the Salesforce deal plus Integration…   It really takes the pressure off of Speed (although we would love to win it)…

More qualified deals in pipe equal goodness…   This is the game in software sales, which I know you are learning, but I'm super excited…
Let's stay focused and I think come Fall we will have something to be proud of..

**From:** Harllee, John <john.harllee@steampunk.com>
**Sent:** Wednesday, March 4, 2020 10:46 AM
**To:** Ashley, Diane <diane.ashley@steampunk.com>; Reeves, Matt <matt.reeves@steampunk.com>
**Cc:** Stepka, Tom <tom.stepka@steampunk.com>; Warren, Matthew <matthew.warren@steampunk.com>
**Subject:** updated forecast for DHS

Diane – thanks for the time on the updated forecast on Monday.   Appreciate the work and thought that went into prepping for the discussion.

To make sure that we are all on the same page, wanted to capture some of the outtakes:

The overall forecast for revenue for DHS for 2020 is $35M.  Inside of that:

a.       $24M base (reeves)
b.       $4.4M organic base growth (reeves)
c.       ~$2M for S&T recompete win (reeves)
d.       $3.2M for Speed (Ashley)
e.       $1.2M for POAM (Wolf/Ashley)
f.       $1M for TSA
g.       $.3M for cats and dogs

That comes to a bit over $36M, so your $35M forecast has some slack in it.

The risk here is that the forecast is dependent on winning three compets, and there are three compets on the table, so we have to run the table (S&T, Speed, TSA integration).   On the positive side, we seem to be in good shape given timing

CONFIDENTIAL

SHI00037156

on S&T and TSA.   Conversely, we have a lot of work to do on Speed in a short amount of time so the time you have been spending on that is well spent, and likely where the focus should be over the next couple of months.

We are also well behind on the net new revenue for the first half, which puts pressure on driving the compets to close, and staffing with alacrity.

As we discussed, getting new wedge starts in CIS and TSA remains the primary goal on the front end of the business.   Sounds like you all had a great meeting yesterday – if that opportunity translates into a project, that derisks about half of the forecast on Speed.   Multiple paths to the number is key, and qualified late breaking opportunities is even better.

In summary, the numbers you are forecasting are very strong, and some weakness in the components of the forecast is something we will always have to deal with.   Hitting your forecast is a game changer for the company.   Let's get those new starts, hit the 2020 forecast, and set the table for 2021.

j


**John Harllee**

**steampunk**
DESIGN. DISRUPT. REPEAT.

1627 I St. NW
Washington, DC 20006
**m:** 202.528.2767
john.harllee@steampunk.com

CONFIDENTIAL

SHI00037157