**EXHIBIT 34**

Message
---

| | |
|---|---|
| **From:** | Abrey, Kate [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8A1FB0A8CFEF494EA3FB5C86140B7DD0-KATE.A] |
| **Sent:** | 9/10/2020 7:34:30 PM |
| **To:** | Warren, Matthew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b2b31b2203e3425180c92274b0b825b4-matthew.war] |
| **CC:** | Harllee, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25ae0e4f1ae242c2b5156e2bb970a0ae-john.harlle] |
| **Subject:** | RE: Follow Up |

Matt – thank you for investing the time to compile and provide the context. I appreciate it greatly and know how much personal energy you've put into Diane. I do see improvements – I'm sure in large part thanks to your stewardship while I was out on maternity leave.

Let me digest and then maybe we can chat again tomorrow or early next week. I hope you both know how seriously I take the business and this conversation.

Thanks
Kate

**From:** Warren, Matthew <matthew.warren@steampunk.com>
**Sent:** Thursday, September 10, 2020 2:26 PM
**To:** Abrey, Kate <kate.abrey@steampunk.com>
**Cc:** Harllee, John <john.harllee@steampunk.com>
**Subject:** Follow Up

Kate –

Per our talk yesterday about Diane, I've put together a list of emails/conversations that we had with Diane leading up to Q3. After our conversation, I wasn't sure if you had all the context so I took time to put together the history. I will send each email separately. Furthermore, I've included attachments that correspond with items 1, 5, and 4.
Here is the background:

1.  Diane A 1 Year Retrospective (February 7, 2020)
a.  I've included a picture of the white board that lead our discussion
b.  Included on the whiteboard are the positives (above the red line) and improvement areas (below the red line)
c.  This conversation included John, Diane and I on February 7th
d.  Diane agreed 2020 had to be different and it will….
2.  Diane A 2019 Bonus Discussion
3.  Many discussions about Diane leading and creating versus "reporting the news". This email was specific to Eunice.
4.  Text exchange (February 20th) as we created the TSA Integrations opportunity. Encouraging her to keep pushing full steam ahead
5.  Diane exchange as we continued to build and push out strategy for TSA Integrations. We spent much time before and during Tampa about this deal (February 18th).. Essentially outlining her lack of attention to detail… Sense of urgency and details were a constant push with Diane….
6.  Robert F. Meeting prep for TSA integrations on 2/18. This was her opportunity to go very strong towards Robert and get this deal to move to procurement
7.  2/26 – Forecast Session focused again on Diane's lack of results for Net New
8.  March 4th: Positive meeting we had with Don, More progress with TSA, plus outlining the commitment in Revenue for 2020 with Net New
9.  Investment in Bruce Klein, professional coach($15k investment).

CONFIDENTIAL                                                                                                                   SHI00460269

This highlights many of the discussions and energy we had about performing in Q3. I know you didn't have privy to all these which is why I'm sharing. It was a very hard and aggressive push leading up to your return. You absolutely have taken the baton and continued to push. Hopefully you see some of the history and it demonstrates why I'm so adamant about holding the line at Q3. It also puts a fine point on how big of a miss we had when TSA was not happy with our delivery. That lack of understanding on delivery was probably the difference between Prime in 2020 versus 2021. The time and energy around integrations was intense for it to only be derailed by client dissatisfaction. We(you) worked hard to get it back on rails and we then pivoted back to the Prime contract to only run out of runway. Furthermore, if Diane had put the time and energy in with Don earlier and with a sense of energy, we would have had a deal with him before Covid. It's a domino effect… and you can really tie it back all the way to the beginning including her advocation of Bob Shipman… In fact, if we didn't push this change, 2020 without Reeves in the OD slot could have been much worst.

With that all being said, we want Diane to be part of our squad for the long haul however the results have not been reflective with her position. I would strongly encourage you to consider Q3 as the line in the sand with a demotion but holding out hope that we can build her back up to Sector President down the road.

Let me know if you have any questions…

Past email strings forth coming…..

Matt
**Matt Warren**
CEO

**steampunk**
DESIGN. DISRUPT. REPEAT.

1753 pinnacle drive, suite 900, mclean, va 22102
**m:** 703.283.5101
matthew.warren@steampunk.com

CONFIDENTIAL

SHI00460270