**EXHIBIT 35**

| Message | |
|---|---|
| **From**: | Warren, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B2B31B2203E3425180C92274B0B825B4-MATTHEW.WAR] |
| **Sent**: | 9/30/2020 12:41:23 PM |
| **To**: | Harllee, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25ae0e4f1ae242c2b5156e2bb970a0ae-john.harlle]; Larose, Scott [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=668316c469684025bb2b012a6f2f50fa-Scott Laros] |
| **CC**: | Larose, Scott [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a250e84c498543e8a369bd7849cf7a38-scott.laros] |
| **Subject**: | RE: [External] Re: last week's conversation |

I know it's obvious… but if Kate/Diane just start winning new work.. It changes everything

**From:** Harllee, John <john.harllee@steampunk.com>
**Sent:** Wednesday, September 30, 2020 8:38 AM
**To:** Warren, Matthew <matthew.warren@steampunk.com>; Larose, Scott <Rscottlarose@gmail.com>
**Cc:** Larose, Scott <scott.larose@steampunk.com>
**Subject:** RE: [External] Re: last week's conversation

It does and it will only get more complicated as Max and Reeves start to communicate.

**From:** Warren, Matthew <matthew.warren@steampunk.com>
**Sent:** Wednesday, September 30, 2020 8:25 AM
**To:** Larose, Scott <Rscottlarose@gmail.com>
**Cc:** Larose, Scott <scott.larose@steampunk.com>; Harllee, John <john.harllee@steampunk.com>
**Subject:** RE: [External] Re: last week's conversation

That's probably mostly right.  She said she has started conversations with both Reeves and Diane.  As you know, one of my weaknesses/strengths is my directness.  What I find is that in awkward conversations, folks struggle to get it out.  So she is getting there…  I feel like she tries to "sell" the idea versus talking to folks about the reality.  It's sometimes easier to just say it.
For example, Kate said that she had a talk with Reeves and he was "very positive" on Diane and supportive of her.

I spoke to Reeves and he said that he told Kate that he's seen improvement but we really need to win new deals.  So he is positive but he isn't saying she is doing a bang up job.  She interprets as pro Diane… He is saying that he likes Diane and wants her to succeed but she needs to win something..  Isn't it amazing how communication can get so complex?

So they go round and round……

What I asked Reeves to do is to talk to Kate about what the PM's inside of DHS are saying…  Specifically, "Steampunk is taking off but what's going on inside of DHS?  We haven't seen anything new won and just the same projects from SE?"  According to Reeves, he's been approached by several PM's inquiring and he's nervous that Diane/Kate will lose their respect if they don't address.  They want to see wins versus the talk of new wins.
Soo… I asked Reeves to talk to Kate about it..   If and how he does it, remains to be seen…  As Kate thinks the PM's see Diane as the face of DHS but in reality they play the game and wonder what she does since they are not winning anything…
I'm trying to get folks to communicate with each other but these topics are sensitive and folks like to softly tap around the edges…  And if I step in, then I become the center piece which won't scale long term.

CONFIDENTIAL

SHI00152263

Finally, Kate was supportive of Matt being OD for our DoD work.  Max will be calling Kate to say thank you (neither will be there today as they both don't leave the house)..  I'm hoping that will be an olive branch from Kate for supporting and it will show respect from Max as he is saying thank you…

However, Kate has not talked to Max about her plan with Diane.  My guess is she will sit on that but I hope she does…  We asked her to…

Including Harllee on thread…

This all make sense?

**From:** Scott LaRose <rscottlarose@gmail.com>
**Sent:** Wednesday, September 30, 2020 7:55 AM
**To:** Warren, Matthew <matthew.warren@steampunk.com>
**Cc:** Larose, Scott <scott.larose@steampunk.com>
**Subject:** [External] Re: last week's conversation

Perfect.  I assume she had not reached out to Max and Reeves but sounds like that is coming.

Thanks for sharing.  Good approach.

Sent from my iPhone

On Sep 30, 2020, at 7:41 AM, Warren, Matthew <matthew.warren@steampunk.com> wrote:

fyi

**From:** Abrey, Kate <kate.abrey@steampunk.com>
**Sent:** Tuesday, September 29, 2020 5:25 PM
**To:** Harllee, John <john.harllee@steampunk.com>
**Cc:** Warren, Matthew <matthew.warren@steampunk.com>
**Subject:** Re: last week's conversation

Absolutely. And I mentioned to Matt but I had a positive talk with Diane on this and she concurred with the 3 and 3. When we talk Thursday, I'd like to discuss next steps on communications with her (eg  you both reinforcing then me following up via email).

Thanks for documenting.

Kate

**From:** Harllee, John <john.harllee@steampunk.com>
**Sent:** Tuesday, September 29, 2020 4:37:48 PM
**To:** Abrey, Kate <kate.abrey@steampunk.com>
**Cc:** Warren, Matthew <matthew.warren@steampunk.com>
**Subject:** last week's conversation

Kate – appreciate the time and the out of the box thinking last week re: the state of play with DHS performance this year, and how to approach rectifying it going forward.   I wanted to shoot a note to you to make sure we have a common understanding of where I think we arrived by the end of the discussion.

CONFIDENTIAL                                                                                                                                                          SHI00152264

I think we all agree that Diane, in her lead role at DHS, has had disappointing results over the last 19 months – there are mitigating circumstances that contributed to this, but there are also a number of obstacles that we faced that are attributable to Diane's performance.   Regardless, I think everyone is on the same page that we have seen her performance  improve since the beginning of 2020 – though we all know continued improvement is needed for her to fully grow and perform in the role.

Given the improvement we have seen, I believe we all agreed that it makes sense to keep working with her in her Sector President role for the next year, based on the expectation that she continues to make progress and fully grows into the SP role.  Obviously a lot of that 'grow into role' is subjective, but in terms of objective criteria, I believe we agreed to the following as success factors between now and 9/30/21:   3 prime multi year prime contracts and 3 prime or sub 'real' wedge projects.   We also agreed that we won't parse who is responsible for what inside the DHS world, whether it be  you, Sam, Diane, or whomever.   3 and 3 is what we need in DHS (outside of CBP) to get us to where we hoped to be worst case by 9/30/21.

We also need to work to make the experience more positive for Diane, which is incumbent upon all of us on this email.  That being said, winning fixes all ills.

Finally, there are some inter accountability and why we made this decision conversations that I think you agreed to have with Max and Reeves, so they have insight into why we are moving out this way, and what informed that decision.

That consistent with your take on the conversation?

j

CONFIDENTIAL

SHI00152265