**EXHIBIT 36**

---

Message

| | |
|---|---|
| **From:** | Warren, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B2B31B2203E3425180C92274B0B825B4-MATTHEW.WAR] |
| **Sent:** | 11/24/2020 5:10:14 PM |
| **To:** | Performance Review [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9abae48d66964aa8addc949917c73e77-performance]; Abrey, Kate [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8a1fb0a8cfef494ea3fb5c86140b7dd0-kate.a] |
| **Subject:** | FW: Performance Assessment Summary - Kate Abrey |

Matt,

A summary of the employee's and your responses are below. If you have not already done so, please schedule a time to discuss the assessment responses with Kate.

Please confirm with your employee that they have updated their resume and ADP Talent Profile.

If you want to update your assessment after your conversation, please resubmit the manager assessment form to receive an updated summary.

Once the conversation has taken place, please forward this summary to performance.review@steampunk.com and kate.abrey@steampunk.com by December 24, 2020. This will confirm that the 2020 Performance Review is complete.

| Attribute | Employee | Manager |
|---|---|---|
| **Quality of Work** | 3 - Meets Expectations | 3 - Meets Expectations |
| **Job Skills and Knowledge** | 4 - Exceeds Expectations | 4 - Exceeds Expectations |
| **Judgment** | 3 - Meets Expectations | 3 - Meets Expectations |
| **Work Habits** | 5 - Exceptional Performance | 5 - Exceptional Performance |
| **Attitude** | 4 - Exceeds Expectations | 4 - Exceeds Expectations |
| **Communication** | 4 - Exceeds Expectations | 3 - Meets Expectations |
| **Potential for Future Development** | 3 - Meets Expectations | 3 - Meets Expectations |
| **Overall Performance** | 3 - Meets Expectations | 3 - Meets Expectations |
| **Employee's Proudest Accomplishment** | Building the team - hiring two new leaders; reorganizing and getting the team to be double the pipeline. | |
| **Employee's Core Values Exemplified** | Set the Pace - I have really been trying to lead from the front in terms of grinding out new pipeline generation and client engagement. | |
| **Manager's Comments** | | Kate is a very strong leader. She has demonstrated her ability to continue to build a team and work on existing contracts. She will need to improve on winning new work, with new capabilities as we build out her Portfolio. In terms of communication, I would like to see Kate have |

| | | harder conversations with folks early and often with employees who are under performing especially around sales.  Kate is a very positive person which is incredible 85% of time.  However, as an  Executive, it will require her to sometimes have tougher internal talks with under performers as she continues to grow.<br>2021 will be the year of net new sales, clients, and capabilities hence building a diversified portfolio.  I'm very excited on what what we have done but even more excited about 2021.. |

Thank you for completing the 2020 Annual Performance Review.

Contact hr@steampunk.com if you have any questions or need additional information.

Thank you,
Steampunk HR

CONFIDENTIAL