**EXHIBIT 37**

### Message

| | |
|---|---|
| **From**: | Warren, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B2B31B2203E3425180C92274B0B825B4-MATTHEW.WAR] |
| **Sent**: | 11/24/2020 2:20:27 PM |
| **To**: | Larose, Scott [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a250e84c498543e8a369bd7849cf7a38-scott.laros] |
| **Subject**: | FW: A few observations on our call today with D... |

She will need to learn to manage versus being the jester that sits at top..  This is part of her learning experience aka nurturer instincts versus being the person that has to make tough decisions ...

**From:** Warren, Matthew
**Sent:** Tuesday, November 24, 2020 9:16 AM
**To:** Abrey, Kate <kate.abrey@steampunk.com>
**Subject:** RE: A few observations on our call today with D...

Per Reeves, as long as help isn't having Diane roll her sleeves up and getting involved as a lead... I agree.
His help really needs to be from Brad/Ben/CGO/Capture.. and I had this talk with him this morning.
Diane needs to lead, create, and close net new with her side hustle doing whatever she can do to support Matt.  In Matt's eyes, he's watched her for almost 2 years and he is having flashbacks to how she and Shipman operated and he is seeing similar behavior..
Her instincts, like last year, is to jump in on the delivery/renewal... You will need to manage this daily and remind her that isn't her primary measurement for success

Diane needs to stay in her lane and get on the board with a focus of pipeline and net new... This needs to be your management focus everyday and if she gets out of her lane, you need to demonstrate to Reeves and team that you are managing (including Slack comments)...  vice versa Reeves needs to be in lock step with YOU on the renewals (less of Diane)

I strongly encourage you to get both in the room and define "do your job"...  Diane will continue try to drift back to what's comfortable for her but Matt needs to hear it.. It will help with your relationship..
Diane needs to close.... She needs to be obsessed on net new.. And behavior needs to follow that directive..
Reeves feels like he has carried the water for 2 years and he needs help on Net New...

When both do their job (which is a full time management responsibility by you), you will have a real team going into 2022 as everyone will feel like they did their part and you were the glue to keep it all together...

My 2 cents

Talk to you at 530...

**From:** Abrey, Kate <kate.abrey@steampunk.com>
**Sent:** Monday, November 23, 2020 7:47 PM
**To:** Warren, Matthew <matthew.warren@steampunk.com>
**Subject:** RE: A few observations on our call today with D...

Oh and I forgot to comment on the Reeves thing.  I've got to help him kick it into gear.  I'm sure he can do it – he just needs to be open to help.  Let's chat about this too (I put time on the calendar for us).

**From:** Warren, Matthew <matthew.warren@steampunk.com>
**Sent:** Monday, November 23, 2020 6:07 PM

**Exhibit 0026**

**To:** Abrey, Kate <kate.abrey@steampunk.com>
**Subject:** A few observations on our call today with D…

1.     It seemed like her slide was unorganized.. I didn't know if that was a reflection on how she thinks or just not really thinking it through
a.     Wedges weren't mapped to the bigger deal..
b.     She should have wedges on left with larger opp on right (if there is one)… but know that is the path to glory (vice versa too)
c.     It felt more about the quantity of possible wedges than the actual exercise of a wedge turning into something bigger
d.     She has to close 3 wedges and 3 Primes.. Sales rule is that she will need to have 9 of each to hit that goal….. (3x)
2.     I think you need to keep her locked and loaded on a few more key relationships… Last Feb/March/Aprilish.. I was very specific with her daily/weekly.. Let's get the relationship list to add a few more that she will own.. and add that to the column. Make her obsessed… Even if we close current pipeline, she will need more in the future so let's start that now .. Only goodness will come out of that focus. I think if you are relentless on new relationships with her, you will see qualified wedges go up…
3.     Great job on keeping HER focused on what she owns versus Sam. I'm very nervous that she will want to ride shotgun with Sam versus owning then ask if she gets credit… This is why I didn't let her hire anyone earlier in 2020 as she didn't have any relationships (yet). Her tendency is to pull everyone in from the Portfolio/Company.. Group attack.. It's about divide and conquering than coming back together as a group with a goal of building..
4.     Generally speaking, I still feel like she is "lawyering" on deals.. Is that a wedge? IS that not a wedge? (the Sam question, the Kenny question Etc.. etc.. ) It would be good for you to work with her on that and we will trust your judgement.. and if questions, please come talk to Harllee and I. I still believe she sees this as a "Matt and Harllee" thing versus Kate managing it.. (just an opinion)
**5.**     I had a great talk with Reeves today and I have another call tomorrow morning. I did get a chance to discuss his mindset on "owning the renewals"… I think he is very scared that Diane will get sucked into the renewals and use that as a reason on why we didn't do 3 and 3 at the end of 2021… So he is trying to keep her focused on that versus both… One idea to consider is for you to get him, D, and yourself together to talk about primary vs secondary responsibilities… and use that as an opportunity to demonstrate that "OUR" success is for D to lead the 3 for 3 while supporting MR on the renewals and vice versa. I'm going to press him that he needs to go all in with Brad (at a minimum) as it's not Brad's job to get the net new but to capture it when it's brought in.. and not taking advantage of that is short sided….

That's it.. I just finished last call but I wanted to send out so I didn't forget.. We can chat more tomorrow/Thursday… All goodness but I wanted to give you my read!

Have a great night!

Matt


**Matt Warren**
CEO

**steampunk**
DESIGN. DISRUPT. REPEAT.

1753 pinnacle drive, suite 900, mclean, va 22102
**m:** 703.283.5101
matthew.warren@steampunk.com

CONFIDENTIAL                                                                                                                                  SHI00127881