**EXHIBIT 38**

| | |
|---|---|
| **Message** | |
| **From**: | Abrey, Kate [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8a1fb0a8cfef494ea3fb5c86140b7dd0-kate.a] |
| **Sent**: | 12/8/2020 10:19:43 PM |
| **To**: | Warren, Matthew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b2b31b2203e3425180c92274b0b825b4-matthew.war] |
| **Subject**: | Re: Revenue Planning for 2021 |

Good advice. Thanks!

---

**From:** Warren, Matthew <matthew.warren@steampunk.com>
**Sent:** Tuesday, December 8, 2020 12:30:33 PM
**To:** Abrey, Kate <kate.abrey@steampunk.com>
**Subject:** RE: Revenue Planning for 2021

I would recommend you have a 1 on 1 with each person... and explain the importance that forecast accuracy is a commitment (you can even reference Lesta)...
I would also say that we missed bad in 2020 so that won't be acceptable in 2021... and it starts now ..
Regardless, you need to pressure test their thinking and put your own judgement on it as well. Diane literally said... It will be really hard for Speed to get awarded in 60 days but it doesn't mean it can't happen... But April is realistic too.. All with an assumption that it comes out by mid-January and no protests ... Straddle on the numbers and timeline which isn't what we want... She needs to commit based on her understanding of the client. For me personally, I would put it for May 15th close with the assumption it comes out by January 30th and no protest. Typical timeline is 90 days from submission on award based on history

I get a feeling that both Wolf and Diane feel like there are no repercussions by moving to the right... So they need to feel accountable

We can talk more tomorrow

---

**From:** Abrey, Kate <kate.abrey@steampunk.com>
**Sent:** Monday, December 7, 2020 7:31 PM
**To:** Warren, Matthew <matthew.warren@steampunk.com>
**Subject:** FW: Revenue Planning for 2021

FYSA – this is the tone I'm trying to set. WE OWN THIS – it isn't a fun game; it is our commitment!!!

---

**From:** Abrey, Kate
**Sent:** Saturday, December 5, 2020 8:01 AM
**To:** Ashley, Diane <diane.ashley@steampunk.com>; Wolf, David <david.wolf@steampunk.com>; Crawford-Jones, Tasha <tasha.crawford-jones@steampunk.com>; Young, Samantha <samantha.young@steampunk.com>
**Cc:** Reeves, Matt <matt.reeves@steampunk.com>
**Subject:** Revenue Planning for 2021

Hi there –

The week turns over and the revenue forecast for 2021 already is looking/feeling different for me. Can everyone please take a look and provide me and Reeves your revised NET NEW timing and revenue allocations by Tuesday AM. Remember this is our COMMITMENT to Steampunk. Things can move around but as a team we must exceed $47M of revenue. Any changes you make, please highlight in a different color in the field of dreams tab.

CONFIDENTIAL

SHI00028444

Please be honest and realistic and pull your weight.  This is a team sport and we all need to do our jobs to make this happen!

Let's go and THANK YOU!
Kate

p.s. you already have the link to the working file but let us know if you can't find it.

**Kate Abrey**
EVP & General Manager
(t)202-550-3878

steampunk
DESIGN. DISRUPT. REPEAT.

CONFIDENTIAL

SHI00028445