**EXHIBIT 39**

| Message | |
|---|---|
| **From**: | Warren, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B2B31B2203E3425180C92274B0B825B4-MATTHEW.WAR] |
| **Sent**: | 11/25/2020 3:59:22 PM |
| **To**: | Larose, Scott [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a250e84c498543e8a369bd7849cf7a38-scott.laros] |
| **Subject**: | FW: Catch-up Tomorrow |

Kate really got frustrated with D yesterday... will explain but water works until 7 last night

**From:** Warren, Matthew
**Sent:** Wednesday, November 25, 2020 10:38 AM
**To:** Harllee, John <john.harllee@steampunk.com>
**Subject:** FW: Catch-up Tomorrow


**From:** Warren, Matthew
**Sent:** Wednesday, November 25, 2020 10:37 AM
**To:** Abrey, Kate <kate.abrey@steampunk.com>
**Subject:** RE: Catch-up Tomorrow

Kate –

After a night of sleeping on it, we should continue our conversation on Diane and expectations. John and I are certainly keeping to the agreement we struck in the Fall (3 for 3) with you BUT we need to look long and hard at her development. We did a "retrospective" with Diane last February during her 1 year anniversary. That was the time we laid out the relationship plan, Q3 expectations, and overall performance. In that talk, it was all about Q3. We discussed this a bit when you asked for the 3 and 3 last October AND this is the 2nd concession we are making to get Diane there. We might want to do similar this year with Diane and continue to collaborate around thoughts (or you do this 1 on 1). First and foremost, we need to decide if Diane is helping to get to our goals or just sitting shotgun as dead weight. I know it's not black and white but this is a critical exercise for you to think long and hard. For example, if she were to leave, what impact would it be on the deals? I do believe Diane doing the current job is bigger than her ability however that doesn't mean we need to make a change immediately. So I see the following scenarios for you to think about (and love to get your thoughts too):

1. We decide that the downside is bigger than upside with Diane and we come to terms and ask her to find a new opportunity outside of Steampunk
2. We decide that her relatively newly formed relationships are beneficial and we kick the can down the road until we see these deals through. In this instance, you will need to manage her as a BD resource versus a Sector Lead as you will need take the lead and play her role
a. During this time, we see if she elevates and has the ability to be Sector lead but I'm very skeptical
3. Assuming it plays out how I anticipate, we get the deals across the line over the next 9-10 months then we have a re-org talk with Diane. This would require her to take a different position with a personal impact to her of taking 1.5M shares away and a reduction in her base salary.
a. Per our promise, we will never fire Diane and I think demoting her is still a strong deal for her that is bigger than any job she would get in town. I would ask her to be a Partner Account Manager with a big focus on Splunk. She could be measured by relationships with the AE's and leads thrown to the Portfolios inside of Splunk... (just an idea)
b. We would continue to ask her to be a broker of these new relationships while supporting your portfolio as a leader
c. I would be open to keeping her on the Leadership Team (bigger group not the top 13)

CONFIDENTIAL                                                                                                                                           SHI00128035

    d.    If Diane feels that it's better to leave, we will hold up our bargain and that's her decision.  We certainly want her to stay with the company but taking on different responsibility.
4.    If you feel like that's ultimately where we are going then we should discuss exploring some backfills..  However, if that gets back to Diane, it would certainly seem a bit sneaky...

Finally, and I know this stinks, but it's part of being an executive.  We all make decisions on folks that sometimes don't finish as we dreamed.  I did this with Nick and Ruth-Ann.  Max did this with Geoff Vaughn.  It happens.  The bigger part is to recognize it early so it doesn't turn into something bigger.  This is the hard part and something that every Executive that I know has had to go through.  You are a very positive person and try to see things and nurture them back to greatness.  In this instance, I just don' t know if that is possible.  I also had a similar experience with a good friend and now an executive at MuleSoft.  It was very hard but we are both better off for it and we are friends to this day.  What we can't do is continue to think we are going to turn her into something that she might never be able to do.  We have 5 years which will fly by....  So that's the question and if you say yes, then we will set expectations consummate with her job...  and you will need to manage...

I know this sounds harsh but I sent this theory to Harllee last March.  It's a theory by the name of the Dead Horse Theory.  If you go through the multiple stages, we tried a majority with Diane (I marked in yellow below): And let's talk later today... this is just to get your thinking going...

## The Dead Horse Theory

The tribal wisdom of the Dakota Indians, passed on from generation to generation, says that, "When you discover that you are riding a dead horse, the best strategy is to dismount"

However, in modern business, education and government, a whole range of far more advanced strategies are often employed, such as:

1. Buying a stronger whip – Matt's tough love February through April
2. Changing riders – Similar to above
3. Threatening the horse with termination – We will actually have done this twice (once last year at retrospective and now the 3 and 3)
4. Appointing a committee to study the horse
5. Arranging to visit other countries to see how others ride the dead horses
6. Lowering the standards so that dead horses can be included – I feel like this has happened in both 2020 and soon to be 2021

CONFIDENTIAL

SHI00128036

7.  Re-classifying the dead horse as "living impaired"

8.  Hiring outside contractors to ride the dead horse

9.  Harnessing several dead horses together to increase the speed – Wolf plus Diane

10. Providing additional funding and/or training to increase the dead horse's performance – The professional coach we hired to help Diane (aka Bruce)

11. Doing a productivity study to see if lighter riders would improve the dead horse's performance

12. Declaring that as the dead horse does not have to be fed, it is less costly, carries lower overhead, and therefore contributes substantially more to the bottom line of the economy than do some other horses- moving Diane to a different job

13. Re-writing the expected performance requirements for all horses – We did this and still she is trying to maneuver around the definition

14. Promoting the dead horse to a supervisory position of hiring another horse – Sam hire



**From:** Abrey, Kate <kate.abrey@steampunk.com>
**Sent:** Tuesday, November 24, 2020 7:53 PM
**To:** Warren, Matthew <matthew.warren@steampunk.com>; Harllee, John <john.harllee@steampunk.com>
**Subject:** Catch-up Tomorrow

Hi there –

Matt I know we chatted for awhile tonight. I'm happy to catch up with you both tomorrow but don't have my usual laundry list together. I'm also happy to punt til next week if you'd rather. My priorities for this week:
1.  DIDDIT re-do
2.  Net new pipe
3.  Sam/Tasha mobilization
4.  Team Client Targets/Strategy Reviews

CONFIDENTIAL                                                                                       SHI00128037

Have a great night and you'll see the big reveal on the portfolio name from me shortly, too 😊.

Best
Kate

**Kate Abrey**
EVP & General Manager
(t)202-550-3878

**steampunk**
DESIGN. DISRUPT. REPEAT.

CONFIDENTIAL                                                                                                    SHI00128038