**EXHIBIT 40**

Message
_____

| | |
|---|---|
| **From**: | Abrey, Kate [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8a1fb0a8cfef494ea3fb5c86140b7dd0-kate.a] |
| **Sent**: | 12/2/2020 3:27:17 PM |
| **To**: | Warren, Matthew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b2b31b2203e3425180c92274b0b825b4-matthew.war]; Harllee, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25ae0e4f1ae242c2b5156e2bb970a0ae-john.harlle] |
| **Subject**: | Re: Weekly Catch-up - Topics |

Sounds good and great adds. I do have a POV on Diane. I also closed the loop with Sam yesterday and I'll share my thinking re Tasha and Sam. We are also doing strategy reviews next week (per the note I shared with you) and I think it would be great to use that as a start to the January convo.

Talk to you at 1!

**From:** Warren, Matthew <matthew.warren@steampunk.com>
**Sent:** Wednesday, December 2, 2020 9:58:58 AM
**To:** Abrey, Kate <kate.abrey@steampunk.com>; Harllee, John <john.harllee@steampunk.com>
**Subject:** RE: Weekly Catch-up - Topics

Kate –

Sorry. One more item to also put closure. I filled Harllee in around the miscommunication/misunderstanding between you and Sam regarding the "we" game. I know you planned on talking to her directly yesterday so it would be great to understand details of the conversation and outcome. I want to be in synch as I have my first one on one with Sam this Thursday. Furthermore, John and I are having a glass of wine with her (outside) in 2 weeks. It will be important we are on the same page so let's also put closure to that topic as well.

I think that's it 😊

Talk to you at 1…

Matt

**From:** Warren, Matthew
**Sent:** Wednesday, December 2, 2020 9:06 AM
**To:** Abrey, Kate <kate.abrey@steampunk.com>; Harllee, John <john.harllee@steampunk.com>
**Subject:** RE: Weekly Catch-up - Topics

Kate –

I would like your assessment/overview on Tasha's and Sam's start/progress under the Portfolio. I'm not asking you to be negative but I would like you to include both positives and improvement areas that you are coaching/working so they will get on the board over the next 6-8 months.
Also, it might be interesting to take a look at the pipeline they have added to date and map it to key relationships from government that they brought to the table…. It seemed Tasha from my initial read was going the traditional route aka compets that are public versus creating/wedge (we will need a mix of both) so we don't get into the Diane situation. Let's take a look at the pipe and compare it to relationships to make sure we are doing both with Sam and

SHI00029769

Tasha.  It's a good objective way for us to measure and allows you to use this as a tool to coach your team.  It also sets the tone early so we are shaping the sales culture now inside of the Portfolio.

Furthermore, it would be great to have both Tasha and Sam give us an overview at some point on their own assessment and their initial progress on how/where they will get a win(s) as we are head into the new year.
Maybe January would be a good time to do this?  But I defer to you…

Finally, as of last Wednesday heading into the Holiday weekend, you said you didn't get a chance to digest my email on Diane.  I'm assuming that has happened.  It would be great to get your PoV and  assessment for Diane moving forward so we understand.  Again, this is your decision as the expectation will not change since we are locked and loaded.  I would like to put close on thoughts so we can stack hands and see how things progress.

Matt

**From:** Abrey, Kate <kate.abrey@steampunk.com>
**Sent:** Wednesday, December 2, 2020 7:18 AM
**To:** Warren, Matthew <matthew.warren@steampunk.com>; Harllee, John <john.harllee@steampunk.com>
**Subject:** Weekly Catch-up - Topics

Hi there –

Looking forward to catching up with you both tomorrow.  Here are a few topics on my mind for discussion:
1.      Portfolio Name Roll-out
2.      Portfolio Strategy Reviews
3.      Pipeline Additions
a.              ICE ERO
b.              ADAPTS on Ramp
c.              DOJ OIG
d.              VETS at TSA
e.              SFDC @ Census
f.              Trademarks AI
4.      Client Activity – 8 new client meetings
5.      Acumen thoughts

Of course, happy to add any additional items you have for me.

Thanks
Kate

**Kate Abrey**
EVP & General Manager
(t)202-550-3878

**steampunk**
DESIGN. DISRUPT. REPEAT.

SHI00029770