| | |
|---|---|
| **Message** | |
| **From:** | Harllee, John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=25AE0E4F1AE242C2B5156E2BB970A0AE-JOHN.HARLLE] |
| **Sent:** | 12/3/2020 9:27:04 PM |
| **To:** | Pearson, Robert [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=db5f83db490b4414a6a021d3ec9abecb-robert.pear]; Warren, Matthew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b2b31b2203e3425180c92274b0b825b4-matthew.war] |
| **Subject:** | RE: BoD preso |
| **Attachments:** | Board120920v3.pptx |

Robbe – use this one – fixed the typo.

j

**From:** Pearson, Robert <robert.pearson@steampunk.com>
**Sent:** Thursday, December 3, 2020 4:23 PM
**To:** Warren, Matthew <matthew.warren@steampunk.com>; Harllee, John <john.harllee@steampunk.com>
**Subject:** Re: BoD preso

I love that!

I'll get working on enhancing the deck.

Thanks,
RP

**robert e. pearson III**
chief marketing officer

**steampunk**
DESIGN DISRUPT REPEAT

1753 pinnacle drive, suite 900, mclean, va 22102
**m:** 571.344.5538
robert.pearson@steampunk.com



**From:** "Warren, Matthew" <matthew.warren@steampunk.com>
**Date:** Thursday, December 3, 2020 at 4:19 PM
**To:** "Harllee, John" <john.harllee@steampunk.com>, "Pearson, Robert" <robert.pearson@steampunk.com>
**Subject:** RE: BoD preso

I think after we should share deck with Max and Kate...

1. It shows transparency
2. It also puts scrutiny on many of things that we've been discussing
3. They know the board knows especially KM as they want to impress him

CONFIDENTIAL

SHI00465389

4.     We ask the Board to sit with Kate/Max and discuss working as a team:
a.     Davis discuss being a "moderate" politician crossing the aisle as a "we" (country first)
b.     Kevin M. putting mission over individual
c.     Shep – not sure?
d.     I do think they getting called into the Principal's office with the Board would be very interesting and really foot stomp playing nice together

**From:** Harllee, John <john.harllee@steampunk.com>
**Sent:** Thursday, December 3, 2020 4:05 PM
**To:** Warren, Matthew <matthew.warren@steampunk.com>; Pearson, Robert <robert.pearson@steampunk.com>
**Subject:** RE: BoD preso

W/ Matt's suggestions included.  Attached.

**From:** Warren, Matthew <matthew.warren@steampunk.com>
**Sent:** Thursday, December 3, 2020 3:32 PM
**To:** Harllee, John <john.harllee@steampunk.com>; Pearson, Robert <robert.pearson@steampunk.com>
**Subject:** RE: BoD preso

My comments:

- Slide 2:  Attrition..  Can we show 2019 attrition against 2020 attrition…  It shows better
- Slide 3: PM's are key leaders in Delivery and backbone of company
- Slide 4 under Bad: Big SI's continue to be problematic when we are a sub despite promises made during capture
- Slide 4 under Bad: Missed on DoD Sector Lead and Sr. BD Executive
- Slide 5 under momentum:  Like attrition, let's show 2019 at 100ish FTEs and 2021 at 500ish (it will compliment big holiday party listed on last bullet)
- Slide 5: FOCUS on GROWING ROOTS into key programs with an extreme attention on delivery quality first, profit second, in year (also a lyric in G Love song (growing roots) that he sang on patio)
- Slide 6 under Key to Success: we need to add: **Win 6 Key Renewals**
- Slide 6 under Key to Success: add as sub bullets to front end fte/investments to include HHS, DoJ, DHS (shows where we are investing)
- Slide 6 under Key to Success: Portfolios to work as a "we" as they behave very silo'd and competitive
- Slide 6 under consideration: Big Holiday Party if vaccine is distributed

**From:** Harllee, John <john.harllee@steampunk.com>
**Sent:** Thursday, December 3, 2020 3:05 PM
**To:** Pearson, Robert <robert.pearson@steampunk.com>
**Cc:** Warren, Matthew <matthew.warren@steampunk.com>
**Subject:** BoD preso

Robbe – attached – I think it has most of the content we need to talk to – if you have some ideas around making it a bit sexier (even just throwing quotes on our core values in as background) that would be great.

Matt – have a look and let me know what I missed or if you would rather not touch on any of the subjects I brought up in the PPT.

j

CONFIDENTIAL

SHI00465390