**EXHIBIT 43**

Message

| | |
|---|---|
| **From:** | Abrey, Kate [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8a1fb0a8cfef494ea3fb5c86140b7dd0-kate.a] |
| **Sent:** | 12/8/2020 10:21:18 PM |
| **To:** | Warren, Matthew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b2b31b2203e3425180c92274b0b825b4-matthew.war] |
| **CC:** | Harllee, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25ae0e4f1ae242c2b5156e2bb970a0ae-john.harlle] |
| **Subject:** | Re: Few topics to discuss tomorrow.... |

Sounds like a plan for tomorrow! Thanks for beating me to the punch on topics. I'd like to talk about Kyle Myers and next steps on FY21 budget finalization, too, if we have time.

---

**From:** Warren, Matthew <matthew.warren@steampunk.com>
**Sent:** Tuesday, December 8, 2020 12:42:30 PM
**To:** Abrey, Kate <kate.abrey@steampunk.com>
**Cc:** Harllee, John <john.harllee@steampunk.com>
**Subject:** Few topics to discuss tomorrow....

1. Wolf Plan/Timeline – Kate's ideas/suggestions.  I thought about it over the weekend and I have a few too.
a. Include communication plan on folks that are Wolf fans to minimize any negative reactions
2. Forecast/Commit for 2021 by quarter
a. Why this is important?  Accountability, 2020 misses, etc…
3. Forecast on Monday's – Can we talk about any deal <u>other than</u> Speed, IIMD, and DiDIT?  I feel like this has been same talking points for last 6 months.  When we feel  like it is a week out from dropping, we should bring it back up.  Otherwise, let's focus on other deals.  If this means not as much to talk about then we can end early until we get the pipe rolling with new opportunities
a. If when we close these USCIS deals, what is behind it with D?
4. Kate's perception on Sam, Diane, Wolf, and Tasha..  We should do this every week.. (how is it trending?)
a. What about more sales people as backfill or additive to above?
b. How are we doing on finding more talent to drive the front end?
5. Kate's Proposed Bonus for Wolf and Diane (at this stage, I don't see anything else being awarded this calendar year.  If it does, we can readdress but where is your thinking in terms of amount and messaging to each individual)

**Matt Warren**
CEO

**steampunk**
DESIGN. DISRUPT. REPEAT.

1753 pinnacle drive, suite 900, mclean, va 22102
m: 703.283.5101
matthew.warren@steampunk.com