**EXHIBIT 44**

Message

| | |
|---|---|
| **From**: | Warren, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B2B31B2203E3425180C92274B0B825B4-MATTHEW.WAR] |
| **Sent**: | 12/16/2020 10:00:15 PM |
| **To**: | Harllee, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25ae0e4f1ae242c2b5156e2bb970a0ae-john.harlle] |
| **Subject**: | RE: Kyle Offer Ideas |

Cool.. I will say live

**From:** Harllee, John <john.harllee@steampunk.com>
**Sent:** Wednesday, December 16, 2020 4:55 PM
**To:** Warren, Matthew <matthew.warren@steampunk.com>
**Subject:** RE: Kyle Offer Ideas

I think better discussed but your call. I agree with all points.

**From:** Warren, Matthew <matthew.warren@steampunk.com>
**Sent:** Wednesday, December 16, 2020 4:35 PM
**To:** Harllee, John <john.harllee@steampunk.com>
**Subject:** RE: Kyle Offer Ideas

I really want to send this to Kate… but might send her down a depression rat hole…
Thoughts?

-------------------------------------------------------------------------------------------------------------------

I agree with Harllee and to add on to his thoughts:

1. Diane and Wolf were here since day 1 and took the leap hence the big stock upfront. We are a different company today compared to 2019.
2. We have had others perform like Fischer who closed 3 deals in 14 months and he has less stock than what you proposed and less comp. We can walk you through it.
3. We were patient on making a move with Diane and Wolf. For example, I remember a year ago when I asked you to grade Diane just before your maternity leave and you gave her a B and I said F. I'm not trying to say I told you so but there is an opportunity cost in waiting on moves (unless they hit which is what we wanted but..). Both are going on 2 years and it has prevented us from moving ahead on other investments since we have had 3 million shares of essentially dead stock tied up.
4. We are about $1M of base salary in investment that will never be re-cooped

So I don't think we should look at the stock as "repurpose" because it's a bit more nuanced than that…

Let's chat and we can figure something out where he will be motivated to come over. I want Kyle to join but the big packages of 2019 are done … So let's try and thread the needle….

Matt

**From:** Harllee, John <john.harllee@steampunk.com>
**Sent:** Wednesday, December 16, 2020 3:58 PM

CONFIDENTIAL

SHI00446578

**To:** Abrey, Kate <kate.abrey@steampunk.com>; Warren, Matthew <matthew.warren@steampunk.com>
**Subject:** RE: Kyle Offer Ideas

Yup let's talk tomorrow.  I think that kind of stock up front is too much and creates disparities with his peers.   Open to the other approaches and open to a stock approach that ties most of that stock to a material bookings number.   We have to balance getting something in front of him that he will bite on, without putting him in a position where he is very unlikely to achieve the goals (even though he doesn't know it) and then he bails after 6 months when he realizes he wasn't realistic.

j

**From:** Abrey, Kate <kate.abrey@steampunk.com>
**Sent:** Wednesday, December 16, 2020 3:39 PM
**To:** Warren, Matthew <matthew.warren@steampunk.com>; Harllee, John <john.harllee@steampunk.com>
**Subject:** Kyle Offer Ideas

Hi there –

Per our discussions, here are some potential scenarios for Kyle.  Kyle will want to report to me and may want Tasha to initially at least report to him (which I think she'll be fine with):

1.      Role: Sales leader DOJ – my guess is he'll want to be an SVP but I don't think that is the driving factor
2.      Offer Options:
   a.      **"Traditional"** - $225k base, 250k stock, $75k upside based on sales target $4M of bookings – this is very close to the Sam offer
      i. I don't think he'll accept this given he is making on average $500k/year
      ii. He might consider it if I could repurpose Wolf's stock for him and offer [redacted: 250k shares with the ability to earn another 500k shares based on performance of achieving a $15M booking target in the first year] (aggressive I know but look what civilian did)
   b.      [redacted: "Traditional" with a Twist] - $225k base, 250k stock, sliding scale of upside:
      i. Book $4M – get $75k
      ii. Book $10M – get $100k
      iii. Book $15M – get $175k
      iv. Book $20M – get $250k
      v. Book $30M – get $325k
      vi. Etc…why cap?
   c.      **Commission based** - $150k base, no stock?, upside is 3% of the OI on any deal he closes above a 10% minimum OI (so if he closed $100M in a year at 13% OI he'd make $3M).  I think that OI is paid just on the base award and not the option years and can be phased across the revenue by month (gives him more of a steady income)…this one is the crazy scenario that we don't prefer but it shows our flexibility and I don't think there is a ton of downside.

I think he's likely to pick one of the highlighted…did I get our convos right?  Harllee – want to chat through this tomorrow during our check in?

Thanks!
Kate

**Kate Abrey**
EVP & General Manager
(t)202-550-3878

**steampunk**
DESIGN. DISRUPT. REPEAT.

CONFIDENTIAL                                                                                                                               SHI00446579

CONFIDENTIAL

SHI00446580