**EXHIBIT 45**

| | |
|---|---|
| **Message** | |
| **From:** | Abrey, Kate [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8A1FB0A8CFEF494EA3FB5C86140B7DD0-KATE.A] |
| **Sent:** | 12/30/2020 12:06:21 PM |
| **To:** | Warren, Matthew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b2b31b2203e3425180c92274b0b825b4-matthew.war]; Harllee, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25ae0e4f1ae242c2b5156e2bb970a0ae-john.harlle] |
| **CC:** | Cole, Brad [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8068a31374a04890bd38e20b9ee1b8d1-brad.cole] |
| **Subject:** | RE: Who's ready to rummbblleee!!!! Q1 Forecast |

Thanks, Matt. Great input.

It is a great reminder to get very specific! I do talk to them about their specific commitments almost daily. For example, I was talking to Diane yesterday about IIMD timeline and various options on the path forward. I pointed out to her that if we get only 6 months of funding in Q1 then she will miss her commitment using that path – so what are the specific options to close that gap. It is an interesting shift in mindset for the team to be so hyper focused on the numbers.

I am most concerned that David has rose colored glasses on regarding Q2. He hasn't closed anything to date so the idea of three deals in forecast seems way too optimistic.

I also balance the sales forecast with the revenue rolling planning that I did with Reeves. I think that is also a mindset change for the team...e.g. VSPTS has $50k of revenue starting in Jan but the client just forecasted the award date to January 20th – therefore how do we pull in the delta in revenue in January so it doesn't have a compounding impact. Again, I'm trying to get them to think this way vs me pushing it to them but it starts with awareness.

More to come and thanks for the advice. I always appreciate it.
Kate

**From:** Warren, Matthew <matthew.warren@steampunk.com>
**Sent:** Tuesday, December 29, 2020 8:41 AM
**To:** Abrey, Kate <kate.abrey@steampunk.com>; Harllee, John <john.harllee@steampunk.com>
**Cc:** Cole, Brad <brad.cole@steampunk.com>
**Subject:** RE: Who's ready to rummbblleee!!!! Q1 Forecast

Kate –

It looks good... The message is great and on point.

One suggestion is to make sure everyone understands in terms of forecast dollars on what that are responsible to close of net new in the quarter. It should be intuitive in Salesforce but sometimes all the data can dilute the pointedness of what needs to be done at the individual level. For example, if we were at the office, I would write it on the whiteboard per person specifically to net new and name of individual. You could even broaden it out and summarize expectation from delivery/sales. It is something your team would see every day and it should be discussed (if not weekly by you, even daily). It was a technique that every salesperson did at Oracle. It was commonplace. It was like a living dynamic progress report. It is also why Jay Nussbaum started every conversation with "Did you close anything today?".. It's a mindset that starts from the top...

Also, are you holding the number at your level to what they forecast up? Or are you making any adjustments? Again, this needs to be considered as you roll the number up. It's your commitment as well.

CONFIDENTIAL

SHI00040162

Regardless, I would make sure that everyone knows exactly what they are on the hook to do in Q1.  This should be in your management playbook everyday with specificity to the number for everyone.  Therefore, if Reeves and delivery do something incredible (again), it isn't confused in the net new sales/bookings number.  That should be additive to any of the commitments that your team is making in Q1….

Wash, rinse, repeat…   In the "do your job motto", it is important that this doesn't get confused so you will need to constantly hit this with the team.

Outside of that, your email is a great start!…  Now it's about managing these set expectations and talking with them each day…  And remember, the only thing worst than missing a forecast..  Is when you change it the last couple of weeks for the quarter that it's in…  It's our job to be the arbitrators and demonstrate we are professionals at understanding our business.  So, if we feel like something isn't right, it needs to be discussed early and often with the individual…   And if you feel like it isn't going to happen, that becomes a discussion with the individual then a change in the forecast overall.  But this allows you some leverage to manage the forecast and the individual by what they forecast….

FWIW..

Matt


**Matt Warren**
CEO

**steampunk**
DESIGN. DISRUPT. REPEAT.

1753 pinnacle drive, suite 900, mclean, va 22102
**m:** 703.283.5101
matthew.warren@steampunk.com

---

**From:** Abrey, Kate <kate.abrey@steampunk.com>
**Sent:** Monday, December 28, 2020 7:17 AM
**To:** Warren, Matthew <matthew.warren@steampunk.com>; Harllee, John <john.harllee@steampunk.com>
**Cc:** Cole, Brad <brad.cole@steampunk.com>
**Subject:** FW: Who's ready to rummbblleee!!!! Q1 Forecast

Please let me know if I missed anything from a tone or focus perspective.  I'll prep with the team later in the week as they are available.   Thanks and hope you both are enjoying the holidays!

---

**From:** Abrey, Kate
**Sent:** Monday, December 28, 2020 7:15 AM
**To:** Ashley, Diane <diane.ashley@steampunk.com>; Young, Samantha <samantha.young@steampunk.com>; Wolf, David <david.wolf@steampunk.com>; Crawford-Jones, Tasha <tasha.crawford-jones@steampunk.com>; Reeves, Matt <matt.reeves@steampunk.com>
**Cc:** Cole, Brad <brad.cole@steampunk.com>
**Subject:** Who's ready to rummbblleee!!!! Q1 Forecast

Good morning!

I hope everyone is enjoying their holiday downtime!  I know folks are working on and off so I wanted to send this out early in the week.  Next week's forecast session will set the tone for the year.  Please take some time to look at SFDC and make any needed updates (I don't expect many because of our clean up mid month).  A few things to note:

CONFIDENTIAL                                                                                                                                             SHI00040163

1.      **This is all about our COMMITMENT in Q1** – even if deal dates push we are responsible for our Q1 number. Last year is in the rearview mirror and we aren't going back – no more missing our numbers…let's even dare I say, EXCEED, our commitment. Please bring this thinking to the forecast session (but more importantly to our attack of the business). As I mentioned last week we have a lot of irons in the fire, so let's pull them out!
2.      **Steps to close** – let's clearly articulate the steps to close the deals in Q1. Know the who, when and specific next steps for your deals. If you don't know them, call it out and talk about your plan to get to know them.
3.      **This is only about Q1!** If your deals aren't part of the Q1 story, now isn't the time to talk about them. We'll save that for the very end of the call and we can ask Matt/Harllee if they want any updates outside of Q1 deals.

I am available at your pleasure to discuss, prep, or work through the details. Please just let me know.

Closer to the end of the week, I'll go into SFDC and make sure everything passes the sniff test and then send out any notes of things I'm seeing.

Bring it 2021! This is the year of S&P!
Kate

**Kate Abrey**
EVP & General Manager
(t)202-550-3878

steampunk
DESIGN. DISRUPT. REPEAT.

CONFIDENTIAL                                                                                                    SHI00040164