**EXHIBIT 46**

EXHIBIT
Ashley
6
9/14/23

Message

| | |
|---|---|
| From: | Warren, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP [FYDIBOHF23SPDLT]/CN=RECIPIENTS/CN=B2B31B2203E3425180C92274B0B82584-MATTHEW.WAR] |
| Sent: | 12/16/2020 7:54:04 PM |
| To: | Operational Leadership Team [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9ae8a9622eb64c4c9efb1359c491980e-Operational] |
| CC: | Izawa, David [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=52ec61f68463453789ef53d2769290b2-david.izawa] |
| Subject: | Common Definitions |
| Attachments: | buckets of business v2.pptx |

Team –

As we continue to put common definitions around our language, I wanted to include a foundation so our views are the same on how we should look at the business. Please note, this is not an absolute but generally how we should view our thriving company. Please see attachment.

Nirvana is when we are winning net new AND expanding on existing projects. We will need to do both and this requires the integration of both BD and Delivery. As we continue to operate as the "we", the combination of sales and delivery with the support of our Backoffice organizations will shape how we go after business, differentiate us from other companies, and most importantly provide a service to our government client that is quality at speed.

In forecast sessions, I believe we tend to confuse/mix net new and expansion interchangeably. Therefore, the slides should provide some guard rails and obviously not every deal is the same but generally speaking this should be our views when we talk...

Why is this important in our thinking? Because our projects and business run along a growth continuum. Winning net new seeds the ground for expansion in the years to come; if we can't distinguish between what is net new and what is expansion, then we don't have a handle on what our pipeline is telling us about where we need to focus. In turn, if we don't know where to focus, we can't build a business. This is why the wedge model (as the initial input in the pipeline continuum) is so very important to our long terms prospects, even when we are 3x bigger than we are today.

Please let me know if you have any questions but I wanted to provide some direction as we gear up for 2021!

Matt
PS – Please make sure all of our philosophies including wedge, definitions, operating model, etc... are passed down inside of your organizations. For this to really work, we will need each of you to explain so we have the entire organization on the same page. Otherwise, it only stays to these threads..... John and I are happy to get involved in any/all talks as we continue to grow...

**Matt Warren**
CEO

**steampunk**
DESIGN. DISRUPT. REPEAT.

1753 pinnacle drive, suite 900, mclean, va 22102
m: 703.283.5101
matthew.warren@steampunk.com

CONFIDENTIAL

SHI00076218





CONFIDENTIAL