**EXHIBIT 48**

Message

**From:** Abrey, Kate [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8A1FB0A8CFEF494EA3FB5C86140B7DD0-KATE.A]
**Sent:** 1/3/2021 12:23:13 AM
**To:** Wolf, David [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ed18a6c56dc7493d912db352d9195491-david.wolf]
**Subject:** Just to share the level of detail that i plan to cover for DHS...

$9M in Commit for Q1
- 3. 68M in net new; 5.32M in OCG/renewals
- DHS $2M
- DOC/HQ $1.68M
- Upside of 10.7M

Q2 forecast of $13.9 with $6.5M of net new

DHS
- IIMD - draft solicitation complete; all members of the tep identiftied and assigned; next step is final approval and release with no later than date of 1/31
- Upside
o S&T COO Intake (upside $200K) – had initial design session with client at studio on 12/23.  Identified next steps to loop in 4 additional stakeholders for session in Jan.  The potential engagement would start out as Design Intelligence and could also add on tools development (like Salesforce) and change management. COULD END UP BEING "EXPANSION" IF ADDED TO EXISTING S&T CONTRACT.
o ICE ERO Data Science Support (upside $200K) – Scott Kirby is POC, he has ask out to COR on ceiling of BAH contract to add 6-8 week effort to develop a data forecasting model evolution strategy in advance of the next LESA contract (under Deloitte) kicking off.  TECHNICALLY "EXPANSION" IF ADDED TO EXISTING BAH CONTRACT.
- Competitive Deals
o USCIS SPEED – according to APFS "It is anticipated that the RFP will be officially released **no later than 1/8/21**, and may be released sooner than this date."
o USCIS IIMD – in with contracts, waiting on release (expected late Jan/early Feb).  Also working on new parallel path with STSI who holds the BDSO contract at USCIS.  Talking with Ben Morris of STSI on 1/7/21, customer supportive of funding initial work there.
o ICE VSPTS – draft RFP was released on 12/23/20, and the final is expected any day with a targeted submission date of 1/20/21. Pre-RFP kickoff with Wexler held on 12/30/20 to delineate schedule and actions for the response.
o [NOTE: These are for awareness only ... not deals closing in Q1]
▪ USCIS DID(it) – draft PWS comments due 1/4/21.  Final RFP expected Feb/Mar.
▪ ICE BPA – Q2 potential
▪ USCIS IRNSDD RFI – working response now and it's due 1/8/21.  The scope includes Risk & Fraud DevSecOps (RFDS, $73M – prime is Geocent), Risk Fraud Analytics DevSecOps (RFAD, $49M – prime is Excella), and VER FUTURE ($96M, Prime is Slalom/ Two Degrees)
-

**Kate Abrey**
EVP & General Manager
(t)202-550-3878

steampunk
DESIGN. DISRUPT. REPEAT.

CONFIDENTIAL

SHI00027459