**EXHIBIT 49**

Message

| | |
|---|---|
| **From**: | Harllee, John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=25AE0E4F1AE242C2B5156E2BB970A0AE-JOHN.HARLLE] |
| **Sent**: | 1/4/2021 10:20:47 PM |
| **To**: | Warren, Matthew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b2b31b2203e3425180c92274b0b825b4-matthew.war] |
| **Subject**: | RE: A few thoughts.. |

I guess she would be counting the 1.5M PTO deal?   Let's chat.

**From:** Warren, Matthew <matthew.warren@steampunk.com>
**Sent:** Monday, January 4, 2021 4:52 PM
**To:** Harllee, John <john.harllee@steampunk.com>
**Subject:** Re: A few thoughts..

i know ... so do we call that out now?

my guess is she had to reply to check the box and didn't think it through ....  but if she agrees, it implies that getting $400k as a sub will get the full team billable for 2 months ., her 7 ftes comment

but that would imply the bigger prime deal is not happening in Q1 hence missing forecast ..


Sent from my iPhone


On Jan 4, 2021, at 4:45 PM, Harllee, John <john.harllee@steampunk.com> wrote:


Unless there is something that didn't come up this morning, I don't know how they get to 2M on the back of a 2 person subcontract.

**From:** Warren, Matthew <matthew.warren@steampunk.com>
**Sent:** Monday, January 4, 2021 4:17 PM
**To:** Harllee, John <john.harllee@steampunk.com>
**Subject:** Fwd: A few thoughts..

so if she agrees on IIMD .. how does she hit her forecast ?

Sent from my iPhone

Begin forwarded message:

**From:** "Abrey, Kate" <kate.abrey@steampunk.com>
**Date:** January 4, 2021 at 3:46:01 PM EST
**To:** "Warren, Matthew" <matthew.warren@steampunk.com>
**Cc:** "Harllee, John" <john.harllee@steampunk.com>
**Subject: Re: A few thoughts..**


Thanks, Matt!

CONFIDENTIAL

SHI00456392

1. Agreed - he rambled and talks in circles. I literally wrote the questions he needed to answer and then prepped him yesterday.

2. Agreed. I bet we have to do sub this quarter at iimd.

3. Yes, I inserted myself in Richard mtg. It was fine. He was open to the security gap. I pushed Sam to talk to Aidan about funding. I think that and contracts are the biggest risks.

4. I agree re Tasha. I'll offer her time to connect. I think that would be super helpful. And good exposure for her.

5. Roger. I knew she wasn't able to change her flights.

6. True. I was thinking part time across multiple deals. No offer yet. This is the woman that Jen wants to hire as her number 2. She's great so maybe we can do it all. I'll look into the financials.

7. Kyle and I talked last week. He's doing some financial analysis.  Then he's going to get back to me on "his" offer. I think he's going to suggest a low base and a % of profit plus some stock but I don't have the details. I told him the time is now and we are eager to move out. No action yet but hopefully soon. I'll call him later this week. I'm also talking to Tobi Moriarty from UIpath and asked Sam for her ideas.

Appreciate the input as always and feel free to hit me up this week. My sister just finished her 14 day quarantine and she'll meet Kai after dinner tonight. I'm so excited!

Thanks and happy new year!
Kate

---

**From:** Warren, Matthew <matthew.warren@steampunk.com>
**Sent:** Monday, January 4, 2021 1:16:12 PM
**To:** Abrey, Kate <kate.abrey@steampunk.com>
**Cc:** Harllee, John <john.harllee@steampunk.com>
**Subject:** A few thoughts..

Kate –

Thank you for running the Portfolio's forecast session this morning.  A few thoughts as I'm eating my lunch:

- Wolf needs to get his details together on the deals he is forecasting.  It seemed very vague which I know he self-admitted.  He used words like "hope" which isn't a strategy.  Let's get the steps to close that correlate with timing to really push these forward.  Otherwise, it's hard to really gauge where we are at PTO.
- Details on all the USCIS opportunities were spot on.  Thank you.  Like you, I'm very nervous about USCIS getting something out, responses back, and awarded by end of March..  My guess is that we will need to see both IIMD and/or Speed out on the street by next week if we have a shot.
- TSA Integrations – I thought Sam's mindset and tenacity was perfect.  I would be very careful on the Richard Melrose discussion.  I personally think it's more about getting Neil and Aiden to push to Richard versus getting a relationship with us.  However, it will be interesting to hear who Robert is going to empower to start the process.  Ideally, we can get that process going in January and a nice Q2 Prime.  It's there.. now it's about being relentless on pushing it through.  I really think Sam will do a nice job here getting it to close in Q2… Neil is going to be "the guy" if we are going to get a deal.
- Tasha, she again seems to be saying the right things.  We should make sure she has more time as I hope she didn't confuse our lack of discussion as not caring.  If she wants to meet separately with us this week, happy to make time as it feels like she is going down the right path.  Imagine closing TSA and DoJ in Q2?  It would be amazing.

CONFIDENTIAL

SHI00456393

- Obviously, it is a bit disappointing that Diane couldn't figure out how to make this morning.  It is what it is but noticed and certainly sends a message.
- USCIS Program Manager for IIMD – I thought we were holding this for Diane?  It sounded like you have another person too.  I couldn't ask that question publicly so curious on your thoughts..
- Separate from this morning, where are we on getting an offer to the DoJ rep?  Did you make any progress with him over the last 2 weeks?  Do John or I need to reach out to him this week?  Just curious as we continue to retool your portfolio with sales/bd oriented mindset.

Talk to you in a few….  I just wanted to give you feedback before the day ends.

Thanks!

Matt


**Matt Warren**
CEO
1753 pinnacle drive, suite 900, mclean, va 22102
**m:** 703.283.5101
matthew.warren@steampunk.com

CONFIDENTIAL

SHI00456394