**EXHIBIT 50**

Message

| | |
|---|---|
| **From**: | Warren, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B2B31B2203E3425180C92274B0B825B4-MATTHEW.WAR] |
| **Sent**: | 1/6/2021 6:36:26 PM |
| **To**: | Larose, Scott [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a250e84c498543e8a369bd7849cf7a38-scott.laros]; Harllee, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25ae0e4f1ae242c2b5156e2bb970a0ae-john.harlle] |
| **Subject**: | For our next discussion... |

Gents –

As we get 2021 going, it's going to be important we come out guns blazing to set the tone.  My guess is that we will hit our Q1 Forecast (yes!) on sales including net new..
However, I believe the trend will continue where Max will over perform, and Kate will underperform.
Kate Net New Commit: $3.8M

This is made up of 2 deals (not exactly but close enough) including:
- PTO Cloud Migration = Wolf/Kate for $1.68M
- USCIS IIMD = Diane/Kate for $2M

I've talked to Brad, Ben, and Sean about the deals and they seemed surprised that Kate committed both of those deals and described as very risky for Q1.  PTO is risky as they are describing using an 8a sole source and we are early in the process (plus Wolf track record).  IIMD is risky as this will require USCIS to get RFP out on the street, competed, and awarded in 2.5 months.  Very unlikely.

Current plan:

1. If PTO doesn't happen by end of February, David will move on.
2. If USCIS IIMD happens, Kate will move Diane over to be billable as well as re-level her responsibility on solely USCIS.  Kate later in the afternoon said that she is very nervous about USCIS getting all the process done by end of quarter which is why she discussed subbing to get the full team on the ground (7 FTEs) for about $400k in Q1 knowing the Prime will come in Q2.  Please note, this is the same deal that they said would be <u>awarded</u> by January 1 back in November.

Therefore, if PTO hits and IIMD becomes a sub position, Kate will miss her commit.  If PTO misses and Prime is awarded, Kate will miss her commit.  If PTO is lost and we do a sub deal, Kate will miss her forecast.  She will need to bat 1.000 for her to hit her commit.  Her only hail Mary is that Speed is released this Friday (which isn't forecasted in Q1) and meets its forecasted timeline by the client as described below.  Please note, we will still need to win but it's unlikely something of this size can happen this quickly:

- Orals/Technical Interview: week of 1/18 (MLK holiday on Monday)
- Tech Demo: week of 2/15
- Award: 3/3
- Incumbent contract/bridge expires: 3/29

To that end, I believe we need to keep a very close eye on the quarter AND if Kate is going to miss Q1, it's time to have the awkward conversation about moving a different way.  The Wolf situation will work itself out by end of February.  If Speed and IIMD are on the street but not awarded with DiD-IT coming down the pipe, I would argue we need to

preserve Diane, but I don't think we hesitate with Kate and we begin the process of transition.  Kate's major relationship is TSA Deputy CIO who has not been able to push things through.  Sam (and Max) have all the relationships under Robert, so I don't really see any hiccups if we move out on Kate in regard to client relationships….

I understand most of this is better discussed live but I wanted to put it on paper, so we are all thinking the same…

Let me know when you guys want to discuss.  I'm fairly jammed up today, but I have more cycles tomorrow and Friday.


**Matt Warren**
CEO

**steampunk**
DESIGN. DISRUPT. REPEAT.

1753 pinnacle drive, suite 900, mclean, va 22102
**m:** 703.283.5101
matthew.warren@steampunk.com

CONFIDENTIAL

SHI00153875