**EXHIBIT 51**

| Message | |
|---|---|
| **From**: | Abrey, Kate [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8A1FB0A8CFEF494EA3FB5C86140B7DD0-KATE.A] |
| **Sent**: | 1/13/2021 5:58:00 PM |
| **To**: | Warren, Matthew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b2b31b2203e3425180c92274b0b825b4-matthew.war]; Harllee, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25ae0e4f1ae242c2b5156e2bb970a0ae-john.harlle] |
| **Subject**: | RE: Our catch-up |

Sounds great.

I completely agree on this quarter! Let's go! And you are the best closer in the business, so I hope to put you in to help us! The 2.5 quarters that I've been leading the sector the underperformance has been more than frustrating. Retooling the team is critical to the success and I'm happy we've started on that! I think the continued evolution of the sales team is absolutely critical. Let's put all the power of WE into finally turning this ship around and starting sailing in the right direction.

Talk in a minute!
Kate

**From:** Warren, Matthew <matthew.warren@steampunk.com>
**Sent:** Wednesday, January 13, 2021 8:20 AM
**To:** Abrey, Kate <kate.abrey@steampunk.com>; Harllee, John <john.harllee@steampunk.com>
**Subject:** RE: Our catch-up

Kate –

We will want to end the last 15-20 minutes to discuss David's, Diane's, and your bonus for 2020.

Q1 Commit must happen. 5 quarters in a row of zero net new and missing forecast commit. 6 is not an option. $30M of net new in 2021 and we will take the year quarter by quarter. However, it starts with 3.68M commit in Q1 so your paranoia is righteous. We must do it.

Talk to you at 1.

Matt

**Matt Warren**
CEO

**steampunk**
DESIGN. DISRUPT. REPEAT.

1753 pinnacle drive, suite 900, mclean, va 22102
**m:** 703.283.5101
matthew.warren@steampunk.com

**From:** Abrey, Kate <kate.abrey@steampunk.com>
**Sent:** Tuesday, January 12, 2021 7:30 PM
**To:** Warren, Matthew <matthew.warren@steampunk.com>; Harllee, John <john.harllee@steampunk.com>
**Subject:** Our catch-up

CONFIDENTIAL                                                                                                                                           SHI00035364

Hi there –

Looking forward to catching up tomorrow. A couple of topics for us to chat through that are on my mind:

1. Q1 Obsession – we definitely have more momentum but... I'm 150% paranoid.
2. Kyle
3. Pipeline for Q2 and Q3 – biggest adds VerFuture, Raven, ICE IDIQ
4. Account Check-ins/Strategy Reviews
a. Sam – DHS net new
b. Tasha - DOJ
c. Diane – CIS
5. Diane & David – check in on plans
6. Robert meeting
7. Chris Moore Promo
8. All Hands

Happy to adjust – of course.

Thanks
Kate

**Kate Abrey**
EVP & General Manager
(t)202-550-3878

steampunk
DESIGN. DISRUPT. REPEAT.

CONFIDENTIAL

SHI00035365