EXHIBIT 52

| | |
|---|---|
| Appointment | |

| | |
|---|---|
| **From**: | Abrey, Kate [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8a1fb0a8cfef494ea3fb5c86140b7dd0-kate.a] |
| **Sent**: | 1/13/2021 7:40:06 PM |
| **To**: | Abrey, Kate [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8a1fb0a8cfef494ea3fb5c86140b7dd0-kate.a]; Harllee, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25ae0e4f1ae242c2b5156e2bb970a0ae-john.harlle] |
| **Subject**: | catch-up |
| **Location**: | I'll call your cell |
| **Start**: | 1/13/2021 8:45:00 PM |
| **End**: | 1/13/2021 9:00:00 PM |
| **Show Time As**: | Busy |
| **Required Attendees**: | Harllee, John |

Harllee –

I'd like to get your guidance on today's discussion. It was very hostile and confusing to me particularly about my role and contributions, and I am really trying to understand what is going on. It was pretty awful for me.

Thanks for the time.
Kate

CONFIDENTIAL

SHI00022832