**EXHIBIT 53**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| KATHLEEN ABREY,<br><br>                Plaintiff,<br><br>v.<br><br>STEAMPUNK HOLDINGS, INC., et al.,<br><br>                Defendants. | Case No.: 1:22-cv-00654-MSN-LRV |

## DECLARATION OF JOHN HARLLEE

I, John Harllee, am over 18 years old and competent to testify to the matters contained in this Declaration. This Declaration is based on my personal knowledge and is under oath.

1.      I am the Chief Operating Officer (COO) of Steampunk, Inc. ("Company") and have served in this role with the Company since May 2019. As Steampunk, Inc.'s COO, I provide leadership, management, and vision necessary to ensure that the Company has the proper operational controls, administrative and reporting procedures, and people systems in place to effectively grow the Company and to ensure its financial strength and operating efficiency.

2.      Steampunk, Inc. (originally called Strategic Enterprise Solutions, Inc. d/b/a SE Solutions) provides information technology (IT) support services to the federal government.

3.      Steampunk, Inc. was incorporated in the Commonwealth of Virginia in March 2001.

4.      Steampunk Holdings, Inc. (originally named Duke SE Holdings, Inc. and then Strategic Enterprise Holdings, Inc.) is a separate entity that was incorporated in the State of Delaware on March 1, 2018.

5.      Steampunk Holdings, Inc. was formed to acquire all stock of Steampunk, Inc. (then SE Solutions) through a stock purchase agreement.

6.      The stock purchase was completed on March 6, 2018, at which time Steampunk, Inc. became a wholly owned subsidiary of Steampunk Holdings, Inc.

7.      Steampunk Holdings, Inc. possesses and exercises the security interests of Steampunk, Inc.

8.      Steampunk Holdings, Inc. has no employees, generates no revenue, and has no formal business operations.

9.      On January 4, 2021, Ms. Abrey presented her first quarter (Q1) 2021 portfolio forecast for bookings and for staffing in Q1 to Mr. Warren and me.

10.     Her Q1 forecast contained obvious inconsistencies between her Q1 staffing plan and her bookings forecasts. We pointed this out to her. The next day, she dropped her bookings forecast.

11.     I was surprised that an executive at Ms. Abrey's level would commit such a basic error and it significantly impacted Ms. Abrey's credibility with me.

12.     That week, Mr. Warren began working up a comparison between Ms. Abrey's portfolio, Serve & Protect (S&P) and the Company's other sales portfolio Citizen, Security and Defense ("CS&D"), which Max Licht oversaw.

13.     I assisted in the preparation of the comparison by gathering historical bookings, forecasts, and cost figures for Ms. Abrey's and Mr. Licht's portfolios.

14.     On January 8, 2021, I sent an email titled 'Cost Cuts' to Mr. Warren, containing the historical bookings, forecasts, and costs for Ms. Abrey's portfolio for the comparison he was creating, which he later titled Tale of Two Portfolios ("Tale of Two Portfolios"). *See* Ex. A, SHI00464213-14, attached hereto.

15.     On January 11, 2021, I sent another email to Mr. Warren comparing the number of deals tagged as new from September 2019 through December 2020 for Ms. Abrey's S&P portfolio and the CS&D portfolio for inclusion in the Tale of Two Portfolios presentation. Ex. A.

16.     On January 13, 2021 after a meeting among Mr. Warren, Ms. Abrey, and me, I spoke with Ms. Abrey by telephone. During that call, I explained to Ms. Abrey that her lack of acknowledgment and accountability for her and her team's performance were significant issues.

17.     I spoke with Mr. Warren after our meeting with Ms. Abrey on January 13, 2021, and in my capacity as COO of Steampunk, Inc., agreed with Mr. Warren that Steampunk, Inc. should terminate Ms. Abrey's employment. Mr. Warren agreed to have that conversation with Ms. Abrey.

I declare in compliance with 28 U.S.C. § 1746 that the foregoing is true and correct and based on my personal knowledge.

This **23** day of **MAY** 2023

John Harllee

4887-4528-0870, v. 1

3

EXHIBIT A

---

Message

---

| | |
|---|---|
| **From:** | Harllee, John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=25AE0E4F1AE242C2B5156E2BB970A0AE-JOHN.HARLLE] |
| **Sent**: | 1/11/2021 3:51:34 PM |
| **To:** | Warren, Matthew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b2b31b2203e3425180c92274b0b825b4-matthew.war] |
| **Subject:** | RE: cost cut |
| **Attachments:** | 919-1220newbookings.xlsx |

Max team:  4M, 2M, 250k – 6.25 ( max, joe, fish)

Kate team:  4M, 2M, 1M – 7 (kate, diane, wolf)

Attached are deals tagged as 'new' from sept 19 through dec 20.   Looks like we may have untagged new deals in SF for Max' team, but numbers are still stark.

j

---

**From:** Warren, Matthew <matthew.warren@steampunk.com>
**Sent:** Monday, January 11, 2021 10:44 AM
**To:** Harllee, John <john.harllee@steampunk.com>
**Subject:** RE: cost cut

Also – can we see the comparison in total stock between the various folks?  Or is it about even?

I'm going to put together a slide together today/tomorrow so we can walk Kevin M. through it on Friday

**Matt Warren**
CEO

**steampunk**
DESIGN. DISRUPT. REPEAT.

1753 pinnacle drive, suite 900, mclean, va 22102
**m:** 703.283.5101
matthew.warren@steampunk.com

---

**From:** Harllee, John <john.harllee@steampunk.com>
**Sent:** Friday, January 8, 2021 11:44 AM
**To:** Warren, Matthew <matthew.warren@steampunk.com>
**Subject:** cost cut

First working rough draft on costs:

CONFIDENTIAL

| | | | | Salary | | | | Salary |
|---|---|---|---|---|---|---|---|---|
| | | | Kate | $ 360,000 | | | Max | $ 250,000 |
| | | | Diane | $ 250,000 | | | Niz | $ 225,000 |
| | average | | Wolf | $ 230,000 | | | Fischer | $ 150,000 |
| | | | | $ 840,000 | | | | $ 625,000 |
| | EB | 1.3 | | $ 1,092,000 | | | | $ 812,500 |
| | | | | | | | | |
| 2020 | 12 months | 1 | | $ 1,092,000 | | | | $ 812,500 |
| 2019 | 8 months | 0.66 | | $ 720,720 | | | | |
| less kate | 3 months | -0.25 | | $ (90,000) | | | | |
| 2019 | 3 months | 0.25 | | | | | | $ 203,125 |
| | | | | $ 1,722,720 | | | | $ 1,015,625 |
| bonus/commish | | | | $ 40,000 | | | | $ 360,000 |
| | | | | $ 1,762,720 | | | | $ 1,375,625 |

CONFIDENTIAL

SHI00464214