Case 1:22-cv-00654-MSN-LRV   Document 96-14   Filed 05/23/23   Page 1 of 18 PageID# 1413

**EXHIBIT 54**

# In the Matter Of:

## ABREY vs STEAMPUNK HOLDINGS

1:22-cv-00654

## RECORDED TELEPHONIC CONVERSATION

*January 14, 2021*



ESQUIRE DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com



EXHIBIT
Abrey
13
4/5/23

SHI00370910

```
RECORDED TELEPHONIC CONVERSATION           January 14, 2021
ABREY vs STEAMPUNK HOLDINGS                              1
```

```
               UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA

ABREY,                  *   Case No. 1:22-cv-00654
                        *
      Plaintiff,        *
                        *
v.                      *
                        *
STEAMPUNK HOLDINGS,     *
                        *
      Defendant.        *


              A RECORDED TELEPHONIC CONVERSATION
                   MATT WARREN AND KATE ABREY

                  Thursday, January 14, 2021










Transcribed by:
Christine Aiello

J9443693
```



800.211.DEPO (3376)
EsquireSolutions.com

CONFIDENTIAL                                    SHI00370911

```
RECORDED TELEPHONIC CONVERSATION                January 14, 2021
ABREY vs STEAMPUNK HOLDINGS                                    2
```

```
 1                        * * *
 2
 3           MATT WARREN:  How's it going?
 4           KATE ABREY:  It's good, it's good.  Hey, thank
 5   you for taking a minute to chat with me this morning.
 6   I've been --
 7           MATT WARREN:  Sure.
 8           KATE ABREY:  I had something I wanted to talk
 9   to you about, and that really is, listen, I heard you.
10   I hear you loud and clear.  I have disappointed you,
11   and it's my responsibility to deliver.  And I don't
12   want you to think that I have any confusion about that.
13   So I just wanted to make sure you knew that from me
14   directly.
15           MATT WARREN:  Okay.  I -- I -- I mean, so --
16   so, Kate, I mean, one of the things that I did over
17   break is I went through the pipeline, I went through
18   everything.  I kind of put the top -- top 20
19   stockholders.  I kind of went through, you -- you know,
20   what is the marquis fingerprint of each of the
21   individuals.  I went through the financials.
22           KATE ABREY:  Yep.
23           MATT WARREN:  And when you look at the
24   results, Kate, I mean, it's -- it's staggering.  I
25   mean, if you look yourself, Diane, and Wolf and you
```



800.211.DEPO (3376)
EsquireSolutions.com

CONFIDENTIAL

SHI00370912

| RECORDED TELEPHONIC CONVERSATION | January 14, 2021 |
|---|---|
| ABREY vs STEAMPUNK HOLDINGS | 3 |

```
 1   compare that against what I would call Max, Joe, and
 2   Fisher --
 3           KATE ABREY:  Uh-huh.
 4           MATT WARREN:  -- the -- the salary is about
 5   1.1 million versus 800K, the amount of shares is 7
 6   million versus 6 million.  At the end of this quarter,
 7   it would be, you know, roughly 22 and a half months
 8   compared to 18 months, and that doesn't even include
 9   Diane and Wolf starting earlier.
10           KATE ABREY:  Yeah.
11           MATT WARREN:  The total dollar amount of what
12   was booked of net new, it's essentially 1.1 million
13   compared to 30.
14           KATE ABREY:  Uh-huh.
15           MATT WARREN:  It's 16 wedge deals versus one.
16   It's one bid of net new that went out last year.  The
17   number of quarters missed on net new, 6 to 0.
18   Consecutive quarters with net new, 0 to 6.  I -- I
19   mean, it's -- it's eye -- it's eye-opening.
20           KATE ABREY:  Uh-huh.
21           MATT WARREN:  And, you -- you know, I -- I --
22   I -- I just, I guess my question to you is, you know,
23   any CEO looking at that, what do you think their
24   reaction would be?
25           KATE ABREY:  Yeah, yeah.  I -- I mean, I think
```

ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

CONFIDENTIAL

SHI00370913

RECORDED TELEPHONIC CONVERSATION  January 14, 2021
ABREY vs STEAMPUNK HOLDINGS  4

```
 1   that we could -- I -- I think you and I have a little
 2   bit of a different perspective in terms of what I did
 3   before maternity leave, but absolutely after, I
 4   completely agree with you.  And I don't -- I think
 5   you're right.  I mean, I -- I think at the end of the
 6   day, if we don't deliver, we shouldn't be here.
 7            MATT WARREN:  Yeah.  And --
 8            KATE ABREY:  Like --
 9            MATT WARREN:  And -- and --
10            KATE ABREY:  -- and so if that's this quarter
11   with me, Matt, that's fine.
12            MATT WARREN:  Yeah.
13            KATE ABREY:  Like, it really is --
14            MATT WARREN:  It --
15            KATE ABREY:  -- you know.
16            MATT WARREN:  It is, Kate.  And -- and look, I
17   mean -- I mean, even take after your maternity leave,
18   right, at the end of this month, it will be nine
19   months; in that time zero net new.  The last executive
20   that went nine --
21            KATE ABREY:  Well, we did have the --
22            MATT WARREN:  -- months --
23            KATE ABREY:  -- new -- I mean, not to debate
24   -- again, I don't want to debate the -- the details
25   because I don't think it's helpful, but like, we
```

ESQUIRE
DEPOSITION SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com

CONFIDENTIAL                                                        SHI00370914

RECORDED TELEPHONIC CONVERSATION                January 14, 2021
ABREY vs STEAMPUNK HOLDINGS                                    5

```
 1   wouldn't have the new ICE work and we wouldn't have the
 2   new TSA work if I hadn't come back, which is little, I
 3   totally agree with you, but it's not fair to say
 4   nothing --
 5              MATT WARREN:  Well --
 6              KATE ABREY:  -- I don't --
 7              MATT WARREN:  -- it's --
 8              KATE ABREY:  -- think.
 9              MATT WARREN:  Kate, when you're CEO of your
10   company, you can define net new the way you want to.
11              KATE ABREY:  Yeah, yeah.  You're right, you're
12   right.  At the end of the day, it's your perspective.
13   I -- again, I don't want to debate the details, but --
14              MATT WARREN:  But the definitions that I sent
15   out to the team -- and -- and -- and honestly, Kate, I
16   mean, last year was like a sympathy net new because
17   everyone was getting like, oh, my gosh, I can't stand
18   those weekly emails of no net new.  And then it was
19   like, oh, we'll work it here, we'll put it on this
20   contract.  And I'm not suggesting that you guys didn't
21   help, but in my vernacular, that's expansion.  And --
22              KATE ABREY:  Uh-huh.
23              MATT WARREN:  -- that's not net new.  And the
24   spirit of net new is going in.  And you kind of take
25   all of that, Kate, and then you look at some of the
```

ESQUIRE                                    800.211.DEPO (3376)
                                           EsquireSolutions.com

CONFIDENTIAL                                    SHI00370915

| | |
|---|---|
| RECORDED TELEPHONIC CONVERSATION<br>ABREY vs STEAMPUNK HOLDINGS | January 14, 2021<br>6 |

```
 1   cultural stuff, which I spent a lot of time.  And I
 2   think it's important for you, I mean, just in general
 3   to know -- I -- I mean, when I talked to the back
 4   office folks and some of the internal delivery folks
 5   and ask about various folks, I -- I mean, it -- their
 6   -- their comments about you, Kate, is that, you know,
 7   it's very transactional.  It's very sterile.  It feels
 8   like box-checking.
 9            I had three different people tell me that
10   Kate is at her best when Matt and/or Harley are in the
11   room.  And that culture, in itself, is -- is the
12   opposite of servant leadership, right?  It -- it --
13   it's not about managing up.  It's about -- it's about
14   creating a following of people that would run through a
15   wall for -- for Kate Abrey.  And it -- it's not there,
16   Kate.  I'm telling you that --
17            KATE ABREY:  Uh-huh.
18            MATT WARREN:  -- right now.  And I -- I know
19   you might have a different perception, but I'm just
20   telling you what -- what -- what folks are -- are --
21   are saying to me.  And, you -- you know -- you know,
22   another person said, well, when Kate is in a room, and
23   you guys aren't in it, she definitely let's you know
24   that she's the executive in the room.
25            And, you know, that's a little bit going back
```



800.211.DEPO (3376)
EsquireSolutions.com

CONFIDENTIAL

SHI00370916

| | |
|---|---|
| RECORDED TELEPHONIC CONVERSATION<br>ABREY vs STEAMPUNK HOLDINGS | January 14, 2021<br>7 |

```
 1   to the whole entitlement to the CEO thing, the Nick
 2   lunch.  You know, we -- we just had the -- the
 3   dramatics around credit with Sam and the Max thing,
 4   have it appear in the portfolio.  I mean, it just feels
 5   like you wake up every day, and you're worried more
 6   about the internal competition rather than the external
 7   competition.  And people feel that, Kate.  I feel that.
 8           KATE ABREY:  Uh-huh.
 9           MATT WARREN:  So you take that, the results,
10   you take the culture, and then you get to kind of where
11   we are.  And -- and your general happiness, Kate, I
12   mean, I do not take lightly all the dramatic
13   conversations we've had at Steampunk.  And it -- it
14   kills me because I don't want you unhappy.
15           KATE ABREY:  Uh-huh.
16           MATT WARREN:  And -- and, Kate, it -- you're
17   not.  And we had something that nobody can take away
18   from us, our experience at Accenture, but at Steam, it
19   -- it's just not working, Kate.  And -- and that's kind
20   of what you heard yesterday, and maybe it came off the
21   wrong way.  Like, I -- we had this dream that we were
22   going to do this and one day you were going to be the
23   CEO and we had to perform and all these things had to
24   happen, but it's -- it -- it's -- it's not, Kate.  And
25   now I'm looking at 21 in the eye, and I'm asking
```



800.211.DEPO (3376)
EsquireSolutions.com

CONFIDENTIAL

SHI00370917

| | |
|---|---|
| RECORDED TELEPHONIC CONVERSATION | January 14, 2021 |
| ABREY vs STEAMPUNK HOLDINGS | 8 |

```
 1   myself, am I going to go another year of -- of --
 2           KATE ABREY:  Uh-huh.
 3           MATT WARREN:  -- what -- what feels very
 4   dysfunctional to me?  And it's anchored on the results,
 5   but you kind of layer in the cultural stuff, plus your
 6   general happiness, and I don't know, I -- I just don't
 7   think it's working, Kate.  I mean, I -- and I --
 8           KATE ABREY:  Yeah.
 9           MATT WARREN:  -- hate to say it, but I -- I
10   don't want you to be unhappy.  I -- I -- you -- you --
11   I don't know if you believe that or not, but I promise
12   you, I do not.  I want you to be successful.  You're
13   going to be successful.  You are successful.  It's
14   just, it's not working.  I mean --
15           KATE ABREY:  Uh-huh.
16           MATT WARREN:  -- I -- I don't know if you feel
17   the same way or not, but that's certainly where my head
18   is.
19           KATE ABREY:  Yeah, you're right.
20           MATT WARREN:  So what are we going to do?  How
21   -- how -- how do we navigate this, Kate, where you're
22   not furious at me, we -- we do an orderly transition,
23   you figure out what's next for you in -- in your
24   career?  Certainly, I am willing to do whatever is
25   reasonable to make sure that you -- you -- you figure
```



800.211.DEPO (3376)
EsquireSolutions.com

CONFIDENTIAL

SHI00370918

| RECORDED TELEPHONIC CONVERSATION | January 14, 2021 |
|---|---|
| ABREY vs STEAMPUNK HOLDINGS | 9 |

```
 1   out what that step is, how we kind of get through this,
 2   you move on to what's bigger and better in life, you're
 3   not -- I'm not pushing you out the door, but we figure
 4   this out at a time -- get me more involved, and let's
 5   figure it out.
 6           I mean, I -- I just feel like it's very
 7   unhealthy for the two of us, and it's -- it's going to
 8   destroy our relationship because we're going to do this
 9   march down Q1 and then we're going to get this march
10   down Q2, then --
11           KATE ABREY:  Uh-huh.
12           MATT WARREN:  -- then march to Q3.  And, Kate,
13   I -- my confidence of you getting to 30 million in net
14   new is -- is low.
15           KATE ABREY:  Yeah.
16           MATT WARREN:  I don't think it's going to
17   happen.  And it's -- it's kind of like what I said to
18   you last year with Diane about, let's push it out to
19   the end of the calendar year.  And I was like, well,
20   that's a death sentence for her.  I kind of feel like
21   we're going down that path here, and I don't want to do
22   that to you, I really don't.
23           KATE ABREY:  Uh-huh.
24           MATT WARREN:  So I -- I don't know, I'd be
25   interested on your thoughts or reactions, feedback.
```



800.211.DEPO (3376)
EsquireSolutions.com

| | |
|---|---|
| RECORDED TELEPHONIC CONVERSATION | January 14, 2021 |
| ABREY vs STEAMPUNK HOLDINGS | 10 |

```
 1           KATE ABREY:  Yeah, yeah, yeah, no, I think
 2   it's a all -- it's -- it's interesting to me.  I feel
 3   like your opinion has changed a lot since before the
 4   break when we said -- you know, you were like, I really
 5   appreciate the fact that you're stepping up with Diane
 6   and David.  I really appreciate the fact that you've,
 7   you know, made the investments in finding Tasha and
 8   Sam, I think they're going to get there.  And I
 9   certainly have felt like our relationship is broken.
10   And --
11           MATT WARREN:  Well, I think our relationship
12   is broken based on the results, Kate.  Do you know how
13   many times I had to go in front of the board and Harley
14   and Scott and go through numbers and people asking,
15   well, clearly, there's something that sticks out, and
16   it's Kate Abrey.  So -- and no, guys, she's going to
17   come in, she's going to come in.  We're going to do it.
18   We're going to do it.  We're going --
19           KATE ABREY:  Uh-huh.
20           MATT WARREN:  -- to do it.  And it's --
21           KATE ABREY:  So when did you think I was going
22   to -- like, so just -- just again, this isn't
23   defensive, I'm just trying to understand.  Like, when
24   -- when I left for maternity leave, I -- Max worked for
25   me.  I know that changed.  It's fine it changed, but he
```



800.211.DEPO (3376)
EsquireSolutions.com

CONFIDENTIAL

SHI00370920

```
RECORDED TELEPHONIC CONVERSATION                January 14, 2021
ABREY vs STEAMPUNK HOLDINGS                                   11
```

```
 1    did.  The USDA thing, I was very involved in closing.
 2    I was --
 3            MATT WARREN:  Uh-huh.
 4            KATE ABREY:  -- involved in Kevin coming in.
 5    And I was definitely helping Diane and David at a
 6    hundred percent.  I'm not going to deny that at all.
 7    And then I came back from maternity leave in May, and
 8    you -- you told me, things have changed and, you know,
 9    that's my decision as CEO.  And it is absolutely.  And
10    I want you to focus on DHF and -- and David's space,
11    and we're going to -- I want you to build a new team
12    and retool the team that you have.  And you have the
13    team of misfit toys.  We want to help you to do that.
14            And, you know, then we came up with a plan
15    for Diane, and then we both agreed that we needed to
16    accelerate it before Thanksgiving.  And then we agreed
17    on the actual specifics for both David and Diane on the
18    19th of December.  And you haven't said any of that to
19    -- and then you gave me a performance review that was
20    like meets, meets, meets, exceeds, exceeds.  So I just,
21    I guess you -- what were you -- in -- in -- in your
22    mind, I came back in May, what did you -- what were you
23    hoping I could have done better or differently like --
24            MATT WARREN:  Well --
25            KATE ABREY:  -- between --
```



800.211.DEPO (3376)
EsquireSolutions.com

CONFIDENTIAL

SHI00370921

```
 1              MATT WARREN:  So -- so --
 2              KATE ABREY:  -- now and then -- then and now?
 3              MATT WARREN:  So let's -- let's look at it
 4    wholistically.  So --
 5              KATE ABREY:  Yeah.
 6              MATT WARREN:  -- the -- first of all, I
 7    thought your personnel decisionmaking was slow and
 8    reactive -- reactive.  And let me -- let me tell you
 9    what I mean by that.  We had shipment as DOD.  It
10    wasn't working.  I was putting a lot of pressure on
11    Diane to make a move.  Everybody saw it.  And then it
12    became this -- this frozen -- so it was more of me
13    pushing Diane, not you, Kate.
14              And again, that doesn't violate any of our
15    things with Accenture.  Technically, you reported to
16    Harley, but from a management coaching strategy
17    perspective, it was absolutely our responsibility to --
18    to get the pieces right, to get things going so that
19    when our restrictions were done, it was, we were off
20    and running.
21              Two is, you were very -- you were very
22    aggressive in making sure Diane got a salesperson.  And
23    I would tell you, Diane is -- needs to get a win for
24    herself.  She needs to demonstrate that she can do the
25    job before we wrap somebody under her.  And then we
```



| | |
|---|---|
| RECORDED TELEPHONIC CONVERSATION | January 14, 2021 |
| ABREY vs STEAMPUNK HOLDINGS | 13 |

```
 1    went back and forth, and, Kate, I had to tell Diane
 2    that while you were gone, not -- not you.
 3             And three is, I -- I honestly feel like the
 4    focus that you were putting on folks was more on
 5    existing projects versus leading from the front on the
 6    sales side.  And -- and what I mean by that is,
 7    personal contribution.  Like, I -- I thought you were
 8    going to go out there and -- and land some deals.  And
 9    let me give you an example.  Max Wick never closed --
10    never even called inside a DOD, yet he closed a $3
11    million of net new inside a DOD.  He built the CBP
12    empire that is already running at a $7 million revenue.
13             It felt to me, Kate, that you were more
14    interested in playing the role of this executive where
15    you would kind of fly in and out, but you weren't
16    leading from the front.  And the job that you have is
17    somebody that has to get in there and, you know, lead
18    from the front, be a servant leader, spending time
19    inside the -- the portfolio, getting a deal and
20    fingerprints on it.
21             I mean, some of your comments to me at times
22    was, well, I've already done that, I don't need to do
23    that again; and that's -- that's not right.  It's not
24    right.  You -- you haven't done this at a startup.  And
25    you -- you kept conflating and confusing, in my
```



800.211.DEPO (3376)
EsquireSolutions.com

CONFIDENTIAL

SHI00370923

RECORDED TELEPHONIC CONVERSATION	January 14, 2021
ABREY vs STEAMPUNK HOLDINGS	14

```
 1   opinion, your success at Accenture entitled you to
 2   where you are now.  And as I said to you when you got
 3   back to maternity leave, your success at Accenture gave
 4   you the opportunity to do what you are doing now, and
 5   now you had to go prove that you were ready for the
 6   job.
 7          And I just feel like you were not interested
 8   in doing the job.  You were interested in talking about
 9   why you deserve the job you were in based on your --
10   your past success.
11          KATE ABREY:  Yeah.
12          MATT WARREN:  That's what I saw.
13          KATE ABREY:  Yeah.  I'm -- yeah, and I'm sorry
14   that that's the perception that you had -- or have.
15   It's -- your perception is reality for -- for you, so
16   that's critical, right, and you're the CEO.  So --
17          MATT WARREN:  So I -- I -- look, I -- I -- I
18   think at the end of the day, Kate, I -- I think it's
19   time for us to -- to part ways.  And I -- I don't know
20   what that means in terms of how we do it.
21          KATE ABREY:  Uh-huh.
22          MATT WARREN:  My -- my -- I -- I want to do it
23   the right way.  And, you know, I don't know how much
24   time you need to take a deep breath, kind of get your
25   -- collect your thoughts and ideas together.
```



800.211.DEPO (3376)
EsquireSolutions.com

1   Obviously, we can transition stuff internally over to
2   me, and then you can go out and try to figure out what
3   your -- your next adventure is.  I -- you know, we'll
4   have to time-box it at some point.  I'm not kicking you
5   out the door.  I certainly want to make sure that you
6   and your family are set up for your -- your -- your
7   next chapter.
8           KATE ABREY:  Yeah.
9           MATT WARREN:  But I -- I just feel like I --
10  it -- it -- it's -- it's done, I mean, it's over.
11          KATE ABREY:  Yeah.
12          MATT WARREN:  So --
13          KATE ABREY:  Okay.  Let me think about it.
14          MATT WARREN:  -- why don't you think about it,
15  and why don't we touch base tomorrow.  And, you know, I
16  -- I would like to fold Harley in just so I can let him
17  know what we talked about, but I'm not going to leave
18  you in the lurch, Kate.  I mean, I -- I want you to go
19  find something that you're going to be excited about.
20  I don't want you to rush in to just get a job for a
21  job's sake.  And --
22          KATE ABREY:  Uh-huh.
23          MATT WARREN:  And I'm willing to -- to be a
24  partner and a friend in making sure that, you know, we
25  do it the right way.



| | |
|---|---|
| RECORDED TELEPHONIC CONVERSATION | January 14, 2021 |
| ABREY vs STEAMPUNK HOLDINGS | 16 |

```
 1              KATE ABREY:  That works.
 2              MATT WARREN:  All right.  And I'll find some
 3    time on our calendars to get together tomorrow.  And
 4    I'm -- I'm -- I'm sorry about the hard conversation
 5    today.
 6              KATE ABREY:  No problem.
 7              MATT WARREN:  All right.  Thanks, Kate.
 8              KATE ABREY:  Yeah.
 9                           * * *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL    SHI00370926

| RECORDED TELEPHONIC CONVERSATION | January 14, 2021 |
|---|---|
| ABREY vs STEAMPUNK HOLDINGS | 17 |

```
 1   STATE OF WASHINGTON)
                        ) SS
 2   COUNTY OF WHATCOM  )

 3

 4

 5              I, CHRISTINE AIELLO, do hereby certify

 6   that I transcribed the audio, and that the foregoing is

 7   a true and complete transcription of the audio

 8   transcribed under my personal direction.

 9              IN WITNESS WHEREOF, I do hereunto set my

10   hand at Blaine, Washington, this 16th day of March,

11   2023.

12

13

14                          [signature]

15

16                      _____

17                           Christine Aiello

18

19

20

21

22

23

24

25
```

ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

CONFIDENTIAL

SHI00370927