EXHIBIT 55

Page 1

```
 1
 2      UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF VIRGINIA
 3      ---------------------------------------X
        KATHLEEN ABREY,
 4
                                    PLAINTIFF,
 5
             -against-            Index No.:
 6                                1:22-cv-654
 7
        STEAMPUNK HOLDINGS, INC., MATTHEW WARREN and
 8      JOHN HARLLEE, in their individual and
        professional capacities,
 9
                                    DEFENDANTS.
10      ---------------------------------------X
11
12                        DATE: April 26, 2023
13                        TIME: 10:00 A.M.
14
15          EXAMINATION BEFORE TRIAL of the
16      Defendant, STEAMPUNK HOLDINGS, INC., By MAX
17      LICHT, taken by the Plaintiff, pursuant to a
18      Court Order, held via videoconference,
19      before Rivka Trop, a Notary Public of the
20      State of New York.
21
22
23
24
25
```

Page 38

1  M. LICHT
2  time that is more than just one year.  So
3  Steampunk might have revenue that is at a
4  certain mark right now that may fluctuate
5  over time.  And that's going to impact our
6  socioeconomic status as a small business.  I
7  don't think the proper term is large
8  business.  So conversations about that is
9  not typically something.  Because while we
10 might have discussions about strategy and
11 go-to-market for things coming in the
12 future, it is sort of something we have to
13 live through to know.  And also, you know, I
14 would probably direct you to others inside
15 the company that have more direct
16 interaction with the folks that ultimately
17 give us our contracts than myself.
18     Q.  Have you ever been part of any
19 discussion or received any direction in
20 which it was discussed whether the company
21 should curtail its revenue expansion in the
22 cause of remaining a part of the Small
23 Business Set Aside Program?
24     A.  Not to the best of my knowledge,
25 nor have I ever been a part of us ever

Page 39

1  M. LICHT
2  having a discussion about us curtailing new
3  business.
4       I would say that new business for
5  us has been the focus from my first day at
6  Steampunk and has remained consistent every
7  single day I have been at Steampunk.
8     Q.  So there has been a constant focus
9  on bringing in new revenue?
10    MR. WILKINSON:  Objection.
11    A.  Correct.
12    Q.  Mr. Licht, why did you join
13 Steampunk?
14    A.  That's a great question.  Earlier
15 in my career I had worked at a couple of
16 different companies, one was Oracle
17 Corporation.  I also worked at the company
18 called DLT Solutions which is a reseller of
19 Oracle product to the federal government.  I
20 could explain more about that if you like.
21 Just stop me if you like me to.
22       And I saw first hand that Matt
23 Warren and John Harllee, along with the
24 LaRose family, had an extremely successful
25 track record of entrepreneurship.  That

Page 40

1  M. LICHT
2  primarily was Agilex was my knowledge at
3  that point in time.  Over time I learned it
4  was much, much more than just Agilex.
5       And throughout the years of sort
6  of me having the opportunity to advance my
7  career in the industry and ultimately
8  joining the sales force, I built a
9  relationship with Matt and got to know him
10 better, not just personally, but I got to
11 know folks around Matt.  And when I had the
12 opportunity to sit down with him and really
13 learn about his vision for the company, and
14 also John, and sort of how they were going
15 to separate their responsibility, as well as
16 hearing from Scott about I think the general
17 sense of longevity around entrepreneurship
18 and success around entrepreneurship that
19 they had over time, it seemed as though it
20 was kind of this perfect storm moment for me
21 to try my hand at doing a start-up with
22 people who had done it successfully in the
23 past.  And that was sort of one side of it.
24      The other side of it was I had
25 traditionally always been with large

Page 41

1  M. LICHT
2  businesses, whether it be Oracle or Sales
3  Force.  By large I mean publicly traded
4  companies, that are made up of tens and
5  thousands of employees.  And at Sales Force
6  I had the opportunity to move into not just
7  first line, but second line executive
8  leadership, in that I was an area vice
9  president and I managed vice presidents.  I
10 found that number one, I was moving further
11 away from clients and relationships.  And
12 that was really the exciting part of the job
13 for me at the time.
14      And two, I didn't really have the
15 opportunity to build something and lead and
16 become a servant leader because a lot of
17 those decisions were made for you at those
18 companies.  And I wanted to try to build
19 something, as just kind of seeing if the
20 experience was for me.
21      So the combination of those two
22 things were really the driving factors, as
23 well as, having the opportunity to really
24 learn and try something new.
25    Q.  When you say, you mentioned an

11 (Pages 38 - 41)

Page 182

M. LICHT
1
2     MR. WILKINSON: Objection.
3  A.  No.
4     MR. PEARSON: We could leave it
5  there. I appreciate your time.
6     MR. WILKINSON: We are going to
7  want to read and sign the deposition.
8     (Whereupon, at 4:00 P.M., the
9  Examination of this witness was
10 concluded.)
11
12         o   o   o   o

Page 183

1                M. LICHT
2                 I N D E X
3
4  EXAMINATION BY                    PAGE
5  MR. PEARSON                        4
          E X H I B I T S
6
7  LICHT EXHIBITS
8
9  EXHIBIT      EXHIBIT
10 LETTER       DESCRIPTION         PAGE
11
12 Exhibit 1    E-mail Bates 25921    129
13 Exhibit 2    Two-page document Bates  31
             stamped S HI 32953 and 54
14
   Exhibit 3   Document Bates 48899 to  32
15             48901
16 Exhibit 4   E-mail Bates 131485 to   139
             131487
17
   Exhibit 5   E-mail Bates 13145 to    145
18             13147
19 Exhibit 6   E-mail Bates 13145 to    151
             13147
20
   Exhibit 7   E-mails Bates 384863    153
21             through 864
22 Exhibit 8   An e-mail Bates 49030   157
             to 49031
23
   Exhibit 9   E-mail Bates stamped    164
24             192327 to 329
25

Page 184

1                M. LICHT
2  EXHIBIT      EXHIBIT
3  LETTER       DESCRIPTION         PAGE
4
   Exhibit 11   An e-mail Bates 49030  167
5              to 49031
6
   Exhibit 10   Document single page   174
7              Bates stamped 136908
8  Exhibit 12   E-mail Bates stamped   179
              183637 and 638

Page 185

1                M. LICHT
2             C E R T I F I C A T E
3
4  STATE OF NEW YORK    )
                       : SS.:
5  COUNTY OF QUEENS     )
6
7     I, RIVKA TROP, a Notary Public for and
8  within the State of New York, do hereby
9  certify:
10    That the witness whose examination is
11 hereinbefore set forth was duly sworn and
12 that such examination is a true record of
13 the testimony given by that witness.
14    I further certify that I am not related
15 to any of the parties to this action by
16 blood or by marriage and that I am in no way
17 interested in the outcome of this matter.
18    IN WITNESS WHEREOF, I have hereunto set
19 my hand this 26th day of April, 2023.
20
21
22          *Rivka Trop* (signature)
23          RIVKA TROP
24
25

47 (Pages 182 - 185)

Page 186

1  NIGEL WILKINSON, ESQ.
2  Nigel.Wilkinson@jacksonlewis.com
3          May 3, 2023
4  RE:   Abrey, Kathleen v. Steampunk Holdings, Inc., Et Al.
5     4/26/2023, Max Licht (#5885142)
6    The above-referenced transcript is available for
7  review.
8     Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10 any changes, the witness should note those with the
11 reason, on the attached Errata Sheet.
12    The witness should sign the Acknowledgment of
13 Deponent and Errata and return to the deposing attorney.
14 Copies should be sent to all counsel, and to Veritext at
15 cs-ny@veritext.com
16
17  Return completed errata within 30 days from
18 receipt of testimony.
19  If the witness fails to do so within the time
20 allotted, the transcript may be used as if signed.
21
22         Yours,
23         Veritext Legal Solutions
24
25

Page 187

1  Abrey, Kathleen v. Steampunk Holdings, Inc., Et Al.
2  Max Licht (#5885142)
3          E R R A T A   S H E E T
4  PAGE_____ LINE_____ CHANGE_____
5  _____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10 PAGE_____ LINE_____ CHANGE_____
11 _____
12 REASON_____
13 PAGE_____ LINE_____ CHANGE_____
14 _____
15 REASON_____
16 PAGE_____ LINE_____ CHANGE_____
17 _____
18 REASON_____
19 PAGE_____ LINE_____ CHANGE_____
20 _____
21 REASON_____
22
23 _____  _____
24 Max Licht                Date
25

Page 188

1  Abrey, Kathleen v. Steampunk Holdings, Inc., Et Al.
2  Max Licht (#5885142)
3         ACKNOWLEDGEMENT OF DEPONENT
4    I, Max Licht, do hereby declare that I
5  have read the foregoing transcript, I have made any
6  corrections, additions, or changes I deemed necessary as
7  noted above to be appended hereto, and that the same is
8  a true, correct and complete transcript of the testimony
9  given by me.
10
11 _____  _____
12 Max Licht                Date
13 *If notary is required
14         SUBSCRIBED AND SWORN TO BEFORE ME THIS
15         _____ DAY OF _____, 20___.
16
17
18         _____
19         NOTARY PUBLIC
20
21
22
23
24
25

48 (Pages 186 - 188)