EXHIBIT 56

Message

| | |
|---|---|
| **From**: | Warren, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B2B31B2203E3425180C92274B0B825B4-MATTHEW.WAR] |
| **Sent**: | 10/16/2019 6:48:14 PM |
| **To**: | Abrey, Kate [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8a1fb0a8cfef494ea3fb5c86140b7dd0-kate.a]; Ashley, Diane [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=812e32419fa44a48a0f04d4a4de145bb-diane.ashle]; Brickwedde, Michelle [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=798b77f2e63e4c06ab84fadfd09981a4-michelle.br]; Cole, Brad [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8068a31374a04890bd38e20b9ee1b8d1-brad.cole]; Dillon, Sean [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6338f4a4b22446e88f8a34fe04b63937-sean.dillon]; Harllee, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25ae0e4f1ae242c2b5156e2bb970a0ae-john.harlle]; Larose, Scott [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a250e84c498543e8a369bd7849cf7a38-scott.laros]; Licht, Max [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=372542afe02b4adabeb22690117bc5cb-max.licht]; Muir, Carolyn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d95692d6af1a445eb8d5e5573ccc1167-carolyn.mui]; Nizhnikov, Joe [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=573adf4f4431488d9afa092e0bed49f4-joe.nizhnik]; Parker, Dan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4d8771a820934150be5622f74b937ace-dan.parker]; Pearson, Robert [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=db5f83db490b4414a6a021d3ec9abecb-robert.pear]; Reeves, Matt [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dabb18f679a248549f348538defc4571-matt.reeves]; Stepka, Tom [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=528e758f16ac43b5b14e877dde6c5ec3-tom.stepka]; Trzcinski, Nick [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=11992c54bae4406f82b56753acdeb982-nick.trzcin]; Wolf, David [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ed18a6c56dc7493d912db352d9195491-david.wolf] |
| **CC**: | English, Tori [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2a66b6c1c36149869c3482d0130e469c-tori.englis]; Izawa, David [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=52ec61f68463453789ef53d2769290b2-david.izawa] |
| **Subject**: | Savannah Call to Action |
| **Attachments**: | Wedges, Wedges, Wedges.pptx |

All –

As we get our feet on the ground and continue to build the best company EVER, I wanted to summarize the macro action items we discussed in Savannah:

1. **Wedges, Wedges, Wedges!!!** - Per our talk, we will need wedge deals and government RELATIONSHIPS associated with those wedge deals. We will need to **CLOSE 20** across all of our Sectors in 2020. Therefore, we will need roughly a pipeline of 3x to actually get to 20. The rough breakdown should be the following:
a. DHS: Pipe of 18, **Close of 6**
b. Civilian: Pipe of 21, **Close of 7**
c. DoD: Pipe of 12, **Close of 4**
d. Justice and Legislative: Pipe of 9, **Close of 3 (hopefully David closes at least one in 2019.. go David go!)**

**2.** **Delivery Table –** Let's put some creative thought on how we are going to recruit and retain the best! Sean has some good thoughts that he will be sharing with many of you.
**3.** **HHS Business Grower -** If anyone knows folks who have lived and breathed HHS, please pass to Dan, Max, and Joe. We will be aggressively looking for this person over the coming weeks/months!
**4.** **Recruiting –** Let's continue to help and support Dan. The faster he has requirements (Labor Cats, Place of Delivery, Skill Set, etc..) the more he will be able to build his pipe. Please note, Dan should also understand the mission for which we are doing the work. What is the mission impact on government? It always helps to parlay how we are being disruptive for our government clients!
**5.** **NOAA/Commerce Business grower -** If anyone knows folks who have lived and breathed Commerce, please pass to Dan, David, and Kate. We will be aggressively looking for this person over the coming weeks/months!
**6.** **DHS BD Lead -** If anyone knows folks who have lived and breathed DHS (specifically CBP), please pass to Dan, Diane, and Kate. We will be aggressively looking for this person over the coming weeks/months!
**7.** **Salesforce as a Practice –** Please leverage Max, Joe, and Brandon inside of your business. They are incented to help with Salesforce across Federal! Let's build the best Salesforce Practice for Federal!
**8.** **CTO –** Let's help Sean build out his team. He has budget for 1 FTE this calendar year that will be all in to support our business
**9.** **CGO –** Let's help Brad find a Sales Engineer so he can build out his team. He has budget for 1 FTE this calendar year that will be all in to support our business.
**10.** **DELIVERY –** As discussed, we have a very front end heavy team (by design) so now it's time to get our Delivery Leadership to join Matt Reeves. Balance is a good thing so we will have to building out our other engine. The good news is that we have 3 strong OD candidates that we hope to bring over incrementally over time. As discussed, we are going to have to over deliver during the formation years! Stand by to hear some new additions soon!

Finally, I wanted to say thank you to everyone for working so hard! We are building something great and it is because of YOU. Let's continue to over communicate as a group and work together so we are the Leadership Team that others desire. Trust me, people are watching! For example, the Savannah trip Leadership picture that I put on LinkedIn on Friday already has 3,000+ views. Our clients, our industry, our friends, and family are all watching as we continue to grow! And you know what they are saying, "Damn, that is a strong team!"

LET'S DO IT!!!

Matt

**Matt Warren**
COO

**steampunk**
DESIGN. DISRUPT. REPEAT.

1753 pinnacle drive, suite 900, mclean, va 22102
**m:** 703.283.5101
matthew.warren@steampunk.com

CONFIDENTIAL                                                                                                                                                    SHI00195701



CONFIDENTIAL

SHI00195702