**EXHIBIT 57**

| Message | |
|---|---|
| **From:** | Ashley, Diane [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=812E32419FA44A48A0F04D4A4DE145BB-DIANE.ASHLE] |
| **Sent:** | 2/9/2020 1:10:52 PM |
| **To:** | Abrey, Kate [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8a1fb0a8cfef494ea3fb5c86140b7dd0-kate.a] |
| **Subject:** | FW: Tampa Strategy Trip Itinerary |
| **Attachments:** | Tampa Trip Itinerary.docx; Rooming Assignments_Team Competition - Tampa - 2-10-20.pptx |

Offsite info, for future reference in case you haven't seen it yet. (Not that you got it from me…I would never bug you during your maternity leave with work stuff…)

**From:** Pearson, Robert <robert.pearson@steampunk.com>
**Sent:** Friday, February 7, 2020 2:05 PM
**To:** Ashley, Diane <diane.ashley@steampunk.com>; Licht, Max <max.licht@steampunk.com>; Nizhnikov, Joe <joe.nizhnikov@steampunk.com>; Vaughan, Geoff <geoff.vaughan@steampunk.com>; Reeves, Matt <matt.reeves@steampunk.com>; Cole, Brad <brad.cole@steampunk.com>; Dillon, Sean <sean.dillon@steampunk.com>
**Cc:** Warren, Matthew <matthew.warren@steampunk.com>; Harllee, John <john.harllee@steampunk.com>; Larose, Scott <Rscottlarose@gmail.com>; Izawa, David <david.izawa@steampunk.com>
**Subject:** Tampa Strategy Trip Itinerary

All –

Please find the attached, loaded itinerary for next week's strategy session in Tampa to include a file for room assignments and our Team Competition!

Please respond with any questions. The weather looks great for our trip so pack accordingly (shorts and flipflops are authorized), and remember that we will be doing some outside team competition (and optional morning workouts), so pack some workout/beach attire!

See everyone on Monday morning. 8:30 AM Wheels Up!

RP

**robert e. pearson III**
svp, chief marketing officer

**steampunk**
DESIGN DISRUPT REPEAT

1753 pinnacle drive, suite 900, mclean, va 22102
**m:** 571.344.5538
robert.pearson@steampunk.com



1753 pinnacle drive, suite 900, mclean, va 22102
p: 571-395-8000
www.steampunk.com

## TAMPA OFFSITE MEETING
17820 Lee Avenue
Redington Shores, FL 33708
https://www.vrbo.com/1287271?noDates=true
(Door Code #7722)

**Monday, February 10th:**
- Team Departs Dulles at 8:30 AM – please plan to arrive by 8:15 AM
  (LaRose, Warren, Harllee, Dillon, Cole, Pearson, Licht, Nizhnikov, Vaughan)
  SIGNATURE FBO @ Dulles Airport (23950 Wind Sock Drive, Suite 2000)
- Drop Bags Off at House (can't occupy until 2 PM)
- Lunch in Tampa at Noon (Seabreeze Island Grill)
- 2 PM Check In to house (see floorplan layout and room assignments map)
- 3 PM – 5 PM – Civilian Kickoff (not Salesforce.. <u>Civilian</u> focused.. and please, no rolling forecasts ☐)
    - Imagine it's 2026/2027 ….. What does Civilian look like? What are the anchor accounts in terms of clients? How many Prime Contracts will we have? How will you organize your business internally? (sales, delivery, CALS?, etc…) What does the breakdown of accounts look like in terms of capabilities? (Analytics, DevSec, Studio, Salesforce, etc..)
    - Financials for the end game… What do you think your Rev will be as it relates to the above?
    - What will your business be known for in 2026/2027? What will the client describe as the "why Steampunk?"
    - Harllee will then do rough math and explain in today's market what the value would be to Steampunk in terms of shares.. Is this $1 a share? $2 a share? Etc…
- 5 PM – 6 PM – Personal time.. check in with family and catch up on work emails, calls
- 6 PM – Dinner at house

**Tuesday, February 11th** (cleaning service performed this day)
- 6:30 AM – Work Out of Day (WOD) on the beach – Optional
- 8 AM – Breakfast
- 9 AM – 12 PM – Civilian recap of their 2026/2027 Vision
    - Now we work from today to the future…. And start in 2020 and dive into the "today" and connect the dots towards the 2026/2027 vision.. What are we doing this year that helps us take a step forward for the longer vision? What are the key wedge deals? Why are they strategic? How does that fit into the longer vision? What key hires are needed?
    - What are the key things and timelines for your wedge deals to transform into enterprise projects for Steampunk?
    - How will we enter 2021? What are the key clients? How many billable FTEs will Civilian be? What are the "must wins" in 2020 to make a successful 2021? What new wins/clients will happen in 2021? What new capabilities will we win? Data Exploitation? DevSecOps? Cyber?
    - 2022 – 2025 – What key Primes will we attempt to win that maps to the vision for 2026/27?
- Lunch with the DHS Team arriving (Ashley Southwest 1118 , Reeves United 2002)
- 1:30 PM – 5 PM – Team Building Activity
    - Assuming weather cooperates, we will have some healthy beach games including volleyball, cornhole, etc… details to be announced before the DHS/Civilian Olympic Games
- 6 PM – Dinner (aka the Iron Chef Competition!)

**Wednesday, February 12th**
- 6:30 AM – Work out of Day (WOD) on the beach – Optional
- 6:30 AM – Civilian Team Departs (Joe and Geoff American 467 departs at 0845)
- 8 AM – Breakfast

CONFIDENTIAL                                                                                                  SHI00059409



steampunk
DESIGN. DISRUPT. REPEAT.

1753 pinnacle drive, suite 900, mclean, va 22102
p: 571-395-8000
www.steampunk.com

- 9 AM – Noon
  - DHS Kickoff
    - Imagine it's 2026/2027 ….. What does DHS look like? What are the anchor accounts in terms of clients? How many Prime Contracts will we have? How will you organize your business internally? (sales, delivery, CALS?, etc…) What does the breakdown of accounts look like in terms of capabilities? (Analytics, DevSec, Studio, Salesforce, etc..)
    - Financials for the end game… What do you think your Rev will be as it relates to the above?
    - What will your business be known for in 2026/2027? What will the client describe as the "why Steampunk?"
    - Harllee will then do rough math and explain in today's market what the value would be to Steampunk in terms of shares.. Is this $1 a share? $2 a share? Etc…
- Noon – Lunch and break
- 1:30 – 4 PM
  - DHS recap of their 2026/2027 Vision
  - Now we work from today to the future…. And start in 2020 and dive into the "today" and connect the dots towards the 2026/2027 vision.. What are we doing this year that helps us take a step forward for the longer vision? What are the key wedge deals? Why are they strategic? How does that fit into the longer vision?
  - What are the key things and timelines for your wedge deals to transform into enterprise projects for Steampunk? (please remember, wedge and net new are basically the same)
  - How will we enter 2021? What are the key clients? How many billable FTEs will DHS be? What are the "must wins" in 2020 to make a successful 2021? What new wins/clients will happen in 2021? What new capabilities will we win? Data Exploitation? DevSecOps? Cyber?
  - 2022 – 2025 – What key Primes will we attempt to win that that maps to the vision for 2026/27?
- 4 PM – 5:30 PM – Break/Catch up with work and touch base with family
- 6 PM – Dinner

**Thursday, February 13th**
- 6:00 AM – Work out of Day (WOD) on the beach – Optional
- 7:00 AM – Light Breakfast Available
- 7:45 AM – Head to Airport
- 9 AM – Team departs Tampa (LaRose, Warren, Harllee, Dillon, Cole, Pearson, Licht, Ashley, Reeves, Galkin)

**Remarks and Expectations:**
- We anticipate **minimal** preparation and that we will have easels, sticky note easel pads, and markers that the business can use to draw out their visions. I would fight your instinct of putting together slides. The idea is to have creative conversations that are unstructured. At Agilex, we never had an agenda.. Many of these questions were asked real time but I know many of you are wondering about the agenda.. So I'm changing it up!
- Sector Executives (Diane and Max) are expected to lead their areas with others joining in.. Our expectation is that Max and Diane will lead the vision and initiate thought.. Generally put together the vision while others jump in. Everyone else will rally around, add commentary, ask questions, etc.. but the expectation is the Sector leads own most of this. They are the QB's for the team to follow!
- Up-to-date printouts will be provided for (1) Sector Quarter-by-Quarter Forecast, (2) Wedge Deals, (3) Net New Business
- Dress is casual.. if weather permits, I will literally have shorts, short sleeve shirt (no collar), and flip flops.. The hope is that we do this on our outdoor patio by the pool. So please dress as casual as you like. Bring sunglasses! We will have sunscreen.
- Have fun. This is part of the Steampunk experience and many of the ideas, dreams, conversations that happen at these offsites begins to build the foundation for our company!

CONFIDENTIAL                                                                                                    SHI00059410



1753 pinnacle drive, suite 900, mclean, va 22102
p: 571-395-8000
www.steampunk.com

- Team Competition (ref. competition brackets)
    - Playing for the Steampunk Strategy Cup! – MOST TOTAL/COMBINED POINTS WINS!
        - Olympic Games
            - Volleyball (3 total games to 21, win by 2) 1 POINT PER GAME
                - TEAMS (Warren will start as Chair Umpire for game 1, then rotate in with Scott and Harllee)
                    - Team Steam: Diane (Captain), Max, Sean, Scott, Robbe
                    - Team Punk:  Joe (Captain), Reeves, Brad, Geoff, Harllee
            - Cornhole (play to 15, win by 2) 1 POINT PER GAME
                - TEAM PAIRINGS (Scott will settle any disputes)
                    - Team Steam pairs:  Diane/Max and Robbe/Sean
                    - Team Punk pairs:  Reeves/Geoff and Joe/Brad
        - Iron Chef (Scott, Warren, and Harllee are judges) 4 POINTS
            - 60 minutes; 3 dishes; incorporate secret ingredient
                - Team Steam:  Diane (Captain), Max, Sean, Robbe
                - Team Punk:  Joe (Captain), Reeves, Brad, Geoff

CONFIDENTIAL	SHI00059411