**EXHIBIT 58**

| Message | |
|---|---|
| **From**: | Warren, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B2B31B2203E3425180C92274B0B825B4-MATTHEW.WAR] |
| **Sent**: | 12/10/2020 1:23:25 PM |
| **To**: | Operational Leadership Team [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9ae8a9622eb64c4c9efb1359c491980a-Operational] |
| **CC**: | Izawa, David [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=52ec61f68463453789ef53d2769290b2-david.izawa] |
| **Subject**: | Wedge 2020 Recap and building up for a killer 2021 |
| **Attachments**: | Wedge October of 2019.pptx |

All –

For those that made our offsite in October of 2019, we focused a good amount of time explaining our sales model and why it is a crucial differentiator for Steampunk in the Federal Services marketplace.

Our model, which we have seen work in the past, and are certainly seeing bear fruit this year, leverages two different but very common go to market approaches in the federal market. On the one hand, you have rigid, performance-based, sales-focused companies generally selling software. On the other hand, you have the SI/consulting community, which typically sells more passively, relying on their big capture and technical expertise. We want to leverage the best traits of both: the scrappiness, focus, and measurement-based approach of the software companies infused with the maturity and technical expertise of the SI community. Executed correctly, this approach puts us in a very good position relative to any of our competitors and our 'normal' puts our competition in a very difficult and different situation than they are accustomed to.

Wedge deals are the foundation of our model. The demand is usually created by working with the customer rather than a client knowing its specific needs and publishing on FedBiz Ops. Wedge deals are the first step in the capture journey towards large prime contracts. The idea is to get in with the customer on a small opportunity, overdeliver, have our folks on the ground develop intimacy with their counterparts, and perhaps most importantly, grow roots in the mission.

Our wedge deals should <u>ALWAYS</u> have a strategic eye towards the future with the goal to put us in pole position to win a bigger traditional RFP down the road. For example, wedges won in 2020 have the potential to turn into something much larger as we evolve those wedges into Prime Time opportunities. (see attachment from our offsite in 2019) The wedge model will <u>ALWAYS</u> be a part of our sales culture. Counterintuitively, a new pipeline of wedge deals every year is even more important when we are bidding large primes as well; for they are the pipeline for the next set of prime bids down the road. We will always need to do both… and both will be celebrated as equals since a $1M wedge today will be a big part of how why we win a bigger RFP in the future… Both are critical to our company!

Furthermore, in our discussion back in 2019, we committed as a team to land 20 strategic wedge deals by the end of 2020. If we could land 20 by the end of 2020 and 60% of those wedges turn into something bigger (aka my Agilex example), we felt we would be on pace to do about $200M a year by the end of 2025. Without further ado, here are the numbers specific to new wedges for 2020:

1. DHS, Commerce, Justice: 1 (TSA under 8a)
2. Commerce: 0
3. DoD: 1
4. Civilian: 13 (one of which has ended, but that's ok!)
5. Grand Total: 15 (with several closer to landing)

As we continue to evolve our client relationships with these new and existing projects, it is important to demonstrate to our clients that we can solve bigger and harder problems. In doing this mostly through strong delivery, it gives us an

opportunity to expand our baseline work into new capabilities, and ultimately, solving more challenges.  Most of the higher-end "bigs" (think Accenture, Booze, Deloitte, etc.) have grown over the decades taking advantage of this model, and so will we, but supercharge it with our sales team.  When we do this right, we are truly functioning as ONE, and it is the beginning of turning a wedge into something much bigger down the road.  We have several good stories to tell in 2020 that integrated both our sales and delivery teams which resulted in expansion and more importantly allowed us to solve more challenges with our clients.  A few 2020 highlights:

1. ICE SASS – This is the true example of what can happen when you put a sales and delivery team working towards a common goal
2. DHS OIG
3. CBP ACE (pending an expansion of 20 FTEs that we anticipate next week!)
4. USDA ATLAS – We went from 1 Program "Dairy" to multiple commodities based on the great work
5. AID – significant expansion already with more to come.
6. DCMA – a wedge into an entirely new market for us.

In closing, we had a fantastic year with wedges AND expansion of projects in 2020.  More impressively we called our revenue number for 2020 sixteen months in advance!  We very much anticipate a big spike of net new inside of the Serve and Protect Portfolio in 2021.  S&PP has significantly added to its front-end including Tasha Crawford-Jones who will focus on building a DoJ business and Sam Young who will run Sales for the Portfolio.  Furthermore, Diane will continue to deepen her relationships at USCIS and Kate will serve as more player than coach at TSA thus creating a sales engine that will be focused on wedges! AND we anticipate expansion and bigger Prime swings inside of Citizen Service and Defense in 2021.  CS&D will also bring on an Operations Director in Q1 that will take this philosophy and industrialize it across the portfolio.  We need the entire company to focus on the "we" game by everyone doing their job (so 2020… 😊 ) and rallying around NEW wedges and our delivery teams, AND ultimately take some prime swings this year.   Of note, we have 1 more year as a small and this will serve as a 5-year capture strategy so when all these "wedges" come up for re-compete; they are released full and open, and we go head-to-head against all the billion dollar companies.  We will beat them at their own game!  Little did they know it started way back in 2020 and 2021!

**Never Forget the Wedge** as it will always separate us from the others, and it needs to be a big part of 2021 and beyond…  and if we can hit some key wedges in early 2021 (Q1)…  I still think $100M in 2021 is doable… (and a certain tattoo…), but it starts now!

Our 2021 motto will be "WHAT'S IMPORTANT NOW" or what we will refer to as W.I.N. !

LET'S GO W.I.N.!!!


**Matt Warren**
CEO

**steampunk**
DESIGN. DISRUPT. REPEAT.

1753 pinnacle drive, suite 900, mclean, va 22102
**m:** 703.283.5101
matthew.warren@steampunk.com



CONFIDENTIAL

SHI00063112



CONFIDENTIAL

SHI00063113