**EXHIBIT 59**

Message
---

| | |
|---|---|
| **From:** | Abrey, Kate [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8A1FB0A8CFEF494EA3FB5C86140B7DD0-KATE.A] |
| **Sent:** | 12/28/2020 12:15:05 PM |
| **To:** | Ashley, Diane [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=812e32419fa44a48a0f04d4a4de145bb-diane.ashle]; Young, Samantha [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=53e0427ad01b4835901ba5b1376111c0-samantha.yo]; Wolf, David [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ed18a6c56dc7493d912db352d9195491-david.wolf]; Crawford-Jones, Tasha [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9c0e76669d7f4e8a9b592db1940fc7d0-tasha.crawf]; Reeves, Matt [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dabb18f679a248549f348538defc4571-matt.reeves] |
| **CC:** | Cole, Brad [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8068a31374a04890bd38e20b9ee1b8d1-brad.cole] |
| **Subject:** | Who's ready to rummbblleee!!!! Q1 Forecast |

Good morning!

I hope everyone is enjoying their holiday downtime! I know folks are working on and off so I wanted to send this out early in the week. Next week's forecast session will set the tone for the year. Please take some time to look at SFDC and make any needed updates (I don't expect many because of our clean up mid month). A few things to note:
1. **This is all about our COMMITMENT in Q1** – even if deal dates push we are responsible for our Q1 number. Last year is in the rearview mirror and we aren't going back – no more missing our numbers…let's even dare I say, EXCEED, our commitment. Please bring this thinking to the forecast session (but more importantly to our attack of the business). As I mentioned last week we have a lot of irons in the fire, so let's pull them out!
2. **Steps to close** – let's clearly articulate the steps to close the deals in Q1. Know the who, when and specific next steps for your deals. If you don't know them, call it out and talk about your plan to get to know them.
3. **This is only about Q1!** If your deals aren't part of the Q1 story, now isn't the time to talk about them. We'll save that for the very end of the call and we can ask Matt/Harllee if they want any updates outside of Q1 deals.

I am available at your pleasure to discuss, prep, or work through the details. Please just let me know.

Closer to the end of the week, I'll go into SFDC and make sure everything passes the sniff test and then send out any notes of things I'm seeing.

Bring it 2021! This is the year of S&P!
Kate

**Kate Abrey**
EVP & General Manager
(t)202-550-3878

steampunk
DESIGN. DISRUPT. REPEAT.

CONFIDENTIAL                                                                                                        SHI00035759