EXHIBIT 63

**Form W-2 Wage and Tax Statement 2019** **EMPLOYER REFERENCE COPY - DO NOT FILE**

a Control number: 0430-5251
000000GR24-000100

Void

b Employer identification number: 54-2025113

a Employee's social security number: XXX-XX-1772

13 Statutory employee | Retirement plan: X | Third-party sick pay

12 See instrs. for box 12: C 31.50

14 Other

c Employer's name, address, and ZIP code:
STEAMPUNK INC
1753 PINNACLE DRIVE #500
MCLEAN VA 22102

e Employee's name, address, and ZIP code:
KATHLEEN ASBEY
2826 1ST RD N
ARLINGTON VA 22201

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| | |
|---|---|
| 1 Wages, tips, other compensation 247060.37 | 2 Federal income tax withheld 48124.24 |
| 3 Social security wages 132900.00 | 4 Social security tax withheld 8239.80 |
| 5 Medicare wages and tips 247060.37 | 6 Medicare tax withheld 4005.93 |
| 7 Social security tips | 8 Allocated tips |
| 10 Dependent care benefits | 11 Nonqualified plans |

| 15 State | Employer's state ID No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| VA | 30542025113F001 | 247060.37 | 13580.40 | | | |

CONFIDENTIAL

SHI00106541
S1.LF.00000193

# 2020 W-2 and EARNINGS SUMMARY

**W-2** Employee Reference Copy — Wage and Tax Statement **2020** — OMB No. 1545-0008

Copy C for employee's records.

| | |
|---|---|
| d Control number: 100641 BALT/8JG | Dept. 000121 / Corp. / Employer use only: A 2 |
| c Employer's name, address, and ZIP code: STEAMPUNK INC, 1753 PINNACLE DR FL 9, MC LEAN VA 22102 — Batch #03943 | |
| e/f Employee's name, address, and ZIP code: KATHLEEN ABREY, 2825 1ST RD N, ARLINGTON VA 22201 | |
| b Employer's FED ID number: 54-2025113 | a Employee's SSA number: XXX-XX-1772 |
| 1 Wages, tips, other comp.: 261464.18 | 2 Federal income tax withheld: 49128.48 |
| 3 Social security wages: 137700.00 | 4 Social security tax withheld: 8537.40 |
| 5 Medicare wages and tips: 276089.18 | 6 Medicare tax withheld: 4688.09 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12: C 44.82 |
| 14 Other | 12b D 14625.00 |
| | 12c |
| | 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick pay |
| 15 State VA / Employer's state ID no. 30542025113F001 | 16 State wages, tips, etc.: 261464.18 |
| 17 State income tax: 14609.33 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | VA. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 276,436.42 | 276,436.42 | 276,436.42 | 276,436.42 |
| Plus GTL (C-Box 12) | 44.82 | 44.82 | 44.82 | 44.82 |
| Less 401(k) (D-Box 12) | 14,625.00 | N/A | N/A | 14,625.00 |
| Less Other Cafe 125 | 392.06 | 392.06 | 392.06 | 392.06 |
| Wages Over Limit | N/A | 138,389.18 | N/A | N/A |
| Reported W-2 Wages | 261,464.18 | 137,700.00 | 276,089.18 | 261,464.18 |

2. Employee Name and Address.

KATHLEEN ABREY
2825 1ST RD N
ARLINGTON VA 22201

© 2020 ADP, Inc.

**W-2** Federal Filing Copy — Wage and Tax Statement **2020** — Copy B to be filed with employee's Federal Income Tax Return. OMB No. 1545-0008

| | |
|---|---|
| 1 Wages, tips, other comp.: 261464.18 | 2 Federal income tax withheld: 49128.48 |
| 3 Social security wages: 137700.00 | 4 Social security tax withheld: 8537.40 |
| 5 Medicare wages and tips: 276089.18 | 6 Medicare tax withheld: 4688.09 |
| d Control number: 100641 BALT/8JG | Dept. 000121 / Corp. / Employer use only: A 2 |
| c Employer's name, address, and ZIP code: STEAMPUNK INC, 1753 PINNACLE DR FL 9, MC LEAN VA 22102 | |
| b Employer's FED ID number: 54-2025113 | a Employee's SSA number: XXX-XX-1772 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12: C 44.82 |
| 14 Other | 12b D 14625.00 |
| | 12c |
| | 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick pay |
| e/f Employee's name, address and ZIP code: KATHLEEN ABREY, 2825 1ST RD N, ARLINGTON VA 22201 | |
| 15 State VA / Employer's state ID no. 30542025113F001 | 16 State wages, tips, etc.: 261464.18 |
| 17 State income tax: 14609.33 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**W-2** VA.State Reference Copy — Wage and Tax Statement **2020** — Copy 2 to be filed with employee's State Income Tax Return. OMB No. 1545-0008

| | |
|---|---|
| 1 Wages, tips, other comp.: 261464.18 | 2 Federal income tax withheld: 49128.48 |
| 3 Social security wages: 137700.00 | 4 Social security tax withheld: 8537.40 |
| 5 Medicare wages and tips: 276089.18 | 6 Medicare tax withheld: 4688.09 |
| d Control number: 100641 BALT/8JG | Dept. 000121 / Corp. / Employer use only: A 2 |
| c Employer's name, address, and ZIP code: STEAMPUNK INC, 1753 PINNACLE DR FL 9, MC LEAN VA 22102 | |
| b Employer's FED ID number: 54-2025113 | a Employee's SSA number: XXX-XX-1772 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a C 44.82 |
| 14 Other | 12b D 14625.00 |
| | 12c |
| | 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick pay |
| e/f Employee's name, address and ZIP code: KATHLEEN ABREY, 2825 1ST RD N, ARLINGTON VA 22201 | |
| 15 State VA / Employer's state ID no. 30542025113F001 | 16 State wages, tips, etc.: 261464.18 |
| 17 State income tax: 14609.33 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**W-2** VA.State Filing Copy — Wage and Tax Statement **2020** — Copy 2 to be filed with employee's State Income Tax Return. OMB No. 1545-0008

| | |
|---|---|
| 1 Wages, tips, other comp.: 261464.18 | 2 Federal income tax withheld: 49128.48 |
| 3 Social security wages: 137700.00 | 4 Social security tax withheld: 8537.40 |
| 5 Medicare wages and tips: 276089.18 | 6 Medicare tax withheld: 4688.09 |
| d Control number: 100641 BALT/8JG | Dept. 000121 / Corp. / Employer use only: A 2 |
| c Employer's name, address, and ZIP code: STEAMPUNK INC, 1753 PINNACLE DR FL 9, MC LEAN VA 22102 | |
| b Employer's FED ID number: 54-2025113 | a Employee's SSA number: XXX-XX-1772 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a C 44.82 |
| 14 Other | 12b D 14625.00 |
| | 12c |
| | 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick pay |
| e/f Employee's name, address and ZIP code: KATHLEEN ABREY, 2825 1ST RD N, ARLINGTON VA 22201 | |
| 15 State VA / Employer's state ID no. 30542025113F001 | 16 State wages, tips, etc.: 261464.18 |
| 17 State income tax: 14609.33 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |



# 2021 W-2 and EARNINGS SUMMARY

**W-2 Employee Reference Copy — Wage and Tax Statement 2021** (OMB No. 1545-0008)
Copy C for employee's records.

d Control number: 100641 SALT/8JG | Dept. 000121 | Corp. T | Employer use only 4

c Employer's name, address, and ZIP code
STEAMPUNK INC
1753 PINNACLE DR FL 9
MC LEAN VA 22102

Batch #02870

e/f Employee's name, address, and ZIP code
KATHLEEN ABREY
2825 1ST RD N
ARLINGTON VA 22201

| | |
|---|---|
| b Employer's FED ID number: 54-2025113 | a Employee's SSA number: XXX-XX-1772 |
| 1 Wages, tips, other comp.: 77439.83 | 2 Federal income tax withheld: 18010.28 |
| 3 Social security wages: 80689.83 | 4 Social security tax withheld: 5002.77 |
| 5 Medicare wages and tips: 80689.83 | 6 Medicare tax withheld: 1170.00 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12: C 9.96 |
| 14 Other | 12b D 3250.00 |
| | 12c |
| | 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick pay |
| 15 State VA / Employer's state ID no. 30542025113F001 | 16 State wages, tips, etc.: 77439.83 |
| 17 State income tax: 4357.88 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | VA. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 80,767.43 | 80,767.43 | 80,767.43 | 80,767.43 |
| Plus GTL (C-Box 12) | 9.96 | 9.96 | 9.96 | 9.96 |
| Less 401(k) (D-Box 12) | 3,250.00 | N/A | N/A | 3,250.00 |
| Less Other Cafe 125 | 87.56 | 87.56 | 87.56 | 87.56 |
| Reported W-2 Wages | 77,439.83 | 80,689.83 | 80,689.83 | 77,439.83 |

2. Employee Name and Address.

KATHLEEN ABREY
2825 1ST RD N
ARLINGTON VA 22201

© 2021 ADP, Inc.

**W-2 Federal Filing Copy — Wage and Tax Statement 2021** (OMB No. 1545-0008)
Copy B to be filed with employee's Federal Income Tax Return.

| | |
|---|---|
| 1 Wages, tips, other comp.: 77439.83 | 2 Federal income tax withheld: 18010.28 |
| 3 Social security wages: 80689.83 | 4 Social security tax withheld: 5002.77 |
| 5 Medicare wages and tips: 80689.83 | 6 Medicare tax withheld: 1170.00 |
| d Control number: 100641 SALT/8JG / Dept. 000121 / Corp. T / Employer use only 4 | |
| c Employer's name, address, and ZIP code: STEAMPUNK INC, 1753 PINNACLE DR FL 9, MC LEAN VA 22102 | |
| b Employer's FED ID number: 54-2025113 | a Employee's SSA number: XXX-XX-1772 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12: C 9.96 |
| 14 Other | 12b D 3250.00 |
| | 12c |
| | 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick pay |
| e/f Employee's name, address and ZIP code: KATHLEEN ABREY, 2825 1ST RD N, ARLINGTON VA 22201 | |
| 15 State VA / Employer's state ID no. 30542025113F001 | 16 State wages, tips, etc.: 77439.83 |
| 17 State income tax: 4357.88 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**W-2 VA.State Reference Copy — Wage and Tax Statement 2021** (OMB No. 1545-0008)
Copy 2 to be filed with employee's State Income Tax Return.

| | |
|---|---|
| 1 Wages, tips, other comp.: 77439.83 | 2 Federal income tax withheld: 18010.28 |
| 3 Social security wages: 80689.83 | 4 Social security tax withheld: 5002.77 |
| 5 Medicare wages and tips: 80689.83 | 6 Medicare tax withheld: 1170.00 |
| d Control number: 100641 SALT/8JG / Dept. 000121 / Corp. T / Employer use only 4 | |
| c Employer's name, address, and ZIP code: STEAMPUNK INC, 1753 PINNACLE DR FL 9, MC LEAN VA 22102 | |
| b Employer's FED ID number: 54-2025113 | a Employee's SSA number: XXX-XX-1772 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a C 9.96 |
| 14 Other | 12b D 3250.00 |
| | 12c |
| | 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick pay |
| e/f Employee's name, address and ZIP code: KATHLEEN ABREY, 2825 1ST RD N, ARLINGTON VA 22201 | |
| 15 State VA / Employer's state ID no. 30542025113F001 | 16 State wages, tips, etc.: 77439.83 |
| 17 State income tax: 4357.88 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**W-2 VA.State Filing Copy — Wage and Tax Statement 2021** (OMB No. 1545-0008)
Copy 2 to be filed with employee's State Income Tax Return.

| | |
|---|---|
| 1 Wages, tips, other comp.: 77439.83 | 2 Federal income tax withheld: 18010.28 |
| 3 Social security wages: 80689.83 | 4 Social security tax withheld: 5002.77 |
| 5 Medicare wages and tips: 80689.83 | 6 Medicare tax withheld: 1170.00 |
| d Control number: 100641 SALT/8JG / Dept. C00121 / Corp. T / Employer use only 4 | |
| c Employer's name, address, and ZIP code: STEAMPUNK INC, 1753 PINNACLE DR FL 9, MC LEAN VA 22102 | |
| b Employer's FED ID number: 54-2025113 | a Employee's SSA number: XXX-XX-1772 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a C 9.96 |
| 14 Other | 12b D 3250.00 |
| | 12c |
| | 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick pay |
| e/f Employee's name, address and ZIP code: KATHLEEN ABREY, 2825 1ST RD N, ARLINGTON VA 22201 | |
| 15 State VA / Employer's state ID no. 30542025113F001 | 16 State wages, tips, etc.: 77439.83 |
| 17 State income tax: 4357.88 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

## Direct Deposit Greater Than $1.00 Credited To Your Checking Account

Inbox ×

**PNC Alerts** <pncalerts@pnc.com>
to me

Fri, Feb 5, 4:33 AM

PNC

**On 02/05/21, $9,316.70 was credited to your account via direct deposit.**

**Virtual Wallet Spend...6235**
**Payment From: STEAMPUNK INC**
**Amount: $9,316.70**
**Alert Threshold: $1.00**
**Date: 02/05/21**

Sign on to Online Banking at pnc.com if you would like to update your alert settings.

**Thank you for banking with PNC Bank.**

This mailbox is not monitored. Please do not reply. Account-related questions can only be answered via secure forms of communication such as our Online Banking Message Center. Please sign on to send us a secure message. If you would like to speak to Customer Service, please call 1-888-PNC-BANK; Monday through Friday 7 a.m. to 10 p.m., and Saturday and Sunday 8 a.m. to 5 p.m. ET.

This email was sent because either it is an automatic security/service alert or you requested the alerts. If this alert was not addressed to you, you have no legal right to read it. If you think you received it in error, please contact us at 1-888-PNC-BANK.