EXHIBIT 64

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

---------------------------------------------------------------X
KATHLEEN ABREY,                                           :
                                                          :   Civil Action No.: 1:22-cv-00654-
                         Plaintiff,                       :   MSN-JFA
                                                          :
        v.                                                :
                                                          :
STEAMPUNK HOLDINGS, INC.,                                 :
                                                          :
                         Defendant.                       :
---------------------------------------------------------------X

**PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST REQUESTS FOR THE
PRODUCTION OF DOCUMENTS**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure ("Federal Rules"), and all relevant provisions thereof, Plaintiff Kathleen Abrey ("Plaintiff"), by and through her undersigned counsel, Wigdor LLP, hereby responds to Defendant Steampunk Holdings, Inc.'s ("Steampunk" or the "Company") First Requests for the Production of Documents. These responses reflect Plaintiff's current knowledge and the results of her investigation to date. Plaintiff reserves the right to amend or supplement these responses in the future in accordance with Rules 26 and 34 of the Federal Rules of Civil Procedure as may be necessary or appropriate.

**OBJECTIONS TO "DEFINITIONS" AND "INSTRUCTIONS"**

Plaintiff objects to Defendant's "Definitions" and "Instructions" to the extent that Defendant seeks to impose obligations that go beyond the provisions and requirements of the FRCP and the Local Civil Rules.

**GENERAL OBJECTIONS**

Plaintiff objects to Defendant's discovery requests on the following grounds:

**RESPONSE:**

No objection. Plaintiff will produce non-privileged responsive documents.

9. All non-privileged documents describing and/or establishing all economic damages you claim you suffered and that you seek from Defendant, including any legal fees and costs incurred in the prosecution of this lawsuit.

**RESPONSE:**

Plaintiff objects to this Request as it seeks irrelevant documents and is overly broad, oppressive and/or unduly burdensome. Plaintiff objects to this Request as it seeks information or documents that are protected from disclosure under the work-product doctrine. Subject to and without waiving this or any other applicable objection, Plaintiff will produce all relevant nonprivileged documents responsive to this Request in her possession, custody, or control.

10. All non-privileged documents that reflect your communications with anyone associated with the Virginia Attorney General's office concerning the allegations raised in the complaint questionnaire, including the accompanying letter, dated June 30, 2021.

**RESPONSE:**

No objection. Plaintiff will produce non-privileged responsive documents.

11. All non-privileged documents that reflect your communications with anyone associated with the EEOC concerning the allegations raised in the charge and accompanying letter, dated July 1, 2021 and July 2, 2021, respectively.

**RESPONSE:**

No objection. Plaintiff will produce non-privileged responsive documents.

12. A copy of all text messages you have had with any person (other than legal counsel) regarding the allegations made in your Initial or Amended Complaints or in either of your filings with the Virginia Attorney General's Office or the EEOC.

**RESPONSE:**

Plaintiff objects to this Request as it seeks documents that are irrelevant, immaterial and/or not reasonably calculated to lead to the discovery of admissible evidence in this action.

7

64. A copy of your resume as provided to your current employer.

**RESPONSE:**

No objection. Plaintiff will produce non-privileged responsive documents.

Dated: January 31, 2023
New York, New York

Respectfully Submitted,

**WIGDOR LLP**

By: _____
Lawrence M. Pearson
(Admitted *pro hac vice*)
Alfredo J. Pelicci
(Admitted *pro hac vice*)
85 Fifth Avenue
New York, NY 10003
[t]: (212) 257-6800; [f]: (212) 257-6845
lpearson@wigdorlaw.com
apelicci@wigdorlaw.com
*Counsel for Plaintiff*