**EXHIBIT 66**

## Message

| | |
|---|---|
| From: | Warren, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B2B31B2203E3425180C92274B0B825B4-MATTHEW.WAR] |
| Sent: | 1/13/2021 1:24:08 PM |
| To: | Parker, Dan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4d8771a820934150be5622f74b937ace-dan.parker] |
| CC: | Harllee, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25ae0e4f1ae242c2b5156e2bb970a0ae-john.harlle] |
| Subject: | Presentation |
| Attachments: | Portfolio Comparison_v2.pptx |

Dan –

Please see attachment and for your records. To be discussed with our Board Member on Friday.

Matt

**Matt Warren**
CEO

**steampunk**
DESIGN. DISRUPT. REPEAT.

1753 pinnacle drive, suite 900, mclean, va 22102
m: 703.283.5101
matthew.warren@steampunk.com



CONFIDENTIAL    SHI00151975

TALE OF TWO PORTFOLIOS
January 15th, 2021
steampunk
Steampunk.com | © 2020 Steampunk

steam

| Metric | S&P (Kate) | CS&D (Max) | Notes |
|---|---|---|---|
| Total Salary per Year (Kate/Diane/Wolf vs Max/Joe/Fischer) | $1,092,000 | $812,500 | excludes 2 new for S&P and 1 new for CS&D |
| Total Stock (Kate/Diane/Wolf vs Max/Joe/Fischer) | 7M shares | 6.25M shares | |
| Months of Team Together | 22 Months (end of Q1) | 18 Months (end of Q1) | Diane and Wolf both started before Kate arrival 5/2019 |
| Total Dollar Amount of Net New | $1,080,917 | $26,530,521 | |
| Number of Wedges | 1 | 15 | |
| Number of Quarters Missed on Net New | 6 | 0 | Includes Q1 2021 |
| Consecutive Quarters with Net New | 0 | 6 | Includes Q1 2021 |
| 2021 Net New Q1 Commit | $3,680,000 | $2,000,000 | |
| Number of Deals | 3 | 4 | |
| Net New Closed in Q1 as of January 11th | $0 | $715,000 | |
| Total Dollar Amount of Net New in Q1 | TBD | TBD | |
| FY2021 Net New Target | $30M | $22M | |
| Office of the CEO Realistic Outcome | $12M | $21M | |

CONFIDENTIAL

SHI00151977

steam

| Intangible | S&P Grade | CS&D Grade | Comments |
|---|---|---|---|
| Backoffice Support & Relationships | C | A | 15 Minute Weekly's, transactional, sterile, box checking |
| CTO / CGO | D- | B | Closing; Not executing the wedge model; time of CTO/CGO with close is unbalanced; Only 1 bid in 2020 and it was a flyer (no client intimacy) |
| Employee Development / Mentorship | D | B+ | Majority of mentorship with Diane and Wolf (little progress), Reeves relationship thin, Tough love and direct conversations for growth are lacking |
| Building the Portfolio | D | A | Personnel decision making has been slow and reactive for example hiring salesperson under Diane. Ire original CO, continued focus on existing projects while leading from the front on sales. Personal contribution to building |
| Leadership | C | A | Servant leadership, spending time inside portfolio at various levels to motivate and inspire |
| Portfolio Culture | D | A | Culture building and inspiration is as important as landing new business |
| Living the "WE" | D | B | Entitlement to become CEO (example, Nick Lynch), TSA meeting to include Max (credit), drama around having a peer at the Portfolio level, Internal competition > external competition (mis-aligned focus) |
| Managing Down vs Up | D | B | Attention and importance of being with and around office of CEO greater than building a team and a business |

CONFIDENTIAL
SHI00151978



| Intangible | Comments |
|---|---|
| Backoffice Support & Relationships | 15 Minute Weekly's. Transactional. Sterile. Box Checking |
| CTO / CGO | Closing; Not executing the wedge model; time of CTO/CGO with close is unbalanced; Only 1 bid in 2020 and it was a flyer (no client intimacy) |
| Employee Development / Mentorship | Majority of mentorship with Diane and Wolf (little progress). Reeves relationship thin. Tough love and direct conversations for growth are scaring |
| Building the Portfolio | Personnel decision making has been slow and reactive for example hiring salesperson under Diane, fire original OD, continued focus on existing projects while leading from the front on sales. Personal contribution to building |
| Leadership | Servant leadership, spending time inside portfolio at various levels to motivate and inspire |
| Portfolio Culture | Culture building and inspiration is as important as landing new business |
| Living the "WF" | Entitlement to become CEO (example, Nick lunch), TSA meeting to include Max (credit drama around having a peer at the Portfolio level. Internal competition > external competition ('misaligned' focus) |
| Managing Down vs Up | Attention and importance of being with and around office of CEO greater than building a team and a business |

CONFIDENTIAL

SHI00151979



**steampunk**

## Do Your Job! (Performance)

| Metric | S&P (Kate) | CS&D (Max) | Notes |
|---|---|---|---|
| Total Salary per Year (Kate/Diane/Wolf vs Max/Joe/Fischer) | $1,092,000 | $812,500 | excludes 2 new for S&P and 1 new for ES&D |
| Total Stock (Kate/Diane/Wolf vs Max/Joe/Fischer) | 7M shares | 6.25M shares | |
| Months of Team Together | 22.5 Months (end of Q1) | 18 Months (end of Q1) | Diane and Wolf both started before Kate arrival 5/2019 |
| Total Dollar Amount of Net New | $1,080,917 | $26,530,521 | |
| Number of Wedges | 1 | 15 | |
| Number of Quarters Missed on New New | 6 | 0 | Includes Q1 2021 |
| Consecutive Quarters with Net New | 0 | 6 | Includes Q1 2021 |
| 2021 Net New Q1 Commit | $3,680,000 | $2,000,000 | |
| Number of Deals | 3 | 4 | |
| Net New Closed in Q1 as of January 11th | $0 | $713,000 | |
| Total Dollar Amount of Net New in Q1 | TBD | TBD | |
| FY2021 Net New Target | $30M | $22M | |
| Office of the CEO Realistic Outcome | $12M | $21M | |

steampunk

## What's Important Now? (the Intangibles...)

| Intangible | S&P Grade | CS&D Grade | Comments |
|---|---|---|---|
| Backoffice Support & Relationships | C | A- | 15 Minute Weekly's, Transactional, Sterile, Box Checking |
| CTO / CGO | D+ | B | Closing; Not executing the wedge model; time of CTO/CGO with close is unbalanced; Only 1 bid in 2020 and it was a flyer (no client intimacy) |
| Employee Development / Mentorship | D | B+ | Majority of mentorship with Diane and Wolf (little progress), Reeves relationship thin, Tough love and direct conversations for growth are lacking |
| Building the Portfolio | D | A | Personnel decision making has been slow and reactive for example hiring salesperson under Diane, fire original OD, continued focus on existing projects while leading from the front on sales. Personal contribution to building |
| Leadership | C | A | Servant leadership, spending time inside portfolio at various levels to motivate and inspire |
| Portfolio Culture | D | A | Culture building and inspiration is as important as landing new business |
| Living the "WE" | D- | C | Entitlement to become CEO (example, Nick lunch), TSA meeting to include Max (credit), drama around having a peer at the Portfolio level, internal competition > external competition (misaligned focus) |
| Managing Down vs Up | D | B | Attention and importance of being with and around office of CEO greater than building a team and a business |

steampunk

## What's Important Now? (the Intangibles...)

| Intangible | Comments |
|---|---|
| Backoffice Support & Internal Relationships | 15 Minute Weekly's, Transactional, Sterile, Box Checking |
| CTO / CGO | Closing: Not executing the wedge model; time of CTO/CGO with close is unbalanced; Only 1 bid in 2020 and it was a flyer (no client intimacy) |
| Employee Development / Mentorship | Majority of mentorship with Diane and Wolf (little progress), Reeves relationship thin, Tough love and direct conversations for growth are lacking |
| Building the Portfolio | Personnel decision making has been slow and reactive for example hiring salesperson under Diane, fire original OD, continued focus on existing projects while leading from the front on sales. Personal contribution to building |
| Leadership | Servant leadership, spending time inside portfolio at various levels to motivate and inspire |
| Portfolio Culture | Culture building and inspiration is as important as landing new business |
| Living the "WE" | Entitlement to become CEO (example, Nick lunch), TSA meeting to include Max (credit), drama around having a peer at the Portfolio level, internal competition > external competition (misaligned focus) |
| Managing Down vs Up | Attention and importance of being with and around office of CEO greater than building a team and a business |