**EXHIBIT 67**

---

Message
_____

| | |
|---|---|
| **From:** | Warren, Matthew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B2B31B2203E3425180C92274B0B825B4-MATTHEW.WAR] |
| **Sent:** | 3/12/2020 3:23:56 PM |
| **To:** | Abrey, Kate [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8a1fb0a8cfef494ea3fb5c86140b7dd0-kate.a]; Ashley, Diane [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=812e32419fa44a48a0f04d4a4de145bb-diane.ashle]; Brickwedde, Michelle [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=798b77f2e63e4c06ab84fadfd09981a4-michelle.br]; Cole, Brad [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8068a31374a04890bd38e20b9ee1b8d1-brad.cole]; Dillon, Sean [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6338f4a4b22446e88f8a34fe04b63937-sean.dillon]; Harllee, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25ae0e4f1ae242c2b5156e2bb970a0ae-john.harlle]; Larose, Scott [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a250e84c498543e8a369bd7849cf7a38-scott.laros]; Licht, Max [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=372542afe02b4adabeb22690117bc5cb-max.licht]; Muir, Carolyn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d95692d6af1a445eb8d5e5573ccc1167-carolyn.mui]; Nizhnikov, Joe [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=573adf4f4431488d9afa092e0bed49f4-joe.nizhnik]; Nowakowski, Ruth-Ann [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0c12057ce62f4e94b67123775c484881-ruth-ann.no]; Parker, Dan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4d8771a820934150be5622f74b937ace-dan.parker]; Pearson, Robert [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=db5f83db490b4414a6a021d3ec9abecb-robert.pear]; Reeves, Matt [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dabb18f679a248549f348538defc4571-matt.reeves]; Sessums, Jenifer [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7b9edd1ae01b4ba48814bc9599f3fc2d-jenifer.ses]; Stepka, Tom [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=528e758f16ac43b5b14e877dde6c5ec3-tom.stepka]; Trzcinski, Nick [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=11992c54bae4406f82b56753acdeb982-nick.trzcin]; Vaughan, Geoff [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0fd174be5ce24ea384ddeb6973d0fa49-geoff.vaugh]; Wolf, David [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ed18a6c56dc7493d912db352d9195491-david.wolf] |
| **CC:** | English, Tori [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2a66b6c1c36149869c3482d0130e469c-tori.englis]; Izawa, David [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=52ec61f68463453789ef53d2769290b2-david.izawa]; Hsu, Emily [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d7d85cfabca845c4ba5255efb24ce400-emily.hsu]; Lienard, Ben [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=07561d0499ee4328870966648eefd10c-benjamin.li]; Fischer, Mike [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fd9ffb983e8346b49f2757d7b6091b90-mike.fische] |
| **Subject:** | Q1... coming down the home stretch (and another win!) |

All –

CONFIDENTIAL                                                                                                    SHI00072722

Thank you for attending our meeting on Monday and per our talk, we are about to break records inside the government service integrator business.  Agilex who????  Will be the theme after this year!  And big congratulations to Joe and team for landing 1 of the big 3 deals they have forecasted for this quarter.  Yes!

Big news with 3 weeks to go:
- We landed PTO BPA
- We broke into DoD
- **AND we won our 1ˢᵗ of 3 deals (just yesterday) at USDA**.  As an aside, this was a take away from AFS 😊
  - BIG WIN to Joe and team.. as the dam looks like it is going to break!

Still to come in Q1...
- USDA MRP – We anticipate this to be awarded next week
- USDA FAS – This will be a buzzer beater but I'm betting on Fisher getting on the board in 2020 with this deal! It will absolutely require MAJOR hand holding to get it done...
- PCAOB – Yes, I was overly critical of this deal but Brad and Ben showed me that I was wrong (once it books 😊 ) I love being wrong!  If this is what being wrong is all about, I don't want to be right!


Let's stay focused on Q1.. Those 3 deals on the table are game changers to get back on track for Q1.  And it really looks like we have a chance of having an early start to Q2! Our stretch goal of $48M is still achievable if we can finish Q1 above and hit deals early in Q2..  and of course, Geoff and Matt will need to get out of the gates with all these wedges coming in...
- Italicized represents EARLY Q2 .. aka April

- *DHS USCIS NOC Data Fusion*
- *DHS VET (POAM Reduction)*
- *USDA SNAP*
- *USDA DISC*
- *DHS CBP ENTS*
- USDA OSEC
- USDA MRP #2
- DoD DCMA
- DoD SBIR Phase 2
- PTO AI/ML Task Order #1
- PTO TMX
- *DoJ DEA*

## Other Big Q2 News:
- Kate Returns
- Kate and Brad lose their restrictions
- Kate enters TSA with Diane! Please imagine a lion being released from a cage with a herd of gazelles grazing directly in front of the cage...  Now picture Kate entering TSA... You get the point!
- Harllee will be extremely sweaty about going into Q3 because we will be on track for a run rate that could be $80M+ going into 2021


Thank you all!!!  FOCUS !!! FOCUS!!!  Let's do this!

Matt

                                                                 SHI00072723

**Matt Warren**
CEO

**steampunk**
DESIGN. DISRUPT. REPEAT.

1753 pinnacle drive, suite 900, mclean, va 22102
**m:** 703.283.5101
matthew.warren@steampunk.com

CONFIDENTIAL

SHI00072724