**EXHIBIT 69**

---

Message

---

| | |
|---|---|
| **From:** | Izawa, David [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=52EC61F68463453789EF53D2769290B2-DAVID.IZAWA] |
| **Sent:** | 9/23/2020 5:52:52 PM |
| **To:** | Pearson, Robert [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=db5f83db490b4414a6a021d3ec9abecb-robert.pear]; Warren, Matthew [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b2b31b2203e3425180c92274b0b825b4-matthew.war] |
| **CC:** | Harllee, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=25ae0e4f1ae242c2b5156e2bb970a0ae-john.harlle] |
| **Subject:** | RE: Target Exercise? |
| **Attachments:** | Leadership Team Target Exercise - Combined Powerpoints.pptx |

Ok, here you go.

---

**From:** Pearson, Robert <robert.pearson@steampunk.com>
**Sent:** Wednesday, September 23, 2020 12:28 PM
**To:** Warren, Matthew <matthew.warren@steampunk.com>; Izawa, David <david.izawa@steampunk.com>
**Cc:** Harllee, John <john.harllee@steampunk.com>
**Subject:** Re: Target Exercise?

David – I double-checked and there were 3 missing from your file (Abrey, Warren, and Parker).  I just forwarded them on to you.  Could you add them and resend the file to us?

Thanks!
RP

**robert e. pearson III**
chief marketing officer

**steampunk**
DESIGN DISRUPT REPEAT

1753 pinnacle drive, suite 900, mclean, va 22102
**m:** 571.344.5538
robert.pearson@steampunk.com



---

**From:** "Warren, Matthew" <matthew.warren@steampunk.com>
**Date:** Wednesday, September 23, 2020 at 11:05 AM
**To:** "Izawa, David" <david.izawa@steampunk.com>
**Cc:** "Harllee, John" <john.harllee@steampunk.com>, "Pearson, Robert" <robert.pearson@steampunk.com>
**Subject:** RE: Target Exercise?

Sweet and thank you!

---

**From:** Izawa, David <david.izawa@steampunk.com>
**Sent:** Wednesday, September 23, 2020 9:45 AM

---

SHI00154099

**To:** Warren, Matthew <matthew.warren@steampunk.com>
**Cc:** Harllee, John <john.harllee@steampunk.com>; Pearson, Robert <robert.pearson@steampunk.com>
**Subject:** RE: Target Exercise?

Added John's as well.

---

**From:** Warren, Matthew <matthew.warren@steampunk.com>
**Sent:** Wednesday, September 23, 2020 9:28 AM
**To:** Izawa, David <david.izawa@steampunk.com>
**Cc:** Harllee, John <john.harllee@steampunk.com>; Pearson, Robert <robert.pearson@steampunk.com>
**Subject:** Fwd: Target Exercise?

can you add this too consolidated list ?

Sent from my iPhone

Begin forwarded message:

**From:** "Licht, Max" <max.licht@steampunk.com>
**Date:** September 22, 2020 at 11:04:33 AM EDT
**To:** "Warren, Matthew" <matthew.warren@steampunk.com>
**Cc:** "Pearson, Robert" <robert.pearson@steampunk.com>, "Harllee, John" <john.harllee@steampunk.com>
**Subject: Re:  Target Exercise?**

Done – attached.

Sorry for the delay.

Thanks,
Max

--
**Max Licht**
**Senior Vice President**

SHI00154100



SHI00154101



**steam**punk | Abrey - TARGET EXERCISE

# SOCIAL "BULL'S-EYE

**EXPLANATION:**

I am between a level 2 and 3. While, I am proud of the team that I am part of I feel significant competitiveness between the sectors. I think there is more we can do to create an environment where we are truly all rowing in the same direction and respect each other. I'm also not happy with my team's results and take this to heart which is why I feel between 2 and 3 (I'm not sure I think I'm great yet ☺)

**Steampunk Social Structure**

1. Reflect on where you individually land on the Steampunk Social Bull's-Eye relative to how "connected" you are to the Leadership Team.

2. Place yourself on it using the "X" provided. Most connected is bull's-eye; less connected as you move away from center.

3. Save the file with your lastname & send to Matt and Harlee by September 15th

SHI00154102



**steam**punk   |Ashley - TARGET EXERCISE

## SOCIAL "BULL'S-EYE (Diane)

**EXPLANATION:**
- I value our leadership team and recognize the amazing talent we have.
- Extreme focus on growth activities has limited my leadership interactions to only those essential to such activities.
  Heavy emphasis on individual achievement over team accomplishments drives fewer connections into other sectors.
- The CTO Practice Areas structure has been a good model for cross-sector connections.

**Steampunk Social Structure**

1. Reflect on where you individually land on the Steampunk Social Bull's-Eye relative to how "connected" you are to the Leadership Team.

2. Place yourself on it using the "X" provided. Most connected is bull's-eye; less connected as you move away from center.

3. Save the file with your lastname & send to Matt and Harlee by September 15th

CONFIDENTIAL

SHI00154103



**steam**punk   jBirisan - TARGET EXERCISE

## SOCIAL "BULL'S-EYE

**EXPLANATION:**

- I am actively connected to the CTO team, interacting with them daily in a manner that goes beyond giving and receiving help, into a personal relationship.
- I am connected with sector leadership and interact with them in a business capacity, but don't yet have an intimate connection with the entire team.
- I have developed and am continuing to develop relationships with Steampunk back office and delivery teams.
- In summary, I estimate myself as being about to steps away from perfect connection with the leadership team and am working to improve that over time.

**Steampunk Social Structure**

1. Reflect on where you individually land on the Steampunk Social Bull's-Eye relative to how "connected" you are to the Leadership Team.

2. Place yourself on it using the "X" provided. Most connected is bull's-eye; less connected as you move away from center.

3. Save the file with your lastname & send to Matt and Harlee by September 15th

SHI00154104



**steam**punk  |Cole - TARGET EXERCISE

## SOCIAL "BULL'S-EYE

**COLE EXPLANATION:**
- A couple months ago, I probably would have put myself closer to the center.
- I'm realizing I need to communicate more directly with other leaders, and there is room for improvement for sure, so I'm taking steps to do that currently in my day to day actions
- I do feel like my own team has gelled together very well, and we are all working toward a model of accountability and trust for my overall AOR
- I've experienced some trust issues and feel some individuals are closer to the "I'm great (and you're not)" stage of our team dynamic (it ebbs and flows). As a result, sometimes it feels there is very little room for positive interaction and culture building on the Sales side – and while I've worked with my team on our dynamic, we are not really working in unison with the Sales team, so that is something I will actively work on with Sector and Sales Leads.

**Steampunk Social Structure**

1. Reflect on where you individually land on the Steampunk Social Bull's-Eye relative to how "connected" you are to the Leadership Team.

2. Place yourself on it using the "X" provided. Most connected is bull's-eye; less connected as you move away from center.

3. Save the file with your lastname & send to Matt and Harlee by September 15th

                                    SHI00154105



**steam**punk  jCrouch - TARGET EXERCISE

## SOCIAL "BULL'S-EYE

**EXPLANATION:**

While I feel very connected to a few people on the leadership team who I work with often and consistent, I do not feel that same level of connectedness to the whole team. Some of the team I have only ever shared a few sentences with. In addition, being completely virtual adds a level of disconnectedness that can be hard to shake without deliberate investment to build relationships.

My place on the chart does not imply the team or its members are unapproachable but more that my time here at Steampunk the last few months has been consumed in activities with a subset of the team and I have not had the opportunity or, personally, made the investment to build those strong, connected relationships. I do believe over time and as I continue to have more opportunities to interact with more individuals on the team this will change.

**Steampunk Social Structure**

1. Reflect on where you individually land on the Steampunk Social Bull's-Eye relative to how "connected" you are to the Leadership Team.

2. Place yourself on it using the "X" provided. Most connected is bull's-eye; less connected as you move away from center.

3. Save the file with your lastname & send to Matt and Harlee by September 15th

CONFIDENTIAL

SHI00154106



**steampunk** jDillon - TARGET EXERCISE

## SOCIAL "BULL'S-EYE

**EXPLANATION:**
Strong social & business relationships with the leadership team and my first team.

Genuinely care how my peers are doing, professionally and personally. Reach out regularly professionally and personally to connect

Business opportunities to work together never end, but I seek out opportunities to spend social time with these teammates.

Genuinely enjoy my relationships with this team. I like all of my peers, even if we don't always see eye to eye on work topics we work through it in a good way.

I didn't have a super close relationship with ONE person, and I've reached out socially and connected with that person. -.5 point

I feel like in this time of COVID, I knocked of one point for not being able to get together in person to socialize. Nobody's fault, but definitely impacts our social bull's-eye. -1 point

**Steampunk**
**Social**
**Structure**

1. **Reflect on where you individually land on the Steampunk Social Bull's-Eye relative to how "connected" you are to the Leadership Team.**

2. **Place yourself on it using the "X" provided. Most connected is bull's-eye; less connected as you move away from center.**

3. **Save the file with your lastname & send to Matt and Harlee by September 15th**

SHI00154107



steampunk   |Harlee - TARGET EXERCISE

## SOCIAL "BULL'S-EYE - HARLLEE

**EXPLANATION:**

In some ways I am in the position of being in the eye of the storm on connectivity. My connectivity to the 'group' doesn't exist consistently among each individual who makes up the group. Very strong connectivity with individuals I have history with and have developed very good with relationships with a number of others, but there are several more I need to work with.

Covid has obviously caused major connectivity issues as well, but have made decent progress overcoming that.

**Steampunk Social Structure**

1. Reflect on where you individually land on the Steampunk Social Bull's-Eye relative to how "connected" you are to the Leadership Team.

2. Place yourself on it using the "X" provided. Most connected is bull's-eye; less connected as you move away from center.

3. Save the file with your lastname & send to Matt and Harllee by September 15th

SHI00154108



CONFIDENTIAL

SHI00154109



steampunk  |Kliner - TARGET EXERCISE

## SOCIAL "BULL'S-EYE

**EXPLANATION:**

I feel like I currently have considerable contact and access to all members of our leadership team. I've put myself in this location of the bull's eye due to my current responsibilities that sometimes force me to prioritize time to client and project team engagement.

Leadership has been fantastic about making it known about their open-door policy and Matt and I have a weekly cadence, at his suggestion!

**Steampunk Social Structure**

1. Reflect on where you individually land on the Steampunk Social Bull's-Eye relative to how "connected" you are to the Leadership Team.

2. Place yourself on it using the "X" provided. Most connected is bull's-eye; less connected as you move away from center.

3. Save the file with your lastname & send to Matt and Harlee by September 15th

SHI00154110



**steam**punk | Licht - TARGET EXERCISE

## SOCIAL "BULL'S-EYE

**EXPLANATION:**

- I believe I am somewhat connected to the Leadership team.

- In the front office, I think that I am well connected to the activities we have related to growth.

- In the back office, I need to make sure that I give the attention needed to be better connected.

- I also need to be better connected with Delivery leadership – better communication.

**Steampunk Social Structure**

1. Reflect on where you individually land on the Steampunk Social Bull's-Eye relative to how "connected" you are to the Leadership Team.

2. Place yourself on it using the "X" provided. Most connected is bull's-eye; less connected as you move away from center.

3. Save the file with your lastname & send to Matt and Harlee by September 15th

SHI00154111



**steam**punk   jLienard - TARGET EXERCISE

## SOCIAL "BULL'S-EYE

**EXPLANATION:**
- My feeling of connectedness has improved considerably over the past year.
- Have established good relationships with many on the Leadership Team.
- Main reason for not being closer to the center is that I feel like I get info/feedback indirectly rather than hearing it directly from other members of the Leadership Team.

**Steampunk Social Structure**

1. Reflect on where you individually land on the Steampunk Social Bull's-Eye relative to how "connected" you are to the Leadership Team.

2. Place yourself on it using the "X" provided. Most connected is bull's-eye; less connected as you move away from center.

3. Save the file with your lastname & send to Matt and Harlee by September 15th

SHI00154112



steampunk  jMuir - TARGET EXERCISE

## SOCIAL "BULL'S-EYE"

**Steampunk Social Structure**

**EXPLANATION:**

Write here why you placed yourself where you did… My position allows me to work closely with all members of the leadership team. I've formed good working relationships and friendships with just about everyone. I hold a position of trust. I'm privileged to have the confidence of the executive team. My "x" falls in a closely connected spot.

1. Reflect on where you individually land on the Steampunk Social Bull's-Eye relative to how "connected" you are to the Leadership Team.

2. Place yourself on it using the "X" provided. Most connected is bull's-eye; less connected as you move away from center.

3. Save the file with your lastname & send to Matt and Harlee by September 15th

SHI00154113



**steam**punk    |Nizhnikov - TARGET EXERCISE

## SOCIAL "BULL'S-EYE

**EXPLANATION:**
I feel very connected to members of the leadership team I need to perform in my role, for instance my SVP, CGO, CEO.  Through my business interactions, I'm able to stay socially connected to these people as well.  However since COVID, I find it difficult to stay connected to members of the leadership team I might not need to talk to daily.  I'd love to spend more time with the COO, CTO, CFO, GC.  When I need to talk to these folks, its great but without being in the office it's hard to feel connected to people I don't "need" to be on the phone with.

Steampunk
Social
Structure

1. Reflect on where you individually land on the Steampunk Social Bull's-Eye relative to how "connected" you are to the Leadership Team.

2. Place yourself on it using the "X" provided. Most connected is bull's-eye; less connected as you move away from center.

3. Save the file with your lastname & send to Matt and Harlee by September 15th



**steampunk** | Parker - TARGET EXERCISE

SOCIAL "BULL'S-EYE

**EXPLANATION:**
I communicate and interact on a daily basis with the office of the CEO, the SR VP Contracts, SVP FedCiv, VP Ops for both sectors, Chief Marketing Officer and the CFO.  My relationship with the other leaders is more in passing but certainly feel connected/involved in their daily activities through the use of our communication channels and weekly meetings.

Steampunk Social Structure

1. Reflect on where you individually land on the Steampunk Social Bull's-Eye relative to how "connected" you are to the Leadership Team.

2. Place yourself on it using the "X" provided. Most connected is bull's-eye; less connected as you move away from center.

3. Save the file with your lastname & send to Matt and Harlee by September 15th



**steam**punk   jPearson - TARGET EXERCISE

## SOCIAL "BULL'S-EYE

**EXPLANATION:**
I feel that I am connected to the Leadership team very well as a result of our branding efforts/marketing and that everyone probably feels a sense of "safeness" with me on a relationship level (not competitive). I do; however, need to go deeper into our organization to better understand their goals and objectives (personal ones too) and how I can help support them.

In addition, I feel that the bullseye for me is always a moving target to the right (which is why I am to the left of center), as we grow as a Leadership Team, as an organization, and for sure as a culture. I make a point of reaching out socially to ensure I have touchpoints with each LT member, and now need to add the recently added members to my rotation.

**Steampunk Social Structure**

1. Reflect on where you individually land on the Steampunk Social Bull's-Eye relative to how "connected" you are to the Leadership Team.

2. Place yourself on it using the "X" provided. Most connected is bull's-eye; less connected as you move away from center.

3. Save the file with your lastname & send to Matt and Harlee by September 15th



SHI00154117



**steam**punk   jSessums - TARGET EXERCISE

# SOCIAL "BULL'S-EYE

**EXPLANATION:**

I think COVID has played a big part in how connected I feel to the Leadership Team. While monthly meetings have been great to connect on high level business objectives, I've missed that opportunity to connect with colleagues on a personal level. The ability to bridge new relationships through a lunch or a drink or a walk or a workout. It's been a challenge not only bringing a new capability into the org and figuring out where and how to educate everyone, but also not having the benefit of past relationships to inform personalities, work styles, and shared experience.

**Steampunk Social Structure**

1. Reflect on where you individually land on the Steampunk Social Bull's-Eye relative to how "connected" you are to the Leadership Team.

2. Place yourself on it using the "X" provided. Most connected is bull's-eye; less connected as you move away from center.

3. Save the file with your lastname & send to Matt and Harlee by September 15th

SHI00154118





steampunk |Wolf - TARGET EXERCISE

## SOCIAL "BULL'S-EYE

**EXPLANATION:**

I feel I am at a Level 3. I feel an extremely strong connection within our group for DHS and J&L. There are strong networks and pride across the teams despite my lack of contract awards which I take very personally and impacts my teammates. Across the team we all work together to achieve success, bench the egos, and have a one mind. However, it feels like there is considerable competitiveness across the sectors. There is more we can do as a team to construct a Level 5 organization with that strong belief that life is great.

**Steampunk Social Structure**

1. Reflect on where you individually land on the Steampunk Social Bull's-Eye relative to how "connected" you are to the Leadership Team.

2. Place yourself on it using the "X" provided. Most connected is bull's-eye; less connected as you move away from center.

3. Save the file with your lastname & send to Matt and Harlee by September 15th

CONFIDENTIAL

SHI00154120

