IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| KATHLEEN ABREY,<br><br>    Plaintiff,<br><br>v.<br><br>STEAMPUNK HOLDINGS, INC., *et al.*,<br><br>    Defendants. | Civil Action No.: 1:22-cv-00654-MSN-LRV |

## DEFENDANTS' TRIAL EXHIBIT LIST

Defendants Steampunk Holdings, Inc. ("Holdings") and Steampunk, Inc. ("Steampunk") (collectively "Defendants"), through counsel, in accordance with the Court's May 19, 2023 Order (Dkt. No. 90), hereby provides their list of trial exhibits, other than those they intend to use for rebuttal or impeachment purposes.

**Exhibits[1]**

| Exhibit No. | Bates No. | Date | Description |
|---|---|---|---|
| 1 | | 05/22/2019 | *Article: Trio of Fed. Gov't Tech. Veterans, Harllee Dep. Ex. 9 |
| 2 | SHI00510262 | 02/15/2019 | *M. Warren Restriction Letter |
| 3 | SHI00510265 | 02/22/2019 | *D. Ashley Restriction Letter |
| 4 | SHI00510267 | 05/01/2019 | *B. Cole Restriction Letter |
| 5 | SHI00510270 | 05/09/2019 | *K. Abrey Restriction Letter |
| 6 | SHI00056579 | 02/25/2020 | *Abrey - Restricted Stock Grant Notice |
| 7 | PL000228 | 02/23/2021 | *Stock Repurchase Notice |
| 8 | SHI00106623 | 02/14/2020 | *Bonus Letter |
| 9 | SHI00381360 | 03/17/2020 | *Abrey text re: return to work |
| 10 | SHI00446027 | 03/17/2020 | *Response to Abrey text re: return to work |
| 11 | SHI00074384 | 04/08/2020 | *Email re: Kate's return |
| 12 | SHI00499255 | 04/09/2020 | *Email re: Kate's return |
| 13 | SHI00070555 | 05/01/2020 | *Email re: Reference Materials |

---

[1]     Exhibits with an asterisk were initially identified in Defendants' Rule 26(a)(3) disclosures (Dkt. No. 88) to which Plaintiff lodged no objection.

| 14 | SHI00032921 | 07/24/2019 | *Email re: Matt |
|---|---|---|---|
| 15 | SHI00141351 | 05/04/2020 | *Slack message re: follow-up meeting |
| 16 | SHI00443002 | 03/04/2020 | *Email re: Kate's return and leave |
| 17 | SHI00139084 | 04/20/2020 | *Email re: DHS |
| 18 | SHI00040581 | 05/08/2020 | *Email re: Steampunk Focus Areas |
| 19 | SHI00152682 | 05/05/2020 | *Email re: What's Best for Steampunk |
| 20 | SHI00161111 | 05/13/2020 | *Email re: Delivery Excellence – some thoughts |
| 21 | SHI00387637 | 05/19/2020 | *Email re: A few updates/coaching |
| 22 | SHI00440407 | 07/28/2020 | *Email re: Tuesday 28 summary |
| 23 | SHI00028825 | 08/04/2020 | *Email re: Org Thinking |
| 24 | SHI00166890 | 08/10/2020 | *Email re: Leadership Team Topic |
| 25 | SHI00037155 | 09/01/2020 | *Email re: updated forecast for DHS |
| 26 | SHI00460269 | 09/10/2020 | *Email re: Follow-up |
| 27 | SHI00152263 | 09/30/2020 | *Email re: last week's conversation |
| 28 | SHI00054823 | 11/24/2020 | *Abrey Performance Review |
| 29 | SHI00127880 | 11/24/2020 | *Email re: A few observations from our call today |
| 30 | SHI00028444 | 12/08/2020 | *Email re: Revenue planning for 2021 |
| 31 | SHI00029769 | 12/02/2020 | *Email re: weekly catchup |
| 32 | SHI00168227 | 12/02/2020 | *Email re: weekly catchup |
| 33 | SHI00465389 | 12/03/2020 | *Email re: sharing BoD presentation |
| 34 | SHI00036368 | 12/08/2020 | *Email re: Few topics to discuss tomorrow |
| 35 | SHI00446578 | 12/16/2020 | *Email re: Kyle Offer Ideas |
| 36 | SHI00040162 | 12/30/2020 | *Email: Who's ready to rumble, Q1 forecast |
| 37 | SHI00076218 | 12/16/2020 | *Email re: Bucket of business |
| 38 | SHI00027459 | 01/03/2021 | *Email re: DHS plan |
| 39 | SHI00456392 | 01/04/2021 | *Email re: a few thoughts |
| 40 | SHI00153874 | 01/06/2021 | *Email re: for our next discussion |
| 41 | SHI00035364 | 01/13/2021 | *Email re: Our catch up |
| 42 | SHI00022832 | 01/13/2021 | *Call request |
| 43 | SHI00370910 | 01/14/2021 | *Transcript of Warren-Abrey Call |
| 44 | SHI00195700 | 10/16/2019 | *Email re: Savannah call to action |
| 45 | SHI00059400 | 02/09/2020 | *Email re: Tampa trip itinerary |
| 46 | SHI00063110 | 12/10/2020 | *Email re: Wedge Recap 2020 |
| 47 | SHI00035759 | 12/28/2020 | *Email re: Who's ready to rumble |
| 48 | SHI00106095 | 07/02/2021 | *Abrey EEOC Charge (Abrey Dep. Ex. 4) |
| 49 | | 03/11/2022 | *Abrey EEOC Right to Sue |
| 50 | | 03/17/2023 | *Plaintiff's Amended Responses to Defendant's Requests for Admission (Abrey Dep. Ex. 1) |
| 51 | | 03/15/2023 | *Plaintiff's Amended Responses to Interrogatories (Abrey Dep. Ex. 2) |
| 52 | SHI00151975 | 01/13/2021 | *Email re: Portfolio Comparison, with native file (Abrey Dep. Ex. 15) |
| 53 | SHI00128420 | 01/04/2021 | *Email re: Jacquelyn Brioux |
| 54 | | | *Brioux Leave Request (Abrey Dep. Ex. 18) |

| 55 | SHI00056671 | 01/07/2021 | *Email re: Response from Jacquelyn |
|---|---|---|---|
| 56 | SHI00128461 | 01/11/2021 | *Email re: RSG – Jacquelyn Brioux |
| 57 | SHI00327474 | 01/11/2021 | *Email re: RSG – Jacquelyn Brioux |
| 58 | SHI00128994 | 01/12/2021 | *Teams Meeting re: Jacquelyn Brioux |
| 59 | SHI00457254 | 01/13/2021 | *Email re: Jacquelyn Brioux |
| 60 | SHI00028762 | 01/13/2021 | *Email re: Jacquelyn Brioux |
| 61 | SHI00134494 | 01/13/2021 | *Slack Messages Re: Jacquelyn Brioux |
| 62 | SHI00128405 | 01/27/2021 | *Email re: Jacquelyn Brioux Declining Job Offer |
| 63 | | 04/03/2023 | *Plaintiff's Second Supplemental Interrogatory Answers (Abrey Dep. Ex. 3) |
| 64 | SHI00058090 | 12/14/2020 | Email re: Monday's Forecast Meeting |
| 65 | SHI00045371 | 12/18/2020 | Email re: Wedges in Review |
| 66 | SHI00090377 | 11/25/2020 | Email re: Catch-up Tomorrow |
| 67 | SHI00168227 | 12/2/2020 | Email re: Weekly Catch-up Topics |
| 68 | SHI00442872 | 11/11/2020 | Email re: Revenue Scenario Planning |
| 69 | SHI00438507 | 10/20/2020 | Email re: Onboarding Ideas |
| 70 | SHI00413403 | 10/20/2020 | Email re: Recompete Thoughts – early morning ruminations |
| 71 | SHI00385172 | 10/20/2020 | Email re: 2 other thoughts (hence my call) |
| 72 | SHI00444260 | 10/16/2020 | Email re: Show me the $$?! |
| 73 | SHI409562 | 10/16/2020 | Email re: Show me the $$?! |
| 74 | SHI00095661 | 11/6/2020 | Email re: A little weekly retro… |
| 75 | SHI00505112 | 05/5/2020 | Email re: 1 on 1 with Nick |
| 76 | PL000740 | 03/6/2021 | Email re: Steampunk |
| 77 | | | 2020 Performance evaluation of David Wolf |
| 78 | Ashley Dep. Ex. 3 | | 2020 Performance Evaluation of Diane Ashley |
| 79 | | | 2020 Performance Evaluation of Matt Reeves |
| 80 | SHI00106417 | 04/30/2019 | SE Solutions Employee Handbook |
| 81 | SHI00106479 | 10/2/2019 | Steampunk Employee Handbook |
| 82 | SHI00036853 | 12/13/2019 | Meeting invite re: DHS Staffing Meeting |
| 83 | SHI00448947 | 12/18/2019 | Email re: Measuring success |
| 84 | SHI00033061 | 12/30/2019 | Email re: Ideas welcome on program management |
| 85 | SHI00029008 | 07/11/2019 | Meeting invite re: Sync – strategy #2 |
| 86 | SHI00037799 | 07/14/2019 | Email re: Agenda for Monday's meeting |
| 87 | SHI00069681 | 05/31/2019 | Email re: Sector weekly P&L Review |
| 88 | SHI00028211 | 05/31/2019 | Email re: Pipeline Review with Harllee |
| 89 | SHI00467786 | 11/14/2019 | Meeting Invite re: Maximizing the Business |
| 90 | SHI00060344 | 11/20/2019 | Meeting invite re: Catch up – metrics & mtg prep |
| 91 | SHI00024106 | 12/3/2019 | Meeting invite re: Orchestrating SPEED next steps |
| 92 | SHI00152932 | 07/21/2020 | Email re: Rumors swirl at USCIS about Steampunk |
| 93 | SHI00058506 | 09/9/2020 | Email re: Touch Point – for discussion |

| 94 | SHI00138600 | 3/3/2020 | Email re: Kate's return |
|---|---|---|---|
| 95 | SHI00510097 – 105 | | Design Intelligence Presentation |
| 96 | SHI00510106 – 09 | 04/30/2020 | Do Your Job presentation |
| 97 | SHI00510111 – 13 | 01/27/2020 | Email re: Forecast of bookings and FTEs |
| 98 | SHI00510116-20 | 04/28/2020 | Email re: Q2 – We are out of the gates! |
| 99 | SHI00510123-36 | 02/17/2020 | Email re: DHS Offsite |
| 100 | SHI00510137 | 01/22/2020 | Email re: Offsite Basic Agenda |
| 101 | SHI00510140 | 03/12/2020 | Email re" Q1 … coming down the home stretch |
| 102 | SHI00510142 | 04/23/2020 | Email re: Bookings Update |
| 103 | SHI00510146 – 49 | 02/24/2020 | Email re Q1 Net New Forecast and FTE summary |
| 104 | SHI00510153 - 72 | 02/14/2020 | Email re: Civilian Offsite |
| 105 | SHI00441270 – 92 | 09/24/2020 | Email re: Target Exercise |
| 106 | SHI00408289 | 04/07/2020 | Email re: May 1st! |
| 107 | SHI00145260 | 03/04/2020 | Email re: Kate's Return Date |
| 108 | SHI00106538 | 07/1/2020 | Paternity and Maternity Benefits |
| 109 | SHI00508617 | 06/30/2020 | Email re: Paid Maternity/Paternity (Parental) Leave Benefit |
| 110 | SHI00184481 | 03/12/2021 | Email re: New Expanded Steampunk Maternity Leave Benefit |
| 111 | SHI00170160 | 01/11/2021 | Email re: cost cut |
| 112 | SHI00508647 | 02/17/2020 | Email re: Steampunk Comms for Tomorrow, with attached press release |
| 113 | Demonstrative | | History of Max Licht Reporting Relationship |
| 114 | Demonstrative | | Paid parental Leave Policy Evolution |
| 115 | Demonstrative | | Expiration of AFS Non-Compete Restrictions at Steampunk |
| 116 | Demonstrative | | 2020 Annual Performance Evaluation Comparison |
| 117 | Demonstrative | | 2020 Kate Abrey Direct Reports Annual Performance Evaluation Comparison |
| 118 | Demonstrative | | Performance by Quarter May 2019 – January 2021 |
| 119 | Demonstrative | | Performance by Quarter After May 2020 |
| 120 | Demonstrative | | Kate Abrey Portfolio Q4 2019 – Q1 2021 Net New Performance (Forecast v. Actual) |

| 121 | Demonstrative | | Kate Abrey & Nick Trczinski Q4 2019 – Q1 2021 Portfolio Net New Performance (Forecast v. Actuals) Side-by-Side Comparison |
| 122 | Demonstrative | | All Teams Q4 2019 – Q1 2021 Portfolio Net New Performance (Forecast v. Actuals) Side-by-Side Comparison |
| 123 | Demonstrative | | 2020 Revenue Totals by Agency |

Respectfully submitted,

Dated: July 31, 2023　　　　　　　　**JACKSON LEWIS P.C.**

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　Nigel L. Wilkinson (Va. Bar No. 46500)
　　　　　　　　　　　　　　　　　　M. Robin Davis (Va. Bar No. 33991)
　　　　　　　　　　　　　　　　　　Matthew Kreiser (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　10701 Parkridge Blvd., Ste 300
　　　　　　　　　　　　　　　　　　Reston, Virginia 20191
　　　　　　　　　　　　　　　　　　(703) 483-8300 - Telephone
　　　　　　　　　　　　　　　　　　(703) 483-8301 Fax
　　　　　　　　　　　　　　　　　　nigel.wilkinson@jacksonlewis.com
　　　　　　　　　　　　　　　　　　robin.davis@jacksonlewis.com
　　　　　　　　　　　　　　　　　　matthew.kreiser@jacksonlewis.com

　　　　　　　　　　　　　　　　　　*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2023, I electronically filed the foregoing *Defendants' Trial Exhibit List* with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Seth James B. Obed, Esq.
>Obed Law Group, PLC
>111 Oronoco Street
>Alexandria, Virginia 22314
>Tel.: (732) 567-4052
>Fax: (703) 894-4940
>Email: sobed@obedlaw.com
>
>Lawrence M. Pearson, Esq., admitted *pro hac vice*
>Alfredo J. Pelicci, Esq., admitted *pro hac vice*
>Wigdor LLP
>85 Fifth Avenue
>New York, NY 10003
>Tel. (212) 257-6800
>Fax: (212)-257-6845
>Email: lpearson@wigdorlaw.com
>Email: apelicci@wigdorlaw.com
>
>*Counsel for Plaintiff Kathleen Abrey*

By:     /s/
Nigel L. Wilkinson (VA Bar No. 46500)
**JACKSON LEWIS P.C.**
10701 Parkridge Blvd., Ste 300
Reston, VA 20191
(703) 483-8300-Telephone
(703) 483-8301-Fax
nigel.wilkinson@jacksonlewis.com

*Counsel for Defendants*

4885-4148-9268, v. 1