IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| KATHLEEN ABREY,<br><br>Plaintiff,<br><br>v.<br><br>STEAMPUNK HOLDINGS, INC., *et al.*,<br><br>Defendants. | Civil Action No.: 1:22-cv-00654-MSN-LRV |

**DEFENDANTS STEAMPUNK HOLDINGS AND
STEAMPUNK, INC'S.' INDEX OF TRIAL EXHIBITS**

| | Exhibit No. | Bates No. | Date | Description |
|---|---|---|---|---|
| A – 8/23 | 1 | | 05/22/2019 | Article: Trio of Federal Gov't Tech. Industry Veterans, Harllee Dep. Ex. 9 |
| A – 8/24 | 2 | SHI00510262 | 02/15/2019 | M. Warren Restriction Letter |
| A – 8/24 | 3 | SHI00510265 | 02/22/2019 | D. Ashley Restriction Letter |
| A – 8/24 | 4 | SHI00510267 | 05/01/2019 | B. Cole Restriction Letter |
| A – 8/22 | 5? | SHI00510270 | 05/09/2019 | K. Abrey Restriction Letter |
| A – 8/24 | 6 | SHI00056579 | 02/25/2020 | Abrey - Restricted Stock Grant Notice |
| A – 8/24 | 7 | PL000228 | 02/23/2021 | Stock Repurchase Notice |
| A – 8/24 | 8 | SHI00106623 | 02/14/2020 | Bonus Letter |
| A – 8/24 | 9 | SHI00381360 | 03/17/2020 | Abrey's text re: return to work<br>Email Re: Screenshot 2020-03-17 at 3.33.55 PM |
| A – 8/24 | 10 | SHI00446027 | 03/17/2020 | Response to Abrey's text re: return to work<br>Email Re: Screenshot 2020-03-17 at 3.33.55 PM |
| A – 8/24 | 11 | SHI00074384 | 04/08/2020 | Email re: Kate's return |
| | 12 | SHI00499255 | 04/09/2020 | Email re: Package of Information |
| A – 8/24 | 13 | SHI00070555 | 05/01/2020 | Email re: Reference Materials Packet |
| A – 8/23 | 14 | SHI00141351 | 05/04/2020 | Slack message re: follow-up meeting on 05/04/2020 |
| | 15? | SHI00443002 | 03/04/2020 | Email re: Kate's Return Date |
| A – 8/24 | 16 | SHI00139084 | 04/27/2020 | Email re: Weekly Sync on DHS Growth |
| A – 8/23 | 17 | SHI00040581 | 05/08/2020 | Email re: Steampunk Focus Areas |
| | 18 | SHI00152682 | 05/05/2020 | Email re: What's Best for Steampunk |
| A – 8/23 | 19 | SHI00161111 | 05/13/2020 | Email re: Delivery Excellence – some thoughts |
| | 20 | SHI00387637 | 05/19/2020 | Email re: A few updates/coaching… |
| A – 8/24 | 21 | SHI00440407 | 07/28/2020 | Email re: Tuesday, 28th Summary |
| A – 8/24 | 22 | SHI00028825 | 08/04/2020 | Email re: Org Thinking |

8/22 - Not listed exhibit - Washingtontechnology.com (article) - Accenture execs launch new venture steampunk

| | Exhibit No. | Bates No. | Date | Description |
|---|---|---|---|---|
| A – 8/24 | 23 | SHI00037155 | 09/01/2020 | Email re: updated forecast for DHS |
| A – 8/24 | 24 | SHI00460269 | 09/10/2020 | Email re: Follow Up |
| A – 8/24 | 25 | SHI00152263 | 09/30/2020 | Email re: last week's conversation |
| | 26 | SHI00054823 | 11/24/2020 | Email re: Performance Assessment Summary – Kate Abrey |
| A – 8/24 | 27 | SHI00127880 | 11/24/2020 | Email re: A few observations from our call today with D… |
| A – 8/24 | 28 | SHI00028444 | 12/08/2020 | Email re: Revenue Planning for 2021 |
| A – 8/24 | 29 | SHI00029769 | 12/02/2020 | Email re: Weekly Catch-up - Topics |
| A – 8/24 | 30 | SHI00168227 | 12/02/2020 | Email re: Weekly Catch-up - Topics |
| A – 8/23 | 31 | SHI00465389 | 12/03/2020 | Email re: BoD preso (sharing BOD presentation) |
| | 32 | SHI00036368 | 12/08/2020 | Email re: Few topics to discuss tomorrow… |
| A – 8/24 | 33 | SHI00446578 | 12/16/2020 | Email re: Kyle Offer Ideas |
| A – 8/23 | 34 | SHI00040162 | 12/30/2020 | Email re: Who's ready to rummbblleee!!!!  Q1 forecast |
| A – 8/23 | 35 | SHI00076218 | 12/16/2020 | Email re: buckets of business v2.pptx |
| A – 8/23 | 36 | SHI00456392 | 01/04/2021 | Email re: a few thoughts… |
| A – 8/23 | 37 | SHI00153874 | 01/06/2021 | Email re: For our next discussion… |
| A – 8/24 | 38 | SHI00035364 | 01/13/2021 | Email re: Our catch-up |
| A – 8/23 | 39 | SHI00022832 | 01/13/2021 | Email re: catch-up (Call request) |
| | 40 | SHI00370910 | 01/14/2021 | Transcript of Warren-Abrey Call January 4, 2021 |
| A – 8/23 | 41 | SHI00195700 | 10/16/2019 | Email re: Savannah Call to Action |
| | 42 | SHI00063110 | 12/10/2020 | Email re: Wedge 2020 Recap and building up for a killer 2021 |
| | 43 | SHI00035759 | 12/28/2020 | Email re: Who's ready to rummbblleee!!!!  Q1 Forecast |
| | 44 | SHI00106095 | 07/02/2021 | Abrey EEOC Charge (Abrey Dep. Ex. 4) |
| A – 8/23 | 45 | SHI00151975 | 01/13/2021 | Email re: Portfolio Comparison, with native file (Abrey Dep. Ex. 15) |
| A – 8/23 | 46 | SHI00128420 | 01/04/2021 | Email re: Jacquelyn Brioux |
| A – 8/23 | 47 | | | Brioux Leave Request (Abrey Dep. Ex. 18) |
| A – 8/23 | 48 | SHI00056671 | 01/07/2021 | Email re: Response from Jacquelyn to our offer |
| A – 8/23 | 49 | SHI00128461 | 01/11/2021 | Email re: RSG – Jaquelyn Brioux |
| A – 8/23 | 50 | SHI00327474 | 01/11/2021 | Email re: RSG – Jaquelyn Brioux |
| A – 8/23 | 51 | SHI00128994 | 01/12/2021 | Teams Meeting re: Jacquelyn Brioux |
| A – 8/23 | 52 | SHI00457254 | 01/13/2021 | Email re: Jacquelyn Brioux |
| A – 8/23 | 53 | SHI00028762 | 01/13/2021 | Email re: Jacquelyn Brioux |
| A – 8/23 | 54 | SHI00128405 | 01/27/2021 | Email re: Jacquelyn Brioux Declining Job Offer |
| | 55 | SHI00058090 | 12/14/2020 | Email re: Monday's Forecast Meeting |
| A – 8/24 | 56 | SHI00090377 | 11/25/2020 | Email re: Catch-up Tomorrow |
| | 57 | SHI00168227 | 12/2/2020 | Email re: Weekly Catch-up Topics |
| A – 8/24 | 58 | SHI00442872 | 11/11/2020 | Email re: Revenue Scenario Planning |

| | Exhibit No. | Bates No. | Date | Description |
|---|---|---|---|---|
| A - 8/24 | 59 | SHI00438507 | 10/20/2020 | Email re: Onboarding Ideas |
| | 60 | SHI00385172 | 10/20/2020 | Email re: 2 other thoughts (hence my call) |
| | 61 | SHI00444260 | 10/16/2020 | Email re: Show me the $$?! |
| A - 8/24 | 62 | SHI409562 | 10/16/2020 | Email re: Show me the $$?! |
| A - 8/24 | 63 | SHI00035279 | 11/6/2020 | Email re: A little weekly retro… |
| A - 8/23 | 64 | SHI00505112 | 05/5/2020 | Email re: 1 on 1 with Nick |
| | 65 | | | 2020 Performance Review of David Wolf |
| | 66 | Ashley Dep. Ex. 3 | | 2020 Performance Review of Diane Ashley |
| | 67 | | | 2020 Performance Review of Matt Reeves |
| | 68 | SHI00106417 | 04/30/2019 | SE Solutions Employee Handbook |
| A - 8/24 | 69 | SHI00106479 | 10/2/2019 | Steampunk Employee Handbook |
| A - 8/24 | 70 | SHI00448947 | 12/18/2019 | Email re: Measuring success |
| A - 8/24 | 71 | SHI00467786 | 11/14/2019 | Meeting Invite re: Maximizing the Business |
| A - 8/24 | 72 | SHI00152932 | 07/21/2020 | Email re: Rumors swirl at USCIS about Steampunk |
| A - 8/24 | 73 | SHI00058506 | 09/9/2020 | Email re: Touch Point – for discussion |
| A - 8/24 | 74 | SHI00138600 | 3/3/2020 | Email re: Kate's Return Date |
| A - 8/24 | 75 | SHI00510111 – 13 | 01/27/2020 | Email re: Forecast of bookings and FTEs |
| | 76 | SHI00510116-20 | 04/28/2020 | Email re: Q2 – We are out of the gates! |
| A - 8/24 | 77 | SHI00510123-36 | 02/17/2020 | Email re: TAMPA Strategy Offsite DHS Readout.pptx |
| A - 8/24 | 78 | SHI00510137 | 01/22/2020 | Email re: Offsite Basic Agenda |
| A - 8/24 | 79 | SHI00510140 | 03/12/2020 | Email re: Q1 … coming down the home stretch (and another win!) |
| A - 8/24 | 80 | SHI00441270 – 92 | 09/24/2020 | Email re: Target Exercise? |
| | 81 | SHI00145260 | 03/04/2020 | Email re: Kate's Return Date |
| A - 8/24 | 82 | SHI00106538 | 07/1/2020 | Steampunk Benefits Update – New Paid Paternity Leave and Enhanced Maternity Leave! |
| | 83 | SHI00508617 | 06/30/2020 | Email re: Paid Maternity/Paternity (Parental) Leave Benefit |
| A - 8/24 | 84 | SHI00184481 | 03/12/2021 | Email re: New Expanded Steampunk Maternity Leave Benefit! |
| A - 8/23 | 85 | SHI00170160 | 01/11/2021 | Email re: cost cut |
| A - 8/24 | 86 | SHI00508647 | 02/17/2020 | Email re: Steampunk Comms for Tomorrow, with attached press release |
| | 87 | Demonstrative | | History of Max Licht Reporting Relationship |
| | 88 | Demonstrative | | Paid Parental Leave Policy Evolution |
| - 8/24 | 89 | Demonstrative | | Expiration of Accenture (AFS) Non-Compete Restrictions at Steampunk |
| - 8/24 | 90 | Demonstrative | | 2020 Annual Performance Evaluation Comparison |

3

| Exhibit No. | Bates No. | Date | Description |
|---|---|---|---|
| 91 | Demonstrative | | 2020 Kate Abrey Direct Reports Annual Performance Evaluation Comparison |
| 92 | Demonstrative | | Performance by Quarter May 2019 – January 2021 |
| 93 | Demonstrative | | Performance by Quarter After May 2020 |
| 94 | Demonstrative | | Kate Abrey Portfolio Q4 2019 – Q1 2021 Net New Performance (Forecast v. Actuals |
| 95 | Demonstrative | | Kate Abrey & Nick Trzcinski Q4 2019 – Q1 2021 Portfolio Net New Performance (Forecast v. Actuals) Side-by-Side Comparison |
| 96 | Demonstrative | | All Teams Q4 2019 – Q1 2021 Portfolio Net New Performance (Forecast v. Actuals) Side-by-Side Comparison |
| 97 | Demonstrative | | 2020 Revenue Totals by Agency |
| 98 | Demonstrative | | Slide 10 - Demonstrative Exhibit- Abrey performance comparison entire timeline v. after return |

A - 8/24 - 99. - Text message.
A - 8/24 - 100. - F.U. Stampunk

4