# Plaintiff's Witness List
## August 21, 2023

✓ 1) Kathleen Abrey 8/21/23, 8/22/23

✓ 2) Diane Ashley (time permitting) 8/22/23

3) Expert witness    8/22
    Jeffrey Pickett    Cross
                             8/23