Defense Witness List (In Order)

1. Frank McGuire — 8/23
2. Jennifer Sessums — 8/23
3. Max Licht— 8/23
4. John Harlee— 8/23, 8/24
5. Matthew Warren — 8/24
6. Carolyn Muir 8/24
7. ~~Bradford Cole~~