Juror Note
#1

Going to lunch, returning at 2.15pm

Chris. J. Akerman

FILED
IN OPEN COURT

AUG 2 5 2023

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA



FILED
IN OPEN COURT

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA