We have reached a verdict.
COAh [signature]

Juror Note
#2

FILED IN OPEN COURT
AUG 25 2023
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

