

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| KATHLEEN ABREY, <br><br> Plaintiff, <br><br> v. <br><br> STEAMPUNK HOLDINGS, INC., *et al.*, <br><br> Defendants. | Civil Action No.: 1:22-cv-00654-MSN-LRV |

### VERDICT FORM

Discrimination Claim

1. Do you find by a preponderance of the evidence that plaintiff Kathleen Abrey has proven that:

   a. Steampunk, Inc. is liable for discriminating against Ms. Abrey on the basis of her sex under Title VII?

      YES_____         NO __X__

   b. Steampunk Holdings, Inc. is liable for discriminating against Ms. Abrey on the basis of her sex under Title VII?

      YES_____         NO __X__

If you answered "YES" to question 1a and/or 1b, then answer question 2. Otherwise, proceed to the next claim.

2. Do you find that the Defendants have proven by a preponderance of the evidence that Ms. Abrey would still have been terminated, even if the unlawful motive was not present?

      YES_____         NO_____

If you answered "YES" to question 2, you may not award damages to Ms. Abrey for Discrimination.

Retaliation Claim

3. Do you find by a preponderance of the evidence that plaintiff Kathleen Abrey has proven that:

   a. Steampunk, Inc. is liable for retaliating against Ms. Abrey on the basis of complaints regarding sex discrimination under Title VII?

      YES_____                              NO __X__

   b. Steampunk Holdings, Inc. is liable for retaliating against Ms. Abrey on the basis of complaints regarding sex discrimination under Title VII?

      YES_____                              NO __X__

If your answer is "No" to all the previous questions 1a, 1b, 3a, and 3b, plaintiff cannot recover damages, and you should not answer any further questions and should sign and date this verdict form. Otherwise, proceed to damages.

Damages

4. What dollar amount, if any, do you award to Ms. Abrey for any compensatory damages?

   $_____

5. What dollar amount, if any, do you award to Ms. Abrey for any punitive damages?

   $_____


_____[signature]_____                              Aug. 25, 2023
Foreperson (signature)                                 Date